1                                                              Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEIDI YOAST,<br><br>　　　　　Defendant; *and*<br><br>HEIDI YOAST,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>JOB'S DAUGHTERS INTERNATIONAL,<br>SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual<br><br>　　　　　Counterclaim Defendant | NO. 16-CV-01573-RSL<br><br>**MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS** |

　　　　Pursuant to Federal Rule of Civil Procedure 15(a), Heidi Yoast ("Defendant") respectfully moves for leave to amend her Answer to include counterclaims.

　　　　Granting Yoast's leave to amend is consistent with the language and policy of Rule 15(a) favoring liberal amendment of pleadings.

MOTION FOR LEAVE TO AMEND - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

In support of this motion, Yoast relies on the accompanying proposed First Amended Answer and Counterclaims, and the proposed order granting leave to amend.

DATED this 7th day of June, 2017.

By /s/ *Patricia I. Forman*

Patricia I. Forman, Esq. California Bar No. 245108, *pro hac vice* for Counter- Complainant / Defendant Heidi Yoast

931 N. Maple Street 104
Burbank, CA 91505
Telephone: 213-2708403
Email: patriciaforman@gmail.com

GARVEY SCHUBERT BARER

By /s/ *John B. Crosetto*
John B. Crosetto, WSBA #36667

GARVEY SCHUBERT BARER
1191 Second Avenue
Suite 1800
Seattle, WA 98101-3438
Telephone: (206) 464-3939
Facsimile: (206) 464-0125
Email: jcrosetto@gsblaw.com
Email: egarcia@gsblaw.com
Attorneys for Defendant
Heidi Yoast

MOTION FOR LEAVE TO AMEND - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

The undersigned declares and states as follows:

I am a citizen of the United States, over the age of 18 years, not a party to the above-referenced matter, and am competent to be a witness.

On June 7, 2017, I electronically filed the following document(s):

## MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

I also served said documents in the manner set forth below on the following parties:

| | |
|---|---|
| Rodney L. Umberger, WSBA #24948<br>Daniel J. Velloth, WSBA #44379<br>WILLIAMS, KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: 206/628-6600<br>Fax: 206/628-6611<br>rumberger@williamskastner.com<br>dvelloth@williamskastner.com<br>***Attorneys for Plaintiff*** | ☒ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |
| Brian T. McKernan, NE #22174<br>McGRATH NORTH MULLIN & KRATZ, PC LLO<br>Suite 3700 First National Tower<br>1601 Dodge Street<br>Omaha, Nebraska 68102<br>Telephone: 402/341-3070<br>Fax: 402/952-6896<br>bmckernan@mcgrathnorth.com<br>***Attorneys for Plaintiff Job's Daughters International*** | ☒ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |

I declare under penalty of perjury according to the laws of the State of Washington that the above statements are true and correct.

SIGNED at Seattle, Washington this 7th day of June, 2017.

/s/ Jill M. Beagle
Printed name:
Legal Assistant

GSB:8754252.1 [23226.69000]

MOTION FOR LEAVE TO AMEND - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939