UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JOB'S DAUGHTERS INTERNATIONAL,   )   No. C16-1573RSL
)
         Plaintiffs,   )
  v.   )   ORDER GRANTING LEAVE TO
)   AMEND ANSWER AND
HEIDI YOAST,   )   COUNTERCLAIMS
)
         Defendant.   )
_____)

This matter comes before the Court on defendant's unopposed "Motion for Leave to Amend Answer and Counterclaims." Dkt. # 16. Defendant's motion is GRANTED. Within seven days of this Order, defendant shall file and serve an amended answer and counterclaims substantially in the form of Dkt. # 17.

Dated this 27th day of June, 2017.

                    /s/ Robert S. Lasnik
                    Robert S. Lasnik
                    United States District Judge