UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
JOB'S DAUGHTERS INTERNATIONAL,      )   No. C16-1573RSL
                                    )
            Plaintiffs,             )
       v.                           )   MINUTE ORDER
                                    )
HEIDI YOAST,                        )
                                    )
            Defendant.              )
_____)

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On July 6, 2017, defendant filed a "Motion for Leave to Substitute Counsel" in the above-captioned matter. Dkt. # 20. The motion was noted for consideration on the date it was filed. Plaintiff and/or counterclaim defendants have not stipulated to the substitution, however, and motions to withdraw must be noted in accordance with LCR 7(d)(3). LCR 83.2(b)(1). The Clerk of Court is directed to renote the "Motion for Leave to Substitute Counsel" on the Court's calendar for Friday, July 21, 2017.

DATED this 7th day of July, 2017.

                              /s/Kerry Simonds
                             Kerry Simonds, Deputy Clerk to
                             the Honorable Robert S. Lasnik, Judge

MINUTE ORDER