IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **JOB'S DAUGHTERS INTERNATIONAL**<br>Plaintiff/Petitioner<br>vs.<br>**HEIDI YOAST**<br>Defendant/Respondent<br>**HEIDI YOAST**<br>COUNTERCLAIM PLAINTIFF<br>vs.<br>**JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE AKA SHELLY HOWRIGON, AN INDIVIDUAL, ROD REID, AN INDIVIDUAL**<br>COUNTERCLAIM DEFENDANT | Cause No.: **2:16-CV-01573-RSL**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**FIRST AMENDED ANSWER AND COUNTERCLAIMS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of July, 2017** at **7:53 AM** at the address of **6089 WATAUGA BEACH DR E, PORT ORCHARD, Kitsap County, WA 98366**; this declarant served the above described documents upon **ROD REID, AN INDIVIDUAL** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **ROD REID, AN INDIVIDUAL**, **Who accepted service, with identity confirmed by subject saying yes when named, a gray-haired white male approx. 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **Patricia Forman <patriciaforman@gmail.com>**
Ref #: **JDI v. Yoast**

Tracking #: **0018311539**

| PLAINTIFF/PETITIONER: JOB'S DAUGHTERS INTERNATIONAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HEIDI YOAST | 2:16-CV-01573-RSL |

Service Fee Total: **$ 0.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED  7/31/2017                                  .

*Ryan Wray* (signature)

**Ryan Wray, Reg. # 26156, Pierce County**

**ORIGINAL PROOF OF SERVICE**

PAGE 2 OF 2

Tracking #: **0018311539**

For: **Patricia Forman <patriciaforman@gmail.com>**
Ref #: **JDI v. Yoast**

