UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
JOB'S DAUGHTERS INTERNATIONAL,            )   No. C16-1573RSL
                                          )
                    Plaintiffs,           )
         v.                               )   ORDER DENYING MOTION FOR
                                          )   LEAVE TO SUBSTITUTE COUNSEL
HEIDI YOAST,                              )
                                          )
                    Defendant.            )
_____)

This matter comes before the Court on defendant's "Motion for Leave to Substitute Counsel." Dkt. # 20. Ms. Groves is not admitted to practice in this district, however. The motion is therefore DENIED, and Mr. Crosetto remains counsel for defendant.

Dated this 17th day of August, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
LEAVE TO SUBSTITUTE COUNSEL