The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>  Plaintiff,<br><br>  v.<br><br>HEIDI YOAST,<br><br>  Defendant. | NO. 16-cv-1573-RSL<br><br>PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM |
| HEIDI YOAST,<br><br>  Counterclaim-Plaintiff,<br><br>  v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual,<br><br>  Counterclaim-Defendants. | |

Plaintiff, Job's Daughter International ("JDI"), by and through the undersigned counsel, submit this Answer to Defendant's Counterclaim.

**I. PARTIES**

1. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 1 of Defendant's Counterclaim and, therefore, denies same.

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 1
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196541.1

2. JDI admits the allegations in Paragraph 2 of Defendant's Counterclaim.

3. JDI admits the allegations in Paragraph 3 of Defendant's Counterclaim.

4. JDI admits the allegations in Paragraph 4 of Defendant's Counterclaim.

## II. JURISDICTION AND VENUE

5. JDI admits this Court has supplemental jurisdiction over Defendant's Counterclaims.

## III. COUNTERCLAIM FACTS

6. JDI restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 5 of Defendant's Counterclaim.

7. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 7 of Defendant's Counterclaim and, therefore, denies same.

8. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 8 of Defendant's Counterclaim and, therefore, denies same.

9. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 9 of Defendant's Counterclaim and, therefore, denies, same.

10. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 of Defendant's Counterclaim and, therefore, denies same.

11. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 11 of Defendant's Counterclaim and, therefore, denies same.

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 2
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196541.1

12. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 of Defendant's Counterclaim and, therefore, denies same.

13. JDI denies the allegations contained in Paragraph 13 of Defendant's Counterclaim.

14. JDI admits Yoast sent a letter on August 11, 2016, but denies the remaining allegations contained in Paragraph 14 of Defendant's Counterclaim because the letter speaks for itself.

15. JDI admits the allegations contained in Paragraph 15 of Defendant's Counterclaim.

16. JDI denies the allegations contained in Paragraph 16 of Defendant's Counterclaim.

17. JDI denies the allegations contained in Paragraph 17 of Defendant's Counterclaim.

18. JDI admits it filed its Complaint against Defendant on October 6, 2016. JDI denies the remaining allegations in Paragraph 18.

### IV. COUNT 1: INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

19. JDI restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 18 of Defendant's Counterclaim.

20. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 of Defendant's Counterclaim and, therefore, denies same.

21. JDI denies the allegations in Paragraph 21 of Defendant's Counterclaim.

22. JDI denies the allegations in Paragraph 22 of Defendant's Counterclaim.

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 3
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196541.1

23. JDI denies the allegations in Paragraph 23 of Defendant's Counterclaim.

24. JDI denies the allegations in Paragraph 24 of Defendant's Counterclaim.

## V. COUNT 2: INTERFERENCE WITH BUSINESS EXPECTANCY

25. JDI restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 24 of Defendant's Counterclaim.

26. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26 of Defendant's Counterclaim and, therefore, denies same.

27. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27 of Defendant's Counterclaim and, therefore, denies same.

28. JDI denies the allegations in Paragraph 28 of Defendant's Counterclaim.

29. JDI denies the allegations in Paragraph 29 of Defendant's Counterclaim.

30. JDI denies the allegations in Paragraph 30 of Defendant's Counterclaim.

31. JDI denies the allegations in Paragraph 31 of Defendant's Counterclaim.

## VI. COUNT 3: DEFAMATION

32. JDI restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 31 of Defendant's Counterclaim.

33. JDI denies the allegations in Paragraph 33 of Defendant's Counterclaim.

34. JDI is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 of Defendant's Counterclaim and, therefore, denies same.

35. JDI denies the allegations in Paragraph 35 of Defendant's Counterclaim.

36. JDI denies the allegations in Paragraph 36 of Defendant's Counterclaim.

37. JDI denies the allegations in Paragraph 37 of Defendant's Counterclaim.

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

38. JDI denies the allegations in Paragraph 38 of Defendant's Counterclaim.

## VII. COUNT 4: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

39. JDI restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 38 of Defendant's Counterclaim.

40. JDI denies the allegations in Paragraph 40 of Defendant's Counterclaim.

41. JDI denies the allegations in Paragraph 41 of Defendant's Counterclaim.

Defendant's prayer for relief requires no response from JDI. To the extent a response is required, Plaintiff denies that Defendant is entitled to any relief whatsoever.

## DEFENSES

1. Defendant's claims are barred in whole or in part for failure to state a cause of action upon which relief may be granted.

2. Defendant's claims are barred in whole or in part by the doctrines of res judicata and/or collateral estoppel.

3. Defendant's claims are barred in whole or in part by the doctrines of laches, waiver, ratification, and estoppel.

4. Defendant's claims are barred in whole or in part by the doctrine of unclean hands.

5. Defendant's claims are barred in whole or in part by its failure to join necessary and/or indispensable parties.

6. Defendant's business and contracts allegedly interfered with were illegal and cannot form the basis of a claim.

7. Defendant's statements, if any, cannot form the basis of a claim because they were privileged.

8. Defendant's statements, if any, cannot form the basis of a claim because they were truthful.

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 5
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196541.1

9. Defendant's claims are barred in whole or in part because the JDI acted reasonably to protect a legally protected interest.

10. Defendant's claims are barred in whole or in part because JDI was justified in its actions.

11. Defendant's claims are barred in whole or in part because JDI acted without an improper purpose.

DATED this 8th day of September, 2017.

       s/ Rodney L. Umberger
       s/ Daniel J. Velloth
       Rodney L. Umberger, Jr., WSBA #24948
       Daniel J. Velloth, WSBA #44379
       WILLIAMS, KASTNER & GIBBS PLLC
       601 Union Street, Suite 4100
       Seattle, WA 98101-2380
       Telephone: (206) 628-6600
       Fax: (206) 628-6611
       rumberger@williamskastner.com
       dvelloth@williamskastner.com

       and

       Brian T. McKernan, Admitted *Pro Hac Vice*
       McGrath North Mullin & Kratz, PC LLO
       Suite 3700 First National Tower
       1601 Dodge St.
       Omaha, Nebraska 68102
       (402) 341-3070
       (402) 952-6896 fax
       bmckernan@mcgrathnorth.com

       Attorneys for Plaintiff/Counterclaim-Defendants

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 6
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196541.1

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Rodney L Umberger, Jr    rumberger@williamskastner.com, ssanh@williamskastner.com

John B Crosetto    jcrosetto@gsblaw.com, jbeagle@gsblaw.com

Daniel Velloth    dvelloth@williamskastner.com, dlevitin@williamskastner.com, mphilomeno@williamskastner.com

Brian T. McKernan    bmckernan@mcgrathnorth.com

Patricia I. Forman    patriciaforman@gmail.com

DATED this 8th day of September, 2017.

    s/ Rodney L. Umberger
    s/ Daniel J. Velloth
    Rodney L. Umberger, Jr., WSBA #24948
    Daniel J. Velloth, WSBA #44379
    WILLIAMS, KASTNER & GIBBS PLLC
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: (206) 628-6600
    Fax: (206) 628-6611
    rumberger@williamskastner.com
    dvelloth@williamskastner.com

    Attorneys for Plaintiff/Counterclaim-Defendants

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 7
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196541.1