The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI YOAST,<br><br>Defendant.<br>HEIDI YOAST,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual,<br><br>Counterclaim-Defendants. | NO. 16-cv-1573-RSL<br><br>COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO DEFENDANT'S COUNTERCLAIM |

Counterclaim Defendant, Rod Reid ("Reid"), by and through the undersigned counsel, submit this Answer to Defendant's Counterclaim.

**I. PARTIES**

1. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 1 of Defendant's Counterclaim and, therefore, denies same.

COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO
DEFENDANT'S COUNTERCLAIM - 1
(16-cv-1573-RSL )

6196534.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2. Reid admits the allegations in Paragraph 2 of Defendant's Counterclaim.

3. Reid admits the allegations in Paragraph 3 of Defendant's Counterclaim.

4. Reid admits the allegations in Paragraph 4 of Defendant's Counterclaim.

## II. JURISDICTION AND VENUE

5. Reid admits this Court has supplemental jurisdiction over Defendant's Counterclaims.

## III. COUNTERCLAIM FACTS

6. Reid restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 5 of Defendant's Counterclaim.

7. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 7 of Defendant's Counterclaim and, therefore, denies same.

8. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 8 of Defendant's Counterclaim and, therefore, denies same.

9. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 9 of Defendant's Counterclaim and, therefore, denies, same.

10. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 of Defendant's Counterclaim and, therefore, denies same.

11. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 11 of Defendant's Counterclaim and, therefore, denies same.

COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 2
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196534.1

12. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 of Defendant's Counterclaim and, therefore, denies same.

13. Reid denies the allegations contained in Paragraph 13 of Defendant's Counterclaim.

14. Reid admits Yoast sent a letter on August 11, 2016, and denies the remaining allegations contained in Paragraph 14 of Defendant's Counterclaim because the letter speaks for itself.

15. Reid admits the allegations contained in Paragraph 15 of Defendant's Counterclaim.

16. Reid denies the allegations contained in Paragraph 16 of Defendant's Counterclaim.

17. Reid denies the allegations contained in Paragraph 17 of Defendant's Counterclaim.

18. Reid admits JDI filed its Complaint against Defendant on October 6, 2016. JDI denies the remaining allegations in Paragraph 18.

### IV. COUNT 1: INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS

19. Reid restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 18 of Defendant's Counterclaim.

20. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 of Defendant's Counterclaim and, therefore, denies same.

21. Reid denies the allegations in Paragraph 21 of Defendant's Counterclaim.

22. Reid denies the allegations in Paragraph 22 of Defendant's Counterclaim.

COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 3
(16-cv-1573-RSL )

6196534.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

23. Reid denies the allegations in Paragraph 23 of Defendant's Counterclaim.

24. Reid denies the allegations in Paragraph 24 of Defendant's Counterclaim.

## V. COUNT 2: INTERFERENCE WITH BUSINESS EXPECTANCY

25. Reid restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 24 of Defendant's Counterclaim.

26. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26 of Defendant's Counterclaim and, therefore, denies same.

27. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27 of Defendant's Counterclaim and, therefore, denies same.

28. Reid denies the allegations in Paragraph 28 of Defendant's Counterclaim.

29. Reid denies the allegations in Paragraph 29 of Defendant's Counterclaim.

30. Reid denies the allegations in Paragraph 30 of Defendant's Counterclaim.

31. Reid denies the allegations in Paragraph 31 of Defendant's Counterclaim.

## VI. COUNT 3: DEFAMATION

32. Reid restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 31 of Defendant's Counterclaim.

33. Reid denies the allegations in Paragraph 33 of Defendant's Counterclaim.

34. Reid is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 of Defendant's Counterclaim and, therefore, denies same.

