IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **JOB'S DAUGHTERS INTERNATIONAL**<br>Plaintiff/Petitioner<br>vs.<br>**HEIDI YOAST**<br>Defendant/Respondent<br>**HEIDI YOAST**<br>Third Party Plaintiff<br>vs.<br>**JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE AKA SHELLY HOWRIGON, AN INDIVIDUAL, ROD REID, AN INDIVIDUAL**<br>Third Party Defendant | Cause No.: **16-CV-01573-RSL**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**FIRST AMENDED ANSWER AND COUNTERCLAIMS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of August, 2017** at **7:23 PM** at the address of **3848 Sand Creek Dr, Riverton, Salt Lake County, UT 84065**; this declarant served the above described documents upon **SHELLY COLE AKA SHELLY HOWRIGON, AN INDIVIDUAL** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Ronald Howrigon, SPOUSE, who accepted service, with identity confirmed by subject stating their name, a gray-haired white male approx. 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 2
For: Patricia Forman <patriciaforman@gmail.com>
Ref #: JDI v. Yoast

Tracking #: 0018813913

| PLAINTIFF/PETITIONER: JOB'S DAUGHTERS INTERNATIONAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HEIDI YOAST | 16-CV-01573-RSL |

Service Fee Total: $ 0.00

Declarant hereby states under penalty of perjury under the laws of the State of Utah that the statement above is true and correct.

DATED  09/01/17

*Ashley Angus* (signature)

**Ashley Angus**

