Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>    Plaintiff,<br><br> v.<br><br>HEIDI YOAST,<br><br>    Defendant; *and*<br><br>HEIDI YOAST,<br><br>    Counterclaim Plaintiff,<br><br> v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual<br><br>    Counterclaim Defendant | NO. 16-CV-01573-RSL<br><br>**NOTICE OF UNAVAILABILITY** |

TO: THE CLERK OF THE COURT;

AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL.

PLEASE TAKE NOTICE that the undersigned attorney of record for Defendant /

NOTICE OF UNAVAILABILITY

Counterclaim Plaintiff Heidi Yoast, Patricia Forman, will be temporarily unavailable on the following dates:

September 23, 2017 through October 3, 2017.

October 20, 2017 through October 30, 2017.

April 13, 2018 through April 23, 2018.

May 24, 2018 through May 29, 2018.

IT IS REQUESTED that no motions, depositions, or other matters requiring any response or attention by Defendant / Counterclaim Plaintiff be scheduled during this period, and that all such matters be scheduled to permit sufficient preparation time after the absence.

DATED this 9th day of September, 2017.

By /s/ *Patricia I. Forman*

Patricia I. Forman, Esq. California Bar No. 245108, *pro hac vice* for Counter- Complainant / Defendant Heidi Yoast

931 N. Maple Street 104
Burbank, CA 91505
Telephone: 213-2708403
Email: patriciaforman@gmail.com

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

NOTICE OF UNAVAILABILITY

# CERTIFICATE OF SERVICE

The undersigned declares and states as follows:

I am a citizen of the United States, over the age of 18 years, not a party to the above-referenced matter, and am competent to be a witness.

On September 9, 2017, I electronically filed the following document(s):

## NOTICE OF UNAVAILABILITY

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

I also served said documents in the manner set forth below on the following parties:

| | |
|---|---|
| Rodney L. Umberger, WSBA #24948<br>Daniel J. Velloth, WSBA #44379<br>WILLIAMS, KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: 206/628-6600<br>Fax: 206/628-6611<br>rumberger@williamskastner.com<br>dvelloth@williamskastner.com<br>*Attorneys for Plaintiff* | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |
| Brian T. McKernan, NE #22174<br>McGRATH NORTH MULLIN & KRATZ, PC LLO<br>Suite 3700 First National Tower<br>1601 Dodge Street<br>Omaha, Nebraska 68102<br>Telephone: 402/341-3070<br>Fax: 402/952-6896<br>bmckernan@mcgrathnorth.com<br><br>*Attorneys for Plaintiff Job's Daughters International* | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |
| Heidi Yoast<br>Dba Pink Power Printing<br>23149 SE 184th Street<br>Maple Valley, WA 98038<br>pinkpowerprinting@gmail.com<br><br>*Defendant and Counterclaim Plaintiff* | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |

NOTICE OF UNAVAILABILITY

I declare under penalty of perjury according to the laws of the State of Washington that the above statements are true and correct.

SIGNED at Burbank, California this 9th day of September, 2017.

*/s/ Patricia Forman*
Printed name: Patricia Forman

NOTICE OF UNAVAILABILITY