The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI YOAST,<br><br>Defendant. | NO. 16-cv-1573-RSL<br><br>ORDER DISMISSING COUNTERCLAIMS AS TO SHELLY COLE [PROPOSED] |
| HEIDI YOAST,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual,<br><br>Counterclaim-Defendants. | |

THIS MATTER, having come before the Court on Counterclaim Defendant Shelly Cole's Motion to Dismiss Counterclaim, and the Court having reviewed all documents submitted in support of and in opposition to said motion, and reviewed the records and files herein, the Court finds that the motion should be granted.  Now, therefore, it is hereby

ORDERED that Counterclaim Defendant Shelly Cole's Motion to Dismiss Counterclaim for Lack of Personal Jurisdiction is GRANTED.  It is further

ORDER DISMISSING COUNTERCLAIMS AS TO SHELLY COLE [PROPOSED] - 1
(16-cv-1573-RSL )

6199949.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1     ORDERED that the Counterclaims as to Counterclaim Defendant Shelly Cole are

2 DISMISSED.

3     DATED: _____

4

5                                 Robert S. Lasnik, United States District Judge

6 PRESENTED BY:
s/ Rodney L. Umberger
7 s/ Daniel J. Velloth
Rodney L. Umberger, Jr., WSBA #24948
8 Daniel J. Velloth, WSBA #44379
WILLIAMS, KASTNER & GIBBS PLLC
9 601 Union Street, Suite 4100
Seattle, WA 98101-2380
10 Telephone: (206) 628-6600
Fax: (206) 628-6611
11 rumberger@williamskastner.com
dvelloth@williamskastner.com
12
and
13
Brian T. McKernan, Admitted *Pro Hac Vice*
14 McGrath North Mullin & Kratz, PC LLO
Suite 3700 First National Tower
15 1601 Dodge St.
Omaha, Nebraska 68102
16 (402) 341-3070
(402) 952-6896 fax
17 bmckernan@mcgrathnorth.com

18 Attorneys for Plaintiff/Counterclaim-
Defendant Job's Daughters International
19

20

21

22

23

24

25

ORDER DISMISSING COUNTERCLAIMS AS TO SHELLY COLE
[PROPOSED] - 2
(16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6199949.1