The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI YOAST,<br><br>Defendant.<br>HEIDI YOAST,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual,<br><br>Counterclaim-Defendants. | NO. 16-cv-1573-RSL<br><br>AFFIDAVIT OF SHELLY COLE IN SUPPORT OF HER MOTION TO DISMISS COUNTERCLAIM<br><br>NOTE ON CALENDAR: October 6, 2017 |

Being duly sworn under her oath, Shelly Cole states as follows:

1. My name is Shelly Cole Howrigon a/k/a Shelly Cole. I am over the age of twenty-one (21) and under no legal disability.

2. I have personal knowledge of the facts set forth herein and if called to testify would state and allege the following.

---

AFFIDAVIT OF SHELLY COLE IN SUPPORT OF HER MOTION
TO DISMISS COUNTERCLAIM - 1
(16-cv-1573-RSL )

6199448.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

3. This affidavit is being provided in support of the Motion to Dismiss the Counterclaim.

4. I am currently a resident of Riverton, Utah and have lived in Utah for the last 19 years. I have never lived in the state of Washington. I have never been an owner, officer, director, agent or employee of a Washington corporation or any corporation whose principal place of business is or was in Washington.

5. I have never entered to any contract personally whose subject matter was located in Washington or with any person who resided in Washington.

6. I do not have a bank account or any security account located in Washington. Similarly, I do not own any personal or real property located in Washington. I have never leased any real or personal property in Washington nor have I ever been assessed state tax or paid any state tax in Washington.

7. I have never entered into any insurance contracts to insure any person, property or risk located in Washington.

I declare under penalty of perjury that the foregoing is true and correct.

_____
SHELLY COLE

Subscribed and sworn to before this 14 day of September 2017.

_____
Notary Public
My Commission Expires: April 19, 2020



AFFIDAVIT OF SHELLY COLE IN SUPPORT OF HER MOTION
TO DISMISS COUNTERCLAIM - 2
(16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6199448.1

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Rodney L Umberger, Jr   rumberger@williamskastner.com, ssanh@williamskastner.com

John B Crosetto   jcrosetto@gsblaw.com, jbeagle@gsblaw.com

Daniel Velloth   dvelloth@williamskastner.com, dlevitin@williamskastner.com, mphilomeno@williamskastner.com

Brian T. McKernan   bmckernan@mcgrathnorth.com

Patricia I. Forman   patriciaforman@gmail.com

DATED this 14th day of September, 2017.

s/ Rodney L. Umberger
s/ Daniel J. Velloth
Rodney L. Umberger, Jr., WSBA #24948
Daniel J. Velloth, WSBA #44379
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
rumberger@williamskastner.com
dvelloth@williamskastner.com

Attorneys for Plaintiff/Counterclaim-Defendant Job's Daughters International
AFFIDAVIT OF SHELLY COLE IN SUPPORT OF HER MOTION TO DISMISS COUNTERCLAIM - 3
(16-cv-1573-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6199448.1