Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>        Plaintiff,<br><br>  v.<br><br>HEIDI YOAST,<br><br>        Defendant; *and*<br><br>HEIDI YOAST,<br><br>        Counterclaim Plaintiff,<br><br>  v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual<br><br>        Counterclaim Defendant | NO. 16-CV-01573-RSL<br><br>**MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** |

Pursuant to the Western District of Washington LCR 83.2(b)(1), Heidi Yoast ("Defendant") respectfully moves for leave to substitute counsel.

MOTION FOR LEAVE TO SUBSTITUTE COUNSEL - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

| | |
|---|---|
| 1 | Defendant is currently represented by: |
| 2 | |
| 3 | John B Crosetto |
| | GARVEY SCHUBERT BARER |
| 4 | 1191 SECOND AVE |
| | 18TH FL |
| 5 | SEATTLE, WA 98101-2939 |
| | 206-464-3939 |
| 6 | Fax: 206-464-0125 |
| | Email: jcrosetto@gsblaw.com |

Defendant is currently represented by:

> John B Crosetto
> GARVEY SCHUBERT BARER
> 1191 SECOND AVE
> 18TH FL
> SEATTLE, WA 98101-2939
> 206-464-3939
> Fax: 206-464-0125
> Email: jcrosetto@gsblaw.com

Defendant respectfully requests the Court's leave for the withdrawal of John B. Crosetto and the firm of Garvey Schubert Barer, and the substitution Groves Law Offices, LLP, specifically:

> Tracey V. Munger
> GROVES LAW OFFICES, LLP
> THE OLD TACOMA ARMORY
> 1001 S YAKIMA AVE #1
> Tacoma, WA 98405
> Phone: (253) 220-3511
> Fax: (253) 220-5557
> tracey@groveslawoffices.com
> LEAD ATTORNEY
> ATTORNEY TO BE NOTICED

Patricia I. Forman, admitted *pro hac vice,* will continue as counsel with GROVES LAW OFFICES, LLP, who agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the attorney admitted *pro hac vice* is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).

This Motion should be granted because the substitution of counsel will not prejudice Plaintiff. The Court granted Defendant leave to file an Amended Answer and Counterclaims, which was filed June 29, 2017. Discovery may proceed as scheduled. This Motion and the proposed order submitted herewith, were served upon the client and opposing counsel.

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

| | |
|---|---|
| 1 | DATED this 7th day of September, 2017. |
| 2 | GARVEY SCHUBERT BARER |
| 3 | |
| 4 | By */s/ John B. Crosetto*<br>John B. Crosetto, WSBA #36667 |
| 5 | GARVEY SCHUBERT BARER<br>1191 Second Avenue |
| 6 | Suite 1800<br>Seattle, WA 98101-3438 |
| 7 | Telephone: (206) 464-3939<br>Facsimile: (206) 464-0125 |
| 8 | Email: jcrosetto@gsblaw.com<br>Email: egarcia@gsblaw.com |
| 9 | Attorneys for Defendant |
| 10 | Heidi Yoast |
| 11 | By /s/ Patricia I. Forman |
| 12 | Patricia I. Forman, Esq. California Bar No. 245108, *pro hac vice* for Counter- Complainant / Defendant |
| 13 | Heidi Yoast |
| 14 | 931 N. Maple Street 104<br>Burbank, CA 91505 |
| 15 | Telephone: 213-2708403<br>Email: patriciaforman@gmail.com |
| 16 | |
| 17 | Approved as to form; |
| 18 | By */s/ Tracey V. Munger*<br>Tracey V. Munger, WSBA #33854 |
| 19 | GROVES LAW OFFICES, LLP<br>THE OLD TACOMA ARMORY |
| 20 | 1001 S YAKIMA AVE #1<br>TACOMA, WA 98405 |
| 21 | Phone: (253) 220-3511<br>Fax: (253) 220-5557 |
| 22 | laura@groveslawoffices.com<br>tracey@groveslawoffices.com |
| 23 | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| 24 | |
| 25 | |
| 26 | |

MOTION FOR LEAVE TO SUBSTITUTE COUNSEL - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

# CERTIFICATE OF SERVICE

The undersigned declares and states as follows:

I am a citizen of the United States, over the age of 18 years, not a party to the above-referenced matter, and am competent to be a witness.

On September 7, 2017, I electronically filed the following document(s):

## MOTION FOR LEAVE TO SUBSTITUE COUNSEL

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

I also served said documents in the manner set forth below on the following parties:

| | |
|---|---|
| Rodney L. Umberger, WSBA #24948<br>Daniel J. Velloth, WSBA #44379<br>WILLIAMS, KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA  98101-2380<br>Telephone:   206/628-6600<br>Fax:              206/628-6611<br>rumberger@williamskastner.com<br>dvelloth@williamskastner.com<br>*Attorneys for Plaintiff* | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |
| Brian T. McKernan, NE #22174<br>McGRATH NORTH MULLIN & KRATZ, PC LLO<br>Suite 3700 First National Tower<br>1601 Dodge Street<br>Omaha, Nebraska  68102<br>Telephone:   402/341-3070<br>Fax:              402/952-6896<br>bmckernan@mcgrathnorth.com<br>*Attorneys for Plaintiff Job's Daughters International* | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |
| Heidi Yoast<br>Dba Pink Power Printing<br>23149 SE 184th Street<br>Maple Valley, WA  98038<br>pinkpowerprinting@gmail.com<br>*Defendant and Counterclaim Plaintiff* | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email by USDC Western District EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |

MOTION FOR LEAVE TO SUBSTITUTE COUNSEL - 4

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

I declare under penalty of perjury according to the laws of the State of Washington that the above statements are true and correct.

SIGNED at Seattle, Washington this 6th day of July, 2017.

*/s/ Patricia Forman*
Printed name: Patricia Forman

GSB:8812797.1 [23226.69000]

MOTION FOR LEAVE TO SUBSTITUTE COUNSEL - 5

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*