Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>        Plaintiff,<br><br>   v.<br><br>HEIDI YOAST,<br><br>        Defendant; *and*<br><br>HEIDI YOAST,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual<br><br>        Counterclaim Defendant | NO. 16-CV-01573-RSL<br><br>**(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** |

**(PROPOSED) ORDER GRANTING DEFENDANT HEIDI YOAST'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

This Court, having considered Defendant Heidi Yoast's Motion for Leave to Substitute Counsel as follows:

ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE COUNSEL - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

| | |
|---|---|
| 1 | |
| 2 | Tracey V. Munger |
| | GROVES LAW OFFICES, LLP |
| 3 | THE OLD TACOMA ARMORY |
| | 1001 S YAKIMA AVE #1 |
| 4 | Tacoma, WA 98405 |
| | Phone: (253) 220-3511 |
| 5 | Fax: (253) 220-5557 |
| | tracey@groveslawoffices.com |
| 6 | LEAD ATTORNEY |
| 7 | ATTORNEY TO BE NOTICED |

8

9    Dated this 6th day of July, 2017.

10

11                                    GARVEY SCHUBERT BARER

12                              By  */s/ John B. Crosetto*
                                    John B. Crosetto, WSBA #36667

13                                  GARVEY SCHUBERT BARER
                                    1191 Second Avenue
14                                  Suite 1800
                                    Seattle, WA 98101-3438
15                                  Telephone:  (206) 464-3939
                                    Facsimile:  (206) 464-0125
16                                  Email:  jcrosetto@gsblaw.com
                                    Email:  egarcia@gsblaw.com
17                                  Attorneys for Defendant

18                                  Heidi Yoast

19                              By /s/ Patricia I. Forman

20                                  Patricia I. Forman, Esq. California Bar No.
                                    245108, *pro hac vice* for Counter-
21                                  Complainant / Defendant Heidi Yoast

22                                  931 N. Maple Street 104
                                    Burbank, CA 91505
23                                  Telephone: 213-2708403
                                    Email: patriciaforman@gmail.com
24

25        IT IS HEREBY ORDERED that Defendant Heidi Yoast's Motion for Leave to

26   Substitute Counsel is GRANTED.

ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE COUNSEL - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  DATED this _____ day of _____, 2017.
2
3                                          _____
4                                          HONORABLE ROBERT S. LASNIK
5     GSB:8813374.1 [23226.69000]
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE COUNSEL - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939