# OPPOSITION TO COUNTERCLAIM DEFENDANT SHELLY COLE'S MOTION TO DIMSISS COUNTERCLAIM

# EXHIBIT 1

## Brianna Hall
active 25 minutes ago

**Brianna Hall**
Hello Mom Shelly! When I was in Utah, Mom Patty mentioned that you would be a great person to ask for information about the similarities and differences between the Masonic youth groups. I am planning on creating a presentation board with that kind of info to put on my table at Supreme...please let me know if you are willing and able to help me with this. My email is briannahall@charter.net. Thank you, and I hope you're doing well!

Jobie Love,

Brianna 

Mar 17, 2014 · Sent from Mobile

**Shelly Cole**
Hi. So Mom Donna Goede and I are thinking about things to sell to raise money for Supreme 2018. She mentioned a super cute jacket that you got from the girls in the Philippines. I am wondering if you could send me a picture of that? THANKS !!

Sep 5, 2014

**Brianna Hall**
Hello! Here's my super cute Jobie letterman jacket! I'm hoping to get some for my term as GBHQ 

Sep 5, 2014 · Sent from Mobile

**Shelly Cole**
Ok ..those are super cute the UT/MO Supreme Committee will look into offering these.
Sep 5, 2014

**Brianna Hall**
I'm glad you like them! Would you like me to give Mom Heidi Pink your contact info since I've already talked to her about sourcing these jackets for me? Also let me know if I could help market them! All I would need is the order forms when they are ready.

P.S. Also if you ever want to chat about promotion or organizational structure changes just let me know! I'm loving what I've seen so far on the Upward and Onward page. 😃
Sep 5, 2014 · Sent from Messenger

**Shelly Cole**
Yes that would be great. Because they say Jobs Daughters on them we have to give Doc Morgan for right of first refusal...in fact that rule applies to you as well. Is she getting the Board permission to use the name on your behalf?
Does she have a business that has stuff like this?

# Exhibit 1

Sep 5, 2014

### Shelly Cole
Hope you are having a great weekend ..do you have Mom Heidi's info? I would love to see if we can do these jackets..super cute!
Sep 7, 2014

### Brianna Hall
We just talked to Mom Heidi on Tuesday about the jackets, so shes just looking into whether or not we can even find the jackets right now. My understanding is as long as you just use "Job's Daughters" but not the "International" then we're okay.

Mom Heidi's Facebook name is Heidi Pink, she's from WA and also did the SB shirts this year. You can find her on my friends list and send her a friend request and private message.
Sep 8, 2014 · Sent from Messenger

### Shelly Cole
Brianna ..unfortunately even the use of Jobs Daughters now requires permission ..that was laid out this year by the BOT ..but it's SUPER EASY to get permission, but a fee has to be paid ..and I am willing to pay the fee for us both to use it! I will contact her ..THANKS SO MUCH ..and I look forward to seeing you at Caitlyn's reception and we can talk promotion and get all your great ideas in motion!!
Sep 8, 2014

### Brianna Hall
Okay, thank you so much! I let Mom Heidi know that you would be contacting her, so I hope the jacket fundraiser works out! They would be a hit I'm sure. 😊 I'm looking forward to talking with you at Caitlyn's reception as well, and please take care!
Sep 9, 2014 · Sent from Web

### Shelly Cole
Hi Brianna ..I have a quick question. I had someone ask me about the event waiver you sent out for mini session ..can you tell me who you got that form from? There is a question as to whether it is the right form. None of that would be anything to concern you ..but we can track it down if you let me know who gave it to you so that I can talk to them. Thanks so much.
Mar 29

### Shelly Cole
I also sent a message to GG Amy in case she would know where it came from.
Mar 29

### Brianna Hall
I believe the waiver is from Mom Kerrie Ferlet, VGG.
Mar 29 · Sent from Messenger

### Shelly Cole
Great thanks.
Mar 29

### Brianna Hall
You're welcome!
Mar 29 · Sent from Messenger

### Brianna Hall



Brianna Hall

Also, Mom Kerrie Ferlet received the waiver from Mom Diane Kitsmiller, Chair of the Jurisprudence Committee.

Mar 29 · Sent from Messenger

**Shelly Cole**
Thanks.
Mar 29

**Brianna Hall**
You're welcome!
Mar 29 · Seen Mar 29 · Sent from Messenger

[ Write a message... ]

# Exhibit 1

# OPPOSITION TO COUNTERCLAIM DEFENDANT SHELLY COLE'S MOTION TO DIMSISS COUNTERCLAIM

# EXHIBIT 2

**Redacted**

---

**From:** Susan Goolsby [mailto:sgeman1977@yahoo.com]
**Sent:** Monday, October 12, 2015 2:51 PM
**To:** Susan Goolsby
**Subject:** Fw: Heidi Pink Business


----- Forwarded Message -----
**From:** Susan Goolsby <sgeman1977@yahoo.com>
**To:** Susan Goolsby <sgeman1977@yahoo.com>
**Sent:** Monday, October 12, 2015 9:37 AM
**Subject:** Fw: Heidi Pink Business


----- Forwarded Message -----
**From:** Shelly <gojobie@aol.com>
**To:** Sheila Galvin <sheilag.bot@gmail.com>
**Cc:** Susan Goolsby <sgeman1977@yahoo.com>; Kathy Wiekhorst <wiekhok@wyoming.com>
**Sent:** Sunday, October 11, 2015 3:15 PM
**Subject:** Re: Heidi Pink Business

Long email ..plz read
All the way to the bottom.

I think we need to think about how exactly we want to deal with several of these.   Cafe press and TeeSpring both have images that folks can use and some are the actual trademark.

