# Exhibit A
# Declaration of Heidi Yoast



**Shelly Cole**
Messenger



**Shelly Cole**
121 mutual friends including Lorrie Arneson Brunson and Barbara Hall
Global Sales Leader - Storage Virtualization at IBM
Lives in Salt Lake City, Utah

09/09/2014 2:55PM

Hi Heidi. Brianna said she had talked to you about the cute Jackets like the one she got from the Philippines.   She said you may have looked for the jackets.  We are interested in possible doing them for Supreme 2018 sales.

 I would be willing to get the BOT approval and pay the fee for use of the name ..so we can buddy up 😊

Hi Shelly, They are darling jackets! I make the same style jackets for quite a few other youth groups and they are always a hit!  Is there a good time to chat? I'll be home this evening if that works for you?

09/09/2014 5:13PM

 I am available now ..just hit my cell when convenient.   801 674 6766

09/09/2014 7:37PM

Totally forgot there must be a time difference LoL Are you up for a call?

 Sure

 My email is GoJobie@aol.com

09/18/2014 2:25PM

Hi ya Shelly! I haven't forgotten about you... I have a new supplier that carries the Jackets and I working on negotiating a better price than they initially quoted to get the cost down... Hang tight! I'm usually really persuasive LOL

10/09/2015 8:21PM

Can I ask who told you that I was competing with SAC sales it might clear a whole mess of things up.

10/10/2015 10:15AM

Heidi, I appreciate the personal reach out.  I decided to sleep on your request.  I am responding against the advice of many.   But whatever you have going on with this person in WA I have decided I don't want any part of it.  I was also contacted by someone in AZ. The WA PBG warned me that any comments would turn nasty and that you would rejoice in taking on 'the man' in the name of the Daughters.  Because of our pleasant dealings last year I did not believe that would happen so I expressed my concerns.   It went so personal and negative so quickly that I was shocked and tried to explain and it got worse.  The WA PBG has now taken her concerns to others but I am asking her not to involve me or anyone on my Supreme 2018 team.  I was contacted by a Daughter from WA who encouraged me to take my comments down and that you would do the same.  After
I took mine down she contacted me again about how funny it was that I 'fell' for her suggestion and that she helped you be the 'winner'. I find that concerning.  So I am deciding to not tell you names, but I sense you know who it was anyway.   I don't want to be involved in whatever feuds you have going.  We will continue to try to sell our handmade sashes to raise money and perhaps find another place for jackets that Brianna wanted us to do (since UT and MO are together for this SAC).    I will let you know that I gave you the benefit of the doubt with what was told to me ..but I should have just asked privately and certainly lesson learned there. Again thanks for the personal
 reach out.

# Exhibit A

Shelly, I am truly dumbfounded and actually do not know who you are talking about in Washington. I do not rejoice in taking on anyone as acts of anger, retaliation, or just plain old nasty manors cause nothing but stress and illness. I know you understand that we all folks who do not like us or get defensive and nasty when wrong doings are brought to them directly. I have no feuds with anyone... Or at least I choose not to listen or engage in any feuds that are obviously going on behind my back. And as far as 2nd and 3rd hand backstabbing...

Search

**Shelly Cole**
Messenger

Shelly, I am truly dumbfounded and actually do not know who you are talking about in Washington. I do not rejoice in taking on anyone as acts of anger, retaliation, or just plain old nasty manors cause nothing but stress and illness. I know you understand that we all have folks who do not like us or get defensive and nasty when wrong doings are brought to them directly. I have no feuds with anyone... Or at least I choose not to listen or engage in any feuds that are obviously going on behind my back. And as far as 2nd and 3rd hand backstabbing... holy cow! If I believed everything I heard yesterday about both of us we would be sharing a person cell 😊 Shelly, I compete with no one and love the Order as you do. Sadly, we are truly on the same team & want the same things. The time I spend doing these Jobie items are in my so called spare time. My full time shop designs & prints for large corporations and some pretty cool celebrities. I found my good fortune could subsidize items for the ladies that they enjoy and love to show off. I'm sure you and I could chat for hours and hours about unsavory adults who seem to enjoy escalating chaos. I'm sorry we got off on a sour foot last year. That period in my life was overwhelmingly traumatic and hit my heart hard and heavy. I lost both my parents within 6 months time and they both passed away in my home. Soooooooo here is what i propose... Let's start over! The best way to stop the drama, backstabbing and nastiness is to show this silly people how to take on conflict and turn it into a gift not a train wreck. So many focus on the negative and have forgotten how to work issues out with a great outcome... I will help you in any way I can & hope we can work on a lasting friendship! I have a few ideas for you and would love the opportunity to chat with you and make this happen.

04/20/2016 7:05PM

I'm waving BIG white flag!!! I swear I didn't start this....... YIKES I am agreeing with you.... So I'm just stopping by to bring peace and BIG HUGS!!! I'm exhausted reading this... I gotta get back to making our next years GM's polos.....

Yes you and I are same page here.   The other 2 ladies are pissed about stuff the BoT pipes them from doing...so they are venting.

