The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JOB'S DAUGHTERS INTERNATIONAL, | NO. 16-cv-1573-RSL |
|---|---|
| Plaintiff, | AFFIDAVIT OF BRIAN T. MCKERNAN IN SUPPORT OF SHELLY HOWRIGON'S MOTION TO DISMISS COUNTERCLAIM |
| v. | |
| HEIDI YOAST, | NOTE ON CALENDAR: October 6, 2017 |
| Defendant. | |
| HEIDI YOAST, | |
| Counterclaim-Plaintiff, | |
| v. | |
| JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual, | |
| Counterclaim-Defendants. | |

Being duly sworn under oath, Brian T. McKernan states as follows:

1. My name is Brian McKernan and I am record counsel of Counterclaim Defendants in the above-captioned action. I have personal knowledge of the matters referenced herein and if called to testify, I could testify to the following.

2. Shelly Howrigon n/k/a Shelly Cole has not agreed to be deposed in the state of Washington. Similarly, Ms. Cole has not agreed to attend any trial in the state of Washington.

AFFIDAVIT OF SHELLY COLE IN SUPPORT OF HER MOTION
TO DISMISS COUNTERCLAIM
(16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

- 1

3. This affidavit is being provided in support of the Motion to Dismiss the Counterclaim.

I declare under penalty of perjury that the foregoing is true and correct.

_____
BRIAN T. MCKERNAN

Subscribed and sworn to before this __6th__ day of October 2017.

_____
Notary Public

My Commission Expires: __8/13/18__

GENERAL NOTARY - State of Nebraska
NICOLE VICE
My Comm. Exp. August 13, 2018

AFFIDAVIT OF BRIAN T. MCKERNAN IN SUPPORT OF MOTION
TO DISMISS COUNTERCLAIM
(16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2017, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Rodney L Umberger, Jr    rumberger@williamskastner.com, ssanh@williamskastner.com

John B Crosetto    jcrosetto@gsblaw.com, jbeagle@gsblaw.com

Daniel Velloth    dvelloth@williamskastner.com, dlevitin@williamskastner.com, mphilomeno@williamskastner.com

Brian T. McKernan    bmckernan@mcgrathnorth.com

Patricia I. Forman    patriciaforman@gmail.com

DATED this 6th day of October, 2017.

s/ Rodney L. Umberger
s/ Daniel J. Velloth
Rodney L. Umberger, Jr., WSBA #24948
Daniel J. Velloth, WSBA #44379
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
rumberger@williamskastner.com
dvelloth@williamskastner.com

Attorneys for Plaintiff/Counterclaim-Defendant Job's Daughters International

AFFIDAVIT OF BRIAN T. MCKERNAN IN SUPPORT OF SHELLY HOWRIGON'S MOTION TO DISMISS COUNTERCLAIM - 3
(16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600