Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>    Plaintiff,<br><br>v.<br><br>HEIDI YOAST,<br><br>    Defendant; *and*<br><br>HEIDI YOAST,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual<br><br>    Counterclaim Defendant | NO. 16-CV-01573-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE COUNSEL |

**~~(PROPOSED)~~ ORDER GRANTING DEFENDANT HEIDI YOAST'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

This Court, having considered Defendant Heidi Yoast's Motion for Leave to Substitute Counsel as follows:

ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE
COUNSEL - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

Tracey V. Munger
GROVES LAW OFFICES, LLP
THE OLD TACOMA ARMORY
1001 S YAKIMA AVE #1
Tacoma, WA 98405
Phone: (253) 220-3511
Fax: (253) 220-5557
tracey@groveslawoffices.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Dated this 6th day of July, 2017.

GARVEY SCHUBERT BARER

By /s/ *John B. Crosetto*
John B. Crosetto, WSBA #36667

GARVEY SCHUBERT BARER
1191 Second Avenue
Suite 1800
Seattle, WA 98101-3438
Telephone: (206) 464-3939
Facsimile: (206) 464-0125
Email: jcrosetto@gsblaw.com
Email: egarcia@gsblaw.com
Attorneys for Defendant

Heidi Yoast

By /s/ Patricia I. Forman

Patricia I. Forman, Esq. California Bar No. 245108, *pro hac vice* for Counter-Complainant / Defendant Heidi Yoast

931 N. Maple Street 104
Burbank, CA 91505
Telephone: 213-2708403
Email: patriciaforman@gmail.com

IT IS HEREBY ORDERED that Defendant Heidi Yoast's Motion for Leave to Substitute Counsel is GRANTED.

ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE
COUNSEL - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  DATED this 19th day of October, 2017.

2

3  _____
   HONORABLE ROBERT S. LASNIK
4

5  GSB:8813374.1 [23226.69000]

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR LEAVE TO SUBSTITUTE
COUNSEL - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939