Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI YOAST,<br><br>Defendant; *and*<br><br>HEIDI YOAST,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>JOB'S DAUGHTERS INTERNATIONAL,<br>ROD REID, an individual<br><br>Counterclaim Defendant | NO. 16-CV-01573-RSL<br><br>**DECLARATION OF ANGELA M. LEEPER IN SUPPORT OF COUNTERCLAIM PLAINTIFF'S OPPOSITION TO COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Angela M. Leeper, hereby declare as follows:

1. I am over the age of 18, and I make this Declaration based on personal knowledge and am competent to testify as set forth herein.

2. I am a Majority Member, Past Honored Queen, Past Bethel Guardian, and Degree of

DECLARATION OF ANGELA M. LEEPER IN SUPPORT OF
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 1

PATRICIA I. FORMAN, ESQ.
931 N. Maple Street Ste. 104
Burbank, California 91505
(213) 509-8708
patriciaforman@gmail.com

1  Royal Purple Recipient from the State of Nebraska.

2     3. On or about October 13, 2016 I became aware that Job's Daughters International had
3  filed a law suit against Heidi Yoast via posts on Facebook.

4     4. Concerned and disturbed learning this, I reached out to Leslie Hoglund via Facebook
5  Messenger to get her thoughts on the subject. A true and correct copy of that message exchange
6  is attached hereto and incorporated herein as Exhibit A.

7     5. After the message exchange attached as Exhibit A, I had a long telephone conversation
8  with Leslie Hogland.

9     6. During our phone conversation, Ms. Hoglund stated that she heard Shelly Cole
10 announce at a meeting during Supreme Session 2016 in Grand Rapids, Michigan ("Supreme
11 Session") that Job's Daughters International had been sending cease and desist letters to a
12 certain Past Grand Bethel Honored Queen from Washington and that this person was
13 unresponsive.

14    7. Ms. Hogland also stated that, after the larger meeting at Supreme Session, Ms. Hoglund
15 and a few others from the Virginia jurisdiction approached Shelly Cole to ask her more detail
16 about her comment regarding this person from Washington. Ms. Hoglund stated that in this
17 exchange, Shelly Cole became very angry and pulled out her lap top and brought up Heidi
18 Yoast's Facebook page to show photos of some of her work.

19    8. To the best of my knowledge, Heidi Yoast is the only Past Grand Bethel Honored
20 Queen from Washington that maintains a custom graphic design and printing business that
21 makes custom hoodies.

22 ///
23 ///
24 ///
25
26

DECLARATION OF ANGELA M. LEEPER IN SUPPORT OF
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 2

PATRICIA I. FORMAN, ESQ.
931 N. Maple Street Ste. 104
Burbank, California 91505
(213) 509-8708
patriciaforman@gmail.com

1 | 9. I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 | knowledge and belief.
3 |
4 | DATED this 6th day of March, 2018 at Omaha, Nebraska.
5 |
6 |
7 | _____ Angela M. Leeper
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

DECLARATION OF ANGELA M. LEEPER IN SUPPORT OF
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 3

PATRICIA I. FORMAN, ESQ.
931 N. Maple Street Ste. 104
Burbank, California 91505
(213) 509-8708
patriciaforman@gmail.com

## CERTIFICATE OF SERVICE

The undersigned declares and states as follows:

I am a citizen of the United States, over the age of 18 years, not a party to the above-referenced matter, and am competent to be a witness.

On March 26 2018, I electronically filed the following document(s):

**DECLARATION OF ANGELA M. LEEPER IN SUPPORT OF COUNTERCLAIM PLAINTIFF'S OPPOSITION TO COUNTERCLAIM DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all associated counsel of record.

I also served said documents in the manner set forth below on the following parties:

Rodney L. Umberger, WSBA #24948
Daniel J. Velloth, WSBA #44379
WILLIAMS, KASTNER & GIBBS, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: 206/628-6600
Fax: 206/628-6611
rumberger@williamskastner.com
dvelloth@williamskastner.com
*Attorneys for Plaintiff*

☐ *Via U.S. Mail*
☐ *Via Facsimile Transmission*
☒ *Via Email by USDC Western District EM/ECF Filing System*
☐ *Via Hand-Delivery*

Brian T. McKernan, NE #22174
McGRATH NORTH MULLIN & KRATZ, PC LLO
Suite 3700 First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
Telephone: 402/341-3070
Fax: 402/952-6896
bmckernan@mcgrathnorth.com

*Attorneys for Plaintiff Job's Daughters International*

☐ *Via U.S. Mail*
☐ *Via Facsimile Transmission*
☒ *Via Email by USDC Western District EM/ECF Filing System*
☐ *Via Hand-Delivery*

I declare under penalty of perjury according to the laws of the State of Washington that the above statements are true and correct.

SIGNED at Burbank, California this 26 day of March, 2018.

/s/ *Patricia Forman*
Printed name: Patricia Forman

DECLARATION OF ANGELA M. LEEPER IN SUPPORT OF
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT - 4

PATRICIA I. FORMAN, ESQ.
931 N. Maple Street Ste. 104
Burbank, California 91505
(213) 509-8708
patriciaforman@gmail.com