# Declaration of Angela Leeper - Exhibits

# Exhibit A