35. Reid denies the allegations in Paragraph 35 of Defendant's Counterclaim.

36. Reid denies the allegations in Paragraph 36 of Defendant's Counterclaim.

37. Reid denies the allegations in Paragraph 37 of Defendant's Counterclaim.

COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 4
(16-cv-1573-RSL )

6196534.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

38. Reid denies the allegations in Paragraph 38 of Defendant's Counterclaim.

## VII. COUNT 4: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

39. Reid restates and incorporates by reference its responses to each of the allegations contained in Paragraphs 1 through 38 of Defendant's Counterclaim.

40. Reid denies the allegations in Paragraph 40 of Defendant's Counterclaim.

41. Reid denies the allegations in Paragraph 41 of Defendant's Counterclaim.

Defendant's prayer for relief requires no response from Reid. To the extent a response is required, Plaintiff denies that Defendant is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. Defendant's claims are barred in whole or in part for failure to state a cause of action upon which relief may be granted.

2. Defendant's claims are barred in whole or in part by the doctrines of res judicata and/or collateral estoppel.

3. Defendant's claims are barred in whole or in part by the doctrines of laches, waiver, ratification, and estoppel.

4. Defendant's claims are barred in whole or in part by the doctrine of unclean hands.

5. Defendant's claims are barred in whole or in part by its failure to join necessary and/or indispensable parties.

6. Defendant's business and contracts allegedly interfered with were illegal and cannot form the basis of a claim.

7. Defendant's statements, if any, cannot form the basis of a claim because they were privileged.

8. Defendant's statements, if any, cannot form the basis of a claim because they were truthful.

COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 5
(16-cv-1573-RSL )

6196534.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

9. Defendant's claims are barred in whole or in part because actions by Reid, if any, were reasonable taken to protect a legally protected interest.

10. Defendant's claims are barred in whole or in part because actions by Reid, if any, were justified.

11. Defendant's claims are barred in whole or in part because actions by Reid, if any, were without an improper purpose.

DATED this 8th day of September, 2017.

        s/ Rodney L. Umberger
        s/ Daniel J. Velloth
        Rodney L. Umberger, Jr., WSBA #24948
        Daniel J. Velloth, WSBA #44379
        WILLIAMS, KASTNER & GIBBS PLLC
        601 Union Street, Suite 4100
        Seattle, WA 98101-2380
        Telephone: (206) 628-6600
        Fax: (206) 628-6611
        rumberger@williamskastner.com
        dvelloth@williamskastner.com

        and

        Brian T. McKernan, Admitted *Pro Hac Vice*
        McGrath North Mullin & Kratz, PC LLO
        Suite 3700 First National Tower
        1601 Dodge St.
        Omaha, Nebraska 68102
        (402) 341-3070
        (402) 952-6896 fax
        bmckernan@mcgrathnorth.com

        Attorneys for Plaintiff/Counterclaim-Defendants

COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 6
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196534.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Rodney L Umberger, Jr   rumberger@williamskastner.com, ssanh@williamskastner.com

John B Crosetto   jcrosetto@gsblaw.com, jbeagle@gsblaw.com

Daniel Velloth   dvelloth@williamskastner.com, dlevitin@williamskastner.com, mphilomeno@williamskastner.com

Brian T. McKernan   bmckernan@mcgrathnorth.com

Patricia I. Forman   patriciaforman@gmail.com

DATED this 8th day of September, 2017.

> s/ Rodney L. Umberger
> s/ Daniel J. Velloth
> Rodney L. Umberger, Jr., WSBA #24948
> Daniel J. Velloth, WSBA #44379
> WILLIAMS, KASTNER & GIBBS PLLC
> 601 Union Street, Suite 4100
> Seattle, WA 98101-2380
> Telephone: (206) 628-6600
> Fax: (206) 628-6611
> rumberger@williamskastner.com
> dvelloth@williamskastner.com
>
> Attorneys for Plaintiff/Counterclaim-Defendants

COUNTERCLAIM DEFENDANT ROD REID'S ANSWER TO DEFENDANT'S COUNTERCLAIM - 7
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6196534.1