Kathy if you sent the letter to Cafe Press after the mid year like we voted on - then they still have not deleted the images.   And now because Candy Loomis used TeeSpring they now have images.  Remember these 2 are image libraries that people upload to ..the company itself does not create them nor do any 'push' marketing.

Heidi on the other hand pushes  stuff out and her 'Got Jobies' FB page is clearly pushing at us.    I think if you tell her to stop she will dig in and get even nastier with you than she did with me for merely asking about where the
Profit goes.   She claims there is no profit to her and that she is merely charging cost.   But push marketing with our name on items is over the top in my mind.   Even if her attorney argued that the name 'Jobs Daughters' cannot be protected the WAY she is using it is 100% clear that she is aiming directly at us.

**Exhibit 3**

JDI_000121

Because of her ripping at me on Friday on Facebook she has now deleted all my comments and explanation of why I was inquiring about profit and just left her replies posted ripping me apart with personal attacks.   She also has now posted how wonderful it was to receive over 75 'messages of support' because of our exchange.

She is vicious and VERY aggressive going againt the 'leadership' of JDI and how only 'SHE' is in it for the Daughters .and blames us for the orders decline and she has some vicious and vocal followers.

If we don't do this precisely and correctly it will make us look very bad ...like the Goliath that needs to be slayed.

In this case I am thinking we should buck up and have our trademark attorney actually do the letter themselves  ... OR ...offer her some type of contract where she pays us a hefty fee to keep doing the custom shirts assuming DMI can't do them.

We also should discuss the attacks that have come out in the last 10 days against DMI on the PHQs unite page.    I don't think we need to do anything but I think it is PAST TIME that EVERY Supreme line and BOT officer should be able to exactly spell out WHY we have an official jeweler.   Some in the line and on the BOT are not aware of exactly the contractual benefits.

We have so many of these going on right now and I feel we are not 'in front' of the flood.

Sent from my iPhone


On Oct 11, 2015, at 1:51 PM, Sheila Galvin <sheilag.bot@gmail.com> wrote:

Who writes the cease and desist letter?


Sent from my Samsung device


-------- Original message --------
From: Shelly <gojobie@aol.com>
Date: 10-09-2015 9:07 PM (GMT-06:00)
To: Susan Goolsby <sgeman1977@yahoo.com>
Cc: Sheila Galvin <sheilag.bot@gmail.com>, Kathy Wiekhorst <wiekhok@wyoming.com>
Subject: Re: Heidi Pink Business


 ..only the shirts in my mind.

Well I should know better than to engage her.    I asked about who profits from the sashes and it blew up all over the place.  And she publicly threatened me with her attorney.    I finally just deleted most of my questions and comments ..she just kept getting nastier.

She will not stop without a fight I can guarantee ..and whatever we do will make her look like Robin Hood.  Big bad BOT.

But I think you have to do something about the shirts.


Exhibit 2

JDI_000122

Sent from my iPhone

On Oct 9, 2015, at 7:56 PM, Susan Goolsby <sgeman1977@yahoo.com> wrote:

She definately needs a cease and desist letter on the shirts with job's daughters on them but as for the other one what can we do

*Sent from my Verizon Wireless 4G LTE DROID*

Shelly <gojobie@aol.com> wrote:

So Heidi Pink is upping her game ...her business now has 2 sites ...Got Jobies and JoRaDe Clothing.

Here are some of the items she has posted since Supreme.

She is pushing the new Misses and such to order and she is using last years samples. And I would suspect that DMI would have issue with her using the image of the Miss crown.

And now she is offering Jobie To Bee sashes to compete with SAC 2018...nothing we can do about that but it does piss me off.

This is her profit and she is using our name ...so if we are serious about the name we need to deal with her.

These are super cute but her business is making money off of us.

Sent from my iPhone

# Exhibit 2

JDI_000123

# OPPOSITION TO COUNTERCLAIM DEFENDANT SHELLY COLE'S MOTION TO DIMSISS COUNTERCLAIM

# EXHIBIT 3

# Redacted

-----Original Message-----
From: Shelly [mailto:gojobie@aol.com]
Sent: Tuesday, September 06, 2016 9:47 AM
To: Susan Goolsby
Subject: Final and thoughts


All the pics I sent you (15) are currently on her FB store site.   As you can see from these screen shots she is specifically targeting our organization.   Also, this has been going on for a while - so to me it's a blatant disregard.

She is not merely a vendor that is being contracted ..she is ACTIVELY soliciting.    We have made Tee Spring and Cafe Press remove our images ..to me this is no different.   But the active solicitation is a step too far.

Again, her defense will lie in that she is not using our REGISTERED TMs .   By the way, if we back down we will lose all credibility ... so I hate to spend money, but I think we have no choice.

Good Luck


# Exhibit 3

JDI_000116

OPPOSITION TO COUNTERCLAIM DEFENDANT SHELLY COLE'S MOTION TO DIMSISS COUNTERCLAIM

EXHIBIT 4

# Redacted

-----Original Message-----
From: Shelly [mailto:gojobie@aol.com]
Sent: Tuesday, October 25, 2016 12:41 AM
To: Rod Reid; Susan Goolsby
Subject: Heidi's donation page

So FYI ..Heidi's Go Fund Me page shows a donation today of $10,000.

This looks suspicious because it is a 'offline donation'.

It would not shock me that this is Rose Hanne.

So ..Heidi now has plenty of money to settle with is if in fact that is what she really desires ..OR ..now that she has the money committed she may.no longer want to settle.

Anyway ..wanted you to know.

Exhibit 4