 Haha ..pipes should be 'stopped'



The amendments that went in are to try I clear stuff up and make it simple so that when new Trademark liaisons come on the board they are not inventing from scratch ..we shall see.

we can keep fingers crossed & hope for the best!!! Tough crowd in the lion den... UGH

Yeah nothing new.

It took me days to write those amendments ..hope I didn't forget anything.

That section of the law is tough to navigate.

I'm sure you did wonderful!

 Time will tell

Exhibit A

It is a very tough area of law to navigate. I totally understand! That's why I have one of the best intellectual property attorneys on speed dial LMAO



**Shelly Cole**
Messenger

It's not so much 'legal' in that section as it is being clear on JDI policy with regard to what it owns and has registered.

We have a chart of FAQs that may help also.

> I am working on my own line of active wear (middle age punk rocker) and have had to get really cozy with my attorney. It's a crazy world....

Yep and that type of law is still evolving ..got real messy with the invention of social media.

> just look at what people do with pictures... now that freaks me out!

Yep ..imagine someone taking a pic of one of our HQs off a website and photoshopping it ..nightmare.

> In all honesty, I'm surprised that hasn't happened!!

Probably has .. And fortunately not gone viral.

> big UGH!!! well I gotta get a couple more polos done LOL OMG my lovely friend, who is next yrs GM pick the worst fabric, the hardest design, and metallic thread to boot LOL so I'll go swear for a couple more hours heehee Hang in there!!!!

Have a great evening ...wine helps with the swearing!

> I don't think there is enough wine in the world lol But i will give it a try 😊

04/21/2016 4:09PM

Hi.  On your latest question ..

Our TM attorney says that the name like that IS an infringement ...causing a lot of debate.

> OMG I am seriously not trying to get peoples knickers in a knot.... BUT I will say your responses have been really good and diplomatic...reasonable LOL I thought maybe clarity would be great BUT there is NO clarity with the wolves... I truly hope at Supreme all this gets worked out... well as worked out as it can be for now. I am really willing to help you in any way I can!!!!! truly!

So amendments went in last year ..and that made it worse ..so now we will try to get it fixed.

> The road looks steep and long BUT you can do it!!! Soooooo many opinions, so many personalities..... I honestly want the girls to have a wonderful opportunity and one that will be here in many years to come.

> I do have a package for you 😊 it's been sitting here waiting for me to contact you....

Well send away 😊

> give me an address and I will pop it in the mail 😊

# Exhibit A

> cool beans! watch for a package 😊

> OK I must go now and find something purple to wear...Not job related hahahaha I'm in mourning... Prince died!!! Dang it!!!!

Shelly Cole
Messenger

I don't think there is enough wine in the world lol But i will give it a try 🙂

04/21/2016 4:09PM

Hi.  On your latest question ..

Our TM attorney says that the name like that IS an infringement ...causing a lot of debate.

OMG I am seriously not trying to get peoples knickers in a knot.... BUT I will say your responses have been really good and diplomatic...reasonable LOL I thought maybe clarity would be great BUT there is NO clarity with the wolves... I truly hope at Supreme all this gets worked out... well as worked out as it can be for now. I am really willing to help you in any way I can!!!!! truly!

So amendments went in last year ..and that made it worse ..so now we will try to get it fixed.

The road looks steep and long BUT you can do it!!! Soooooo many opinions, so many personalities..... I honestly want the girls to have a wonderful opportunity and one that will be here in many years to come.

I do have a package for you 🙂 it's been sitting here waiting for me to contact you....

Well send away 😉

give me an address and I will pop it in the mail 🙂

3848 W Sand Creek Dr, Riverton, UT. 84065

cool beans! watch for a package 🙂

OK I must go now and find something purple to wear...Not job related hahahaha I'm in mourning... Prince died!!! Dang it!!!!

Yea sad news!

too many folks checking out...... UGH...

I'm still mourning Mr Bowie

Shhhhhh ME TOO! that one hit hard!!!!

08/11/2016 4:02PM

So ..I responded to your email.  I checked with the others in those town hall meetings ...NO ONE said anything even remotely connected to your name.  I specifically wrote that amendment to make this stuff friendlier so we wouldn't have as many of these issues.  By the way those town halls were hosted by the BoT chair, not by me.  All I did was discuss the proposed amendment change.  I think someone is trying to stir something up.

### Shelly Cole
Messenger

Options                                ⋯

🔍   Search in Conversation

✏️   Edit Nicknames

🎨   Change Color

👍   Change Emoji

🔔   Notifications

Facebook Profile

https://facebook.com/shelly.cole.96

# Exhibit A

Exhibit B
Declaration of Heidi Yoast



Exhibit B

# Exhibit C
# Declaration of Heidi Yoast

674 people reached

Boost Post

👍 Like    💬 Comment    ↪ Share

Phyllis Green Tackett, Linda Mock, Kimberly Rasar and 41 others like this.

Most Recent ▾

**Tamara Kaddatz** Look Joyce Johnson!!
Like · Reply · 19 hrs

**Mary C. Campbell** How much.
Like · Reply · 1 · 19 hrs

**Leslee Haylett** Bee-utiful!
Like · Reply · 1 · 18 hrs

**Linda Mock** Love these
Like · Reply · 8 hrs

**Kori Radloff** Gorgeous! What do you charge?
Like · Reply · 3 hrs

**Shelly Cole** And these profit your business and not a Bethel right?
Like · Reply · 3 hrs

**Shelly Cole** The reason I ask is that this competes with the sashes Supreme 2018 is selling. That profit goes to taking the Daughter fees down for Supreme. So I think it is important for us to know where the profit is going.
Like · Reply · 3 hrs

> **Got Jobies?** Hi Shelly! My name is Kim and I help Heidi in the shop. I wanted to let you know that often times, Heidi goes "backwards" on profit when creating these wonderful custom items. When she does make a profit on these items, it isn't much.
> Like · Reply · Commented on by Kimberly Williams [?] · 1 hr

> **Shelly Cole** Ok that's fine, but it does take away from Bethels and SAC committees opportunity trying to fundraise for direct benefit to the Daughters. SACs are trying to raise 10s of thousands of dollars to adjust Supreme fees and Bethels are just trying to surv... See More
> Like · Reply · 2 hrs

Write a reply...

**Got Jobies?** Shelly Let me answer that question yet again... Virtually all the items you see on this Page do not make a profit. These are custom ordered items I offer are by in part or on the whole subsidized by my full time printing shop that has very generous corporate customers. Let me give you an example, A custom Hoodie breaks down like this... Hoodie avg. \$9-11 Materials which includes specialty vinyls & glitter run around 15-20 design time, let's just say 1 hr (most take longer) weed & press time usually 3-5 hours... If I have an employee help me get one out the door I pay them their hourly rate on top... Also, what you may not know is that when a Bethel or individual orders from us they usually are gifted several extra items. I also donate randomly on a need basis to Bethels that might need a bit of extra help as JDI declined my offer to give a percentage of all Jobie items my shop does. Here is a question for you, Do you approach every shop that takes orders from Daughters, Bethels, Jurisdictions, or States and publicly exclaim they are competing with you? Our items are fabulous & very popular so why not ask us to join your efforts instead of trying to play the competition card. We all want this Order to spread and flourish, why is it so difficult to work together.
Like · Reply · 👍 5 · Commented on by Heidi Yoast Pink · 3 hrs

> **Shelly Cole** A simple set of questions and information now generating this debate ...clearly we have hit some nerves . If you recall, I asked about campus jackets several times and that went unanswered. I don't want to start a fight - you do this professionally and your shop is not connected to JDI - it is great to work together, but we had no forward since nothing came of our inquiry. I don't want to cause a problem for your business at all, I want consumers to understand what their purchases fund. We will continue to try to sell Jobie to Bee sashes to benefit Bethels and SACs I encourage you to reach out to us ...we need all the help we can get.
> Like · Reply · 1 hr

Write a reply...

**Debbie Beers** You know, I don't know what the problem is with everyone on what Heidi does. Her designs are way popular with the girls. She designed my daughter's Tshirt AFTER we had to get 3 bids on said T shirt. She isn't in competition with anyone, she keeps he... See More
Unlike · Reply · 👍 2 · 2 hrs · Edited

**Debbie Beers** Heidi, you young Lady (she is younger than I am) are one special Lady. You work tirelessly for the DAUGHTERS, thank you for that as does Samantha. And for keeping costs reasonable so that the States/BETHELS can use your items as fund raisers to keep THEM operational.
Like · Reply · 2 hrs

**Shelly Cole** Debbie ...these are super cute I agree. But I invite you to try to help a Bethel or SAC raise money to directly benefit the organization. Having to raise 40K (with volunteers by the way) to host a Supreme and keep registration fees low for the D... See More
Like · Reply · 👍 1 · 2 hrs



**Shelly Cole**
Debbie ...these are super cute I agree. But I invite you to try to help a Bethel or SAC raise money to directly benefit the organization.    Having to raise 40K (with volunteers by the way) to host a Supreme and keep registration fees low for the Daughters is a monumental task.    Competing with a business that is using our name and not benefitting our order makes it really tough.    That is my point.    I love the designs, but consumers need to know what their dollars are going to do they can choose.
2 hours ago · Like · 1 · Reply

---

Bethels are just trying to survive. None of these items from a business help any of those efforts is my point.    My SAC trying to desperately raise 40K and having great success with a couple things - one being Jobie to Bee sashes - you can see where competing with a business (not benefiting anything JDI) really hurts.

---

**Shelly Cole** Got Jobies ...we will be happy to have you join our efforts to raise 40K to host a Session, my last emails to you went unanswered (too late I see) ...no other shop is allowed to use our name like you are doing please refer to SI SI 3). There is no 'attack' here ...I wanted to understand who benefits from the profits of the item and you answered that. I did not use any negative attack words, just raising a point about all of us out there fundraising to support Bethels and SACs.
Like · Reply · 1 hr · Edited

**Got Jobies?** Do you really believe this is the proper forum for your concerns or questions? And to be VERY clear the reason you did not receive an email back from me personally was due to the fact that my father, who was an amazing supporter of this organization and went above and beyond for the girls was dying in my living room! You will remember that the Varsity Jacket idea was initiated by a Past Miss International Job's Daughter & I believe the girls should come first! I don't recall a phone message and you have my number. I would like to know if you actively contact other businesses who's customers are affiliated with Job's Daughters? Let's be VERY clear, if you believe that I am in violation of using a properly registered trademark I implore you to immediately contact my exceptionally proficient intellectual property attorney and discuss this matter in the proper forum. And if you truly believe that the items these amazing young ladies have created in my shop does not benefit Job's Daughters I will provide you with dozens of names & reasons why they do just that.
Like · Reply · Commented on by Heidi Yoast Pink [?] · 1 hr

**Shelly Cole** Well I will certainly disengage and ask no more questions of you. No one supports the Daughters of this organization more than I do and I am offended that you have implied otherwise. But this now has gotten out of hand from a simple question of who profits. You brought up the working together point, not me. I didn't want readers to think we had not given effort to that. And I am certainly sorry for your loss and would have absolutely been patient if we had known.
Like · Reply · 1 hr · Edited

> **Got Jobies?** I welcome questions and am happy to take a phone call from you anytime.
> Like · Reply · Commented on by Heidi Yoast Pink · 1 hr

**Rose Lucas Hanne** 42:15 - Ladies, with all due respect, I encourage you to take this discussion offline & delete the comments, including mine. While you are each entitled to your opinion, this is a public page which is visible to daughters. They are sadly exposed to too much adult bickering as it is.
Like · Reply · 👍 1 · 53 mins

---

**Debbie Beers**
You know, I don't know what the problem is with everyone on what Heidi does.  Her designs are way popular with the girls.  She designed my daughter's Tshirt AFTER we had to get 3 bids on said T shirt.  She isn't in competition with anyone, she keeps her focus on what the girls LIKE period.  I know the design she has created for Samantha is way more costly if we had ended up with a design of the same nature from another company.  She has made EXTRA shirts for Samantha specifically.  Instead of attacking publicly why not find out what would cost from her and see what she could do to HELP instead of making it seem like she is doing things wrong.  I am frankly tired of everyone trying to cut throat those that have the knack to know what the GIRLS like and is willing to go above and beyond to make the DAUGHTER'S happy.  She donates so much by keeping the costs down for the KIDS its not funny.
3 hours ago · Edited · Like · 👍 2 · Reply



# Exhibit C

# Declaration of Heidi Yoast
# Exhibit D

From: **Patty Reardon** keepthedream@comcast.net 
Subject: Screen shots
Date: August 12, 2016 at 2:57 PM
To: Heidi & Walt pinkpowerprinting@gmail.com





Exhibit D





Exhibit D



Exhibit D

# Declaration of Heidi Yoast
# Exhibit E



Hi Heidi I didn't forget about you I would I really love your stuff I think it's very very beautiful unfortunately Valerie was told that I can't purchase anything from you I am unsure as to the reasons but I can't do anything that might get her in trouble really sorry for everything and I hope you have a great day and I hope you keep making beautiful beautiful things

Can you give me a call 253 852-8333 



Give me a min

Great! I just want to chat with ya for a few minutes 



Valerie says that Washington state was told as a whole by supreme. If hope that helps you

08/10/2016 12:24PM

Thanks Susan! I just spoke with a Past Supreme Guardian LOL & that was NOT what was said... I'm getting to the bottom of it 🙂

It's funny because I have been filling orders for several other states this week... Hmmmmm



Ok thanks.  Hope it all works out

Thank you so much! I just love the girls and the Order!

08/20/2016 2:39PM

Hi Susan 🙂 Can I have your address? I have something I would like to send Valerie 🙂



# Exhibit E

Perfect! Thank you!

Declaration of Heidi Yoast
Exhibit F



# Exhibit F

Declaration of Heidi Yoast
Exhibit G



**Leslie Rawls Hoglund**
You're friends on Facebook
PHQ, Vice Grand Guardian (36, 39) at Virginia Job's Daughters and Division Director, Population Health Data at Virginia Department of Health
Lives in Yorktown, Virginia

10/14/2016 6:52AM

Hi Heidi, curious...had heard you filed a lawsuit against JDI before they filed against you? By the way, I am sorry this has happened. It's an overreach of power imho. I was witness to shelly's very public demeaning of you at supreme.

Hi Leslie, no I would never file an unfounded lawsuit! This is so very ridiculous! They have absolutely nothing to file a lawsuit for. The complaint is poorly written and has no specifics and a large amount of inaccuracies. Shelly continue to deny her statements 😣 she flat out lied to me in emails! I'm just beside myself. I knew that bringing it to fb would be crazy BUT I really thought people needed to see what was true. Boy I sure had way to much faith in people. I have a statement on my got Jobies page that gives an absolute play by play account of what has transpired and you can read the complaint JDI filed against me. We tried to talk to them. We asked for specifics, we asked for the supposed letters Shelly keeps yapping about. They have ignored my attorney and produced nothing. I'm 30,0000.00 down. Ugh I can email you the complaint if you would like to read it. Shelly continues to public ally say she did nothing but no one will public ally say they heard her 😣 I think that would stop everything.

She did it with the Virginia delegation after the town hall meeting at supreme this year.

According to Washington she did it in the town hall meeting as well! It's just crazy

I didn't know what she was talking about, so she pulled up your Facebook pages while we were sitting in the lobby area at the hotel. She was very angry and said that you were taking money away from the supreme guarding counsel and that it was in direct competition to sac sales.

Yes she got very very angry and she shouted your name during the town hall meeting.

Ohhhhhh Leslie this is truly what is all about!!

I'm sorry that they are trying to make an example out of you.

We're there others who heard this

I haven't done anything and JDI have come to me several times!

Oh yes there are several from Virginia who are there



Exhibit G

Options

Search in Conversation

Edit Nicknames

Change Color

Change Emoji

Notifications

Facebook Profile
https://facebook.com/lhoglund

Shared Photos



Type a message...





Leslie Rawls Hoglund
Active 1h ago

Leslie Rawls Hoglund
Active 1h ago

Options                                    ...

🔍   Search in Conversation

✏️   Edit Nicknames

🎨   Change Color

👍   Change Emoji

🔔   Notifications

Facebook Profile
https://facebook.com/lhoglund

Shared Photos                              ...



Quick question, would you say this design violates any trademark?

Not at all!! And it's awesome

BOT denied it.

I'll show my attorney he will say that's awesome and he represent sketchers and the just do it shoes lol

They are crazy and can not but they will threaten to take your CAV away!

Yes we've added the design through our local county commonwealth attorney and he said it was fine I did not create any consumer confusion.


Reviewed

I have a long long hated the fact that our board of trustees is not elected based on knowledge skills and abilities. We shoot ourselves in the foot year after year because we don't even have a standard of proper nonprofit business practices.

Is there any of you in that group willing to let me share what you heard without naming you? I really think someone stepping up would have a huge impact and really not just for me!

Angie Leeper and I had a conversation yesterday about all this. I remember very clearly and distinctly what Shelly said at supreme. I'm not opposed to holding her accountable. I'm not sure though that social media is the best way to do this. I've already begun drafting a letter to the board of trustees sharing my concerns.

Perhaps after knowing the letter is received by BOT, I'd be happy happy to post it on my own Facebook as an open letter.

I totally understand and really dislike having to use FB. I will say people underestimate our amazing young ladies. I have received almost 100 messages from Daughters and they have read things through asked great questions and the tear jerker is they have all said "go get them for us!" how can I not do what i can... UGH

Yep. My girls are pissed they can't do their shirt promoting the state website.       Exhibit G

Type a message...                        GIF 😊 🎤 💲 📷 👍



Leslie Rawls Hoglund
Active 1h ago

I have probably 48 hours before this lawsuit starts getting really really expensive. my hope was information would give the BOT cause to question and retract it. they think shelly did nothing, shy whined all over FB how she was being wrongly accused

SAC sales are corrupt & I believe (just my opinion) they are used for personal travel funds

Options

 Search in Conversation

I can honestly say that sac sales for Maryland and this year for Pat are not used in that way. They go to paying for the hotel and offsetting food costs and other hotel expenses as well as packets and copying and printing etc.

 Edit Nicknames

 Change Color

state level is way different

The thing I find corrupt about sac sales is what they are allowed to do compared to what everybody else in the organization is allowed to do. Inequity! It puts GGCs and local bethel at quite the disadvantage. Having to give first right to Doc Morgan is collusion and it just reeks of not promoting a free market place.

 Change Emoji

Notifications

Shelly claims it will offset supreme session for the girls

exactly

Facebook Profile

https://facebook.com/lhoglund

That's half true. It will be interesting to see if her registration costs are different than in prior years.

Shared Photos

and why can the girls not sell online but shelly is all over and on ebay

Because she wants to corner the market and doesn't want any competition



she is mad at me for telling her i wouldn't do the varsity jackets for her that she took the idea from brianna & I will always help the girls first. she flat out told people I was competition

The whole Virginia delegation went to her because the original amendment that she was going to submit was completely disparate to everyone else. We fussed so much and told her how unfair it was that she was willing to allow pre-ordering online and promotional use and if it was in coordination with an event that the state was having

and just so you know.. 😊 and those that really know me know) I can PR anything and I will NEVER put the Daughters I love so dearly in a bad light with media BUT these adults need to see that JDI opened that door. they caused the interest & omgoodness i had no idea of the vultures making rounds

Yep. That's why as soon as I'm done being Grand Guardian in Va - in 2019 - I'm going start running for the board to change it.

You would make the BEST board member!!!!!

First order of business is to add daughters to the board.

Transparency and accountability

I have said that since i was a Daughter!!!

# Exhibit G

Sister you are in my heart!!! I believe this truly!!! but this war is lonely and without support. I'm soon

Type a message...



Leslie Rawls Hoglund
Active 1h ago

Sister you are in my heart!!! I believe this truly!!! but this war is lonely and without support. I'm soon exhausted.

You have a lot of support. It may not be public and it may not be vocal but you are supported. There will be a watershed moment and it will either make or break this organization

I truly appreciate that!!

10/14/2016 9:02PM

Hi leslie, i wanted to make sure you knew that in a post I wrote on my got jobless page I talk of folks who knew what happened at  supreme. this was not about you. I had several Washington people give a very close account and they are just beside themselves.

10/17/2016 7:39PM

Hi Leslie, hope you are well. What a week! I have continued to received veiled threats from shelly via other SGC folks and I am truly appalled and so saddened this is happening. I have received almost 100 messages of others terrible experiences and my heart is just broken. I wanted to know if you had written to the BOT. They continue to ignore my attorney and I, apparently don't have the patience of Job LOL -Heidi

10/18/2016 3:39AM

I've spoken directly to two Board members and shared by concerns. Was waiting to see if the Board was going to do anything this week - like put out a statement or something. I truly think they are totally uneducated about all of this.

10/18/2016 8:02AM

Filing a lawsuit without due diligence is just so crazy. I hope they consider that within the next few days because a counter suit is being drafted and to be truly honest Leslie I just want to sleep through the night.... Ugh

10/18/2016 11:03AM

She did it with the Virginia delegation after the town hall meeting at supreme this year.

Was this message for me?

yes sorry I didn't finish it... I soooooo tired? I was curious how many shelly showed my fb pages to. I TRULY want to do my best to resolve this whole silly thing and maybe come out with something positive for the Daughters.

I don't think i have slept properly for almost 2 weeks...

Those that were in the group were me, Melanie and James Schoonmaker, Christi Tanous, and Judy Pennington.

Do you think any of them would be willing to put to words in an email what they witnessed. Just the facts. I need to stop this before anymore irreparable damage occurs. I'm thinking maybe with these accounts we can pull this out of the public and enter into some sort of resolution at a conference table.

11/06/2016 5:12PM

**Options**

🔍 Search in Conversation

✏️ Edit Nicknames

🎨 Change Color

👍 Change Emoji

🔔 Notifications

**Facebook Profile**
https://facebook.com/lhoglund

**Shared Photos**



Exhibit G

Type a message...



**Leslie Rawls Hoglund**
Active 1h ago

**11/06/2016 5:12PM**

Hi Leslie, Sadly, things are still on track for litigation. I appreciate you letting me know what shelly did during Supreme this year. Your group was not the only ones this happened to. Would you be willing to share with me what board members you contacted regarding your interactions with shelly?

**11/07/2016 3:23AM**

 I shared my concerns about the lawsuit with Cindi Marvel and Shelly Cole.

**11/07/2016 7:59AM**

Thank you Leslie, this actually explains quite a lot. I'm truly sorry you have been brought into any of this. Shelly will have to answer to this and be honest in court. One can only hope the consequences of a few peoples actions do not destroy the order.

Indeed. This whole thing has many many people completed befuddled and bewildered.

Myself and a team of 5 IP Attorneys as well. Although we do know exactly what this truly is. Even though I know in my heart I have not done anything wrong and have given as much as I can, this will cost my family almost 50,000. To show the facts. Ugh such a waste. But at least through the process light will come out. Every one of my attorneys can not believe an organization like this is ran by a board of folks not elected based on expertise or experience.

I won't be surprised if we get reprimanded or something worse from the IRS for not protecting the business mission of the organization. I've called and asked for information about how this is being paid for and no one will answer me.

Funny, I know of at least 4 others who have written official requests for information on this lawsuit and the cost only to receive a big NO from Rod.

 yep

From message exchanges Shelly has had with several people I figure this started when Shelly got very upset with me for telling her no. I stood up for a daughter and wouldn't help Shelly use the varsity jacket idea for her sac sales. She truly bullied this young gal and I won't have that.

I'll happily go in front of any judge any day if it is protect a daughter or to shed light on a corrupt board... It's very stressful and makes me question everything I have loved within Jobies but it's the right thing to do.

**JAN 30TH, 2:16PM**

If you don't have any luck contacting the gal about your capes try to do a quick Go Fund Me or something similar. This breaks my heart! Although I don't have a lot of liquid funds available right now, I would like to donate part of the cost to get those capes made asap!

thank you, I received an email and we are now working to a resolution. sad i had to take to social media to get a response.

## Exhibit G

Hey ya gotta do what ya gotta do! I'm sorry that happened and am happy it's on the mend! Legal action is never a good bet for problem solving! It will open Pandora's Box.......

---

Options

🔍 Search in Conversation

✏️ Edit Nicknames

🎨 Change Color

👍 Change Emoji

🔔 Notifications

Facebook Profile
https://facebook.com/lhoglund

Shared Photos



 Leslie Rawls Hoglund
Active 1h ago

indeed! any resolution on your end?

> Omgoodness Pandora's Box is about to explode! It's truly sad, but this may bring the whole order down. My heart is fighting for truth and justice but my bank account and body are not keeping up as well.

i dont' doubt it 😞

**Options**

🔍 Search in Conversation

✏️ Edit Nicknames

FEB 10TH, 6:43AM

Hey! I saw the Job's Kitties design and was curious what "educational purpose" it was serving. It is stinkin' hilarious and can see where the girls would love it. Eye-catching and humor draw people in.

🎨 Change Color

👍 Change Emoji

FEB 10TH, 7:53AM

> Hi ya! It is being used to teach an IP class to attorneys. It falls under the fair use doctrine because it is a parody.

🔔 Notifications

Very cool!!

Facebook Profile

https://facebook.com/lhoglund

MAR 9TH, 2:51PM

> I wanted to check back with you to see if you got your capes?

Shared Photos

Nope

And no reimbursement of the $750 we paid

It's been a year and I will be filing in small claims court next week on behalf of our daughters

> Oh No!!!!! I am soooo sorry!! That stinks.

Indeed it does. all she needed to do was communicate with the council

> Is there anything some of us "rebels on the outskirts" can do to help? Maybe a fundraiser, Go Fund Me, etc

No Our Bethel has been blessed with a solid treasury. The funds that were used to purchase these capes were memorial donations for a beloved Master Mason from our lodge who the girls just loved deeply. He passed away a year ago from a massive heart attack.

> What a beautiful memorial & tribute to him!!!

Once the capes were done, we were going to get in memory of Steve Wigington embroidered across the inside of the capes so that the words fell across the girls shoulders.

> OK now I got the tears flowing!! Thats amazing!!

MAY 16TH, 1:12PM

# Exhibit G

> Hi ya, hey I think Patricia Forman sent you a message. It is more than likely in your "other" messages inbox.

Type a message...

Leslie Rawls Hoglund
Active 1h ago

Is there anything some of us "rebels on the outskirts" can do to help? Maybe a fundraiser, Go Fund Me, etc



Leslie Rawls Hoglund
Active 1h ago

No Our Bethel has been blessed with a solid treasury. The funds that were used to purchase these capes were memorial donations for a beloved Master Mason from our lodge who the girls just loved deeply. He passed away a year ago from a massive heart attack.

What a beautiful memorial & tribute to him!!!

Once the capes were done, we were going to get in memory of Steve Wigington embroidered across the inside of the capes so that the words fell across the girls shoulders.

OK now I got the tears flowing!! Thats amazing!!

MAY 16TH, 1:12PM

Hi ya, hey I think Patricia Forman sent you a message. It is more than likely in your "other" messages inbox.

MAY 16TH, 2:23PM

Oh ok.

MAY 27TH, 5:07PM

Hi ya, Hey I know Patricia or John has tried to contact you. We are getting to the deadline where we either need statements from folks or they may have to be put on the list to depose or subpoena. It sucks and it's exhausting, I totally get it. I would much rather people make statements through our legal team then end up in Washington for the trial. I get no one really wants to be involved but I need to follow the rules and do my best to have all truths out in the open. Is there a good time that Patricia or John can call you?



Can you print out my messages to you here on messenger?

I'm sure I can & the data collection firm who has basically a copy of my hard drive undoubtedly has them.

I do think that the attorneys will need some kind of statement referring them to the messages. I am truly doing my best to keep people as out of all this as possible.

I guess I feel like I've shared what I heard already and you have that in writing here, up-thread.

I'll explain this to the attorneys.

MAY 31ST, 7:17PM

I spoke with the attorneys today and explained what you have said above. Either John or Patricia would like to talk to you. They will still need a statement explaining what you have messaged me above and that the message contains what you know to the best of your knowledge. Without a signed statement you will more than likely receive a subpoena to appear.

JUN 6TH, 11:00AM

How about I print all of this out, sign it and send it to you?

Exhibit G

Options

🔍 Search in Conversation

✏️ Edit Nicknames

🎨 Change Color

👍 Change Emoji

🔔 Notifications

Facebook Profile

https://facebook.com/lhoglund

Shared Photos

Type a message...

Declaration of Heidi
Yoast
Exhibit H

# PINK POWER PRINTING

## PinkPowerPrinting.com  Maple Valley, Washington

### DBA Sweet JoRaDe & Heidi Pink Ink

## (253) 852-8333

August 11, 2016

Shelly,

It has come to my attention that during Supreme Session in Grand Rapids, Michigan from July 27 through July 30, 2016 at the Amway Grand Hotel, you stood before a sizeable group of people and alleged that I have been served with "several cease and desist" letters and have "blatantly violated the JDI trademark."

As you know, I have never been served with any legal document from JDI, nor have I ever used any JDI trademarks in my work. As you also well know, the only Trademarks registered by JDI are as follows:

"Job's Daughters International"

"JD International" as the stylized letters in a triangle

"IYOB FILIAE" along with the three girls within a triangle

Only the above marks are legally protected and I have absolute respect for legally registered marks. None of the above marks appear in any of my commercial artwork.

Your continual insistence that I am violating trademark and attempts to interfere with my business contracts have now resulted in several order cancellations and significant damage to my reputation. What you are doing is not only unethical, it is illegal. Tortious interference with business expectancy is a taken seriously in all states, as is business defamation.

It is well documented that I have offered JDI a generous percentage of all items I sell related to Job's Daughters and they declined.  I have personally and professionally done my best to give back to the Order I so fondly appreciate and respect. It is well known that I go above and beyond to help Bethels, States, and Jurisdictions print, embroider, design, and create current

Exhibit H

and fashion forward items that the Daughters can be proud to own and share with others.

You are very aware that the custom items I create for the Daughters are in no way a profit making endeavor, quite the contrary, and done out of support and love for the Daughters.

In order to help mitigate the damage you have done to my business and me personally, please issue a public retraction of your statements as well as an apology to the Daughters and Grand Guardian Council of Washington as well as all the young ladies who have been disappointed and saddened by your intentional defamation toward me personally and my business.

This is the only warning you will receive. If this continues, I will be initiating legal action to recover all damages resulting from these intentional acts. I have an intellectual property attorney carefully review all of my designs to ensure they do not violate ANY organizations's IP.

Sincerely,

Heidi Yoast
Pink Power Printing/Owner

**Via E-mail hardcopy to follow**

**CC:**  Susan M. Goolsby, Executive Manager

Pat Pelham, Supreme Guardian
Jeannine Hinman, BOT
Rod Reed, BOT
Cindi Gott, BOT

# Exhibit H

Declaration of Heidi Yoast
Exhibit I

**From:** **Shelly** gojobie@aol.com
**Subject:** Re: False Allegations of IP Infringement
**Date:** August 11, 2016 at 3:45 PM
**To:** Heidi Pink pinkpowerprinting@gmail.com
**Cc:** sgc@iojd.org, jhtulare@sbcglobal.net, rodreid1@outlook.com, bclouise@shaw.com, cgott@iuhealth.org, pat.pelham@verizon.net

Heidi ..

To whom did I say this?  What was the venue?

What is quoted is absolutely nothing I said.  So whoever made these statements is plain old not correct and perhaps stirring up trouble.   You have quotation marks around something attributed to me, but you are doing that third hand.

Trademark issues are dealt with in BoT meetings and I am not the BoT liaison for trademark.

So before we get all indignant here let's understand the source and context.

Your insight and information  about who seemed to hear what to everyone on this email is appreciated.

If you look at the amendments I worked on it was to open up the non-registered trademarks so Bethels had more accessibility to them.

So this honestly makes no sense to me.

Thanks
Shelly

Sent from my iPhone

On Aug 11, 2016, at 3:31 PM, Heidi Pink <pinkpowerprinting@gmail.com> wrote:

> Attached please find my letter addressing your recent, false allegations of IP infringement. Hard copy to follow.
> <Shelly cole-jdi.pdf>


Exhibit I

# Declaration of Heidi Yoast
# Exhibit J

## 2017-2018 Supreme Team

### August
| | |
|---|---|
| 17-20 | Wisconsin |
| 21-22 | Scottish Rite Biennial – Washington, DC |
| 25 | Missoula, MT |
| 26 | Great Falls, MT |
| 27 | Billings, MT |

### September
| | |
|---|---|
| 8-10 | Nevada – Reno |
| 11-13 | Manitoba |
| 15-17 | Missouri, Lincoln Truman HIKE, ASG Reception |
| 22-24 | British Columbia, International Days |
| 26-28 | Minnesota |
| 29 | SOOB Supreme Session – Bloomington, MN |

### October
| | |
|---|---|
| 6-8 | Leadership – Anaheim, CA |
| 11-24 | Brazil |

### November
| | |
|---|---|
| 3-5 | Ohio |
| 10-12 | Wyoming |
| 17-19 | Alberta |
| 24-26 | Virginia |
| 27-30 | Delaware |

### December
| | |
|---|---|
| 1-3 | Maryland |

### January
| | |
|---|---|
| 5-7 | Pennsylvania |
| 18-22 | New Mexico |
| 26-28 | Arizona |

### February
| | |
|---|---|
| 2-4 | Colorado |
| 9-11 | Oklahoma |
| 12-14 | Kentucky |
| 15-17 | Indiana |
| 18-20 | Conference of Grand Masters – Indianapolis, IN |
| 23-25 | Idaho |

## Tentative Travel Schedule

### March
| | |
|---|---|
| 2-4 | Nevada – Las Vegas |
| 4-7 | Mid Year Board of Trustees |
| 9-11 | Michigan – Multistate |
| 16-18 | Utah, SG Reception |
| 23-25 | Oregon |

### April
| | |
|---|---|
| 2-14 | Queensland |
| 20-22 | Illinois |
| 27-29 | Kansas |

### May
| | |
|---|---|
| 1-3 | Florida |
| 4-6 | Nebraska, Mid America HIKE |

### June
| | |
|---|---|
| 6-9 | South Dakota |
| 21-24 | DeMolay International – Washington, DC |
| 25-28 | Daughters of the Nile – Cincinnati, OH |
| 28-July 1 | Washington |

### July
| | |
|---|---|
| 23-29 | Supreme Session – Layton, UT |

### TBD List
United States:  Alaska, California
Canada:  Ontario, Saskatchewan
Philippines
MIJD Reception
SBHQ Reception



# Exhibit J