UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>HEIDI YOAST,<br><br>Defendant.<br>HEIDI YOAST,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, SHELLY COLE aka SHELLY HOWRIGON, an individual, ROD REID, an individual,<br><br>Counterclaim-Defendants. | NO. 16-cv-1573-RSL<br><br>DECLARATION OF SUSAN GOOLSBY |

Being duly sworn under her oath, Susan Goolsby states as follows:

1. My name is Susan Goolsby and I am the executive manager of Job's Daughters International ("JDI"), a position I have held for over 40 years. I am over the age of twenty-one (21) and under no legal disability.

2. I have personal knowledge of the facts set forth herein and if called to testify would state and allege the following.

DECLARATION OF SUSAN GOOLSBY
(16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

- 1 -

3.  JDI is a Nebraska Non-Profit Corporation founded with the primary purpose of educating, assisting, and empowering young women. JDI's principal place of business is in Papillion, Nebraska.

4.  As the executive manager, I am a full time employee of JDI. In addition to the executive manager, JDI employs one other full time employee and two part time employees. With the exception of these employees, JDI is run and operates entirely by volunteers. This includes a volunteer Board of Trustees consisting of nine (9) members. JDI also has local Bethels, Grand Guardian Councils and a Supreme Guardian Council.

5.  One of the Board of Trustees volunteers to serve as the Trademark Liaison and the Trademark Liaison has primary responsibility within JDI for the JDI Marks. The term of the Trademark Liaison typically runs any ware from one to three years.

6.  JDI is the owner of the following U.S. Trademark Registration No.'s 3,136,906 (JOB'S DAUGHTERS INTERNATIONAL); 3,036,155 (JD INTERNATIONAL and Design); 2,967,553 (JD INTERNATIONAL and Design); and 1,235,594 (IYOB FILIAE and Design) in the United States Patent and Trademark Office (hereinafter "JDI Registered Marks"). Attached hereto as Exhibit A are true and accurate copies of the Certificates of Registration for the JDI Registered Marks.

7.  At all times relevant, JDI has utilized the following trademarks and trade names: JOB'S DAUGHTERS, JOB'S DAUGHTERS INTERNATIONAL, INTERNATIONAL ORDER OF JOB'S DAUGHTERS, IOJD, JD INTENATIONAL, JD INTERNATIONAL and Design, IYOB FILIAE and Design, IYOB FILIAE, JOB'S DAUGHTERS KIDS HELPING KIDS HIKE and Design and HIKE (collectively referred to herein as the "JDI Marks" ). JDI has utilized the Job's Daughters, IYOB FILIAE, and JDI marks since at least the last 40 years.

8.  JDI has a written Constitution and Bylaws (Bylaws) that apply to JDI Members. The Bylaws also apply to majority members (members who reach the age of twenty) with the exception that majority members no longer have the right to vote. With respect to the use of JDI

DECLARATION OF SUSAN GOOLSBY (16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

Marks, SI-3 was the applicable policy until 2016. From 2010 through 2016, SI-3 required both members and majority members to obtain JDI Board approval prior to using the "Job's Daughters," "IYOB FILIAE," and "JDI" marks. Since 2010, SI-3 was changed in 2015 and again in 2016. True and accurate copies of the 2010 version of SI-3 is attached hereto as Exhibit B, the 2015 version is attached hereto as Exhibit C.

9. In 2016, SI-3 was changed to allow members to use "Job's Daughters," "IYOB FILIAE," and "JDI" without permission so long as they were not using them for a commercial benefit. The 2016 version is now found in JDI's Constitution and Bylaws under Policy of the Board. A true and accurate copy of that version is attached hereto as Exhibit D.

10. At no point did the JDI Bylaws allow members or majority members to use the JDI Marks for commercial or advertising purposes. In addition, at no point did the Bylaws provide members or majority members the authority to provide consent to third-parties to use the JDI Marks commercially. Any consent for use of the JDI Marks must come from the JDI Board of Trustees, usually through the Trademark Liaison.

11. Since I was hired as JDI's executive manager over forty years ago, I have personally witnessed, and at times been personally involved with, JDI's policing and enforcement of its trademark rights. Traditionally, JDI has policed its marks by relying on the leadership team to bring unauthorized use of the JDI Marks to the Trademark Liaison for further handling. I have personally brought various concerns to the attention of the Trademark Liaison when I became aware of the same. JDI has used good faith in policing and enforcing the JDI Marks at all times relevant, especially in light of the volunteer nature of the organization and its leaders.

12. Doc Morgan, Inc. ("Doc Morgan"), is a vendor formally licensed by JDI to sell a variety of soft goods (including, but not limited to, t-shirts, sweatshirts, bags) and jewelry that use the JDI Marks. Doc Morgan sells the goods through written catalogs and via a link on the JDI website http://www.jdistore.com. Doc Morgan also works with members on custom screen

DECLARATION OF SUSAN GOOLSBY (16-cv-1573-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

printing items. I have personally ordered various items from Doc Morgan, sat through presentations about what items they were creating, and inspected their facilities.

13. In addition, JDI allows its bethels, grand guardian councils, the supreme guardian council, and other members to utilize the JDI Marks on various goods, including, but not limited to, t-shirts, sweatshirts, back packs and jackets, so long as they follow the applicable Bylaws. Similarly, certain elected members are authorized to sell goods, including t-shirts, sweatshirts, bags, etc., through what JDI refers to as Supreme Arrangement Committee's (SAC's) as a way to pay for or reduce costs associated with the annual Supreme Session Meeting.

14. JDI first became aware of Ms. Yoast's use of the JDI trademarks when she submitted a proposal to be an approved vendor at the 2014 Supreme Session meeting. Prior to that submission, JDI was not aware of Ms. Yoast's unauthorized use of the JDI Marks.

15. Once JDI became aware of Ms. Yoast's unauthorized use of the JDI Marks, JDI first attempted to address the same informally, on multiple occasions. Specifically, JDI sent three different cease and desist letters and even asked the then Chairman of the JDI Board to reach out to her personally to discuss her use and address the same.

16. Despite the informal efforts of JDI, I confirmed that Ms. Yoast was continuing to make goods and advertise using the JDI Marks.

17. I have reviewed Ms. Yoast's statements whereby she claims she received permission from various JDI members to create the 14 of the 15 soft goods set forth in deposition Exhibit 65. I have reviewed the records of JDI and believe the only individuals or JDI members that received approval from JDI to utilize the JDI Marks on soft goods created by Ms. Yoast were Brianna Hall and Susan Rial.

18. I am not aware of Ms. Yoast ever requesting or anyone from JDI's Board of Trustees ever providing Ms. Yoast with permission to use the terms "Job's Daughters" "IYOB FILIAE" or "JDI" on any goods she created or for advertising purposes.

DECLARATION OF SUSAN GOOLSBY (16-cv-1573-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

19. Once JDI was not able to stop Defendant's use of the JDI Marks through informal attempts, JDI brought the present lawsuit.

20. Attached hereto as Exhibit E is a true and accurate copy of a post made on the Indiana Job's Daughters Facebook page by Markanda Eileen on or about January 21, 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

DATED this 26th day of March at Omaha, Nebraska

_____
Susan Goolsby

DECLARATION OF SUSAN GOOLSBY (16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

- 5 -

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Rodney L Umberger, Jr    rumberger@williamskastner.com, ssanh@williamskastner.com

Daniel Velloth    dvelloth@williamskastner.com, dlevitin@williamskastner.com, mphilomeno@williamskastner.com

Brian T. McKernan    bmckernan@mcgrathnorth.com

Patricia I. Forman    patriciaforman@gmail.com

Tracey v. Munger    tracey@groveslawoffices.com

DATED this 26th day of March, 2017.

s/ Rodney L. Umberger
s/ Daniel J. Velloth
Rodney L. Umberger, Jr., WSBA #24948
Daniel J. Velloth, WSBA #44379
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
rumberger@williamskastner.com
dvelloth@williamskastner.com

Attorneys for Plaintiff/Counterclaim-Defendant Job's Daughters International

DECLARATION OF SUSAN GOOLSBY (16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

- 6 -

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,136,906
Registered Aug. 29, 2006

## SERVICE MARK
PRINCIPAL REGISTER

# JOB'S DAUGHTERS INTERNATIONAL

JOB'S DAUGHTERS INTERNATIONAL (NEBRASKA NON-PROFIT CORPORATION)
233 WEST 6TH STREET
PAPILLION, NE 680462210

FOR: ASSOCIATION SERVICES, NAMELY, PROMOTING THE INTERESTS OF GIRLS BETWEEN THE AGES OF 10 AND 20, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-16-2005; IN COMMERCE 2-16-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL", APART FROM THE MARK AS SHOWN.

SN 78-498,927, FILED 10-13-2004.

CARRIE ACHEN, EXAMINING ATTORNEY



EXHIBIT
A

JDI_000256

Int. Cls.: **14, 16, 24, and 25**

Prior U.S. Cls.: **2, 5, 22, 23, 27, 28, 29, 37, 38, 39, 42, and 50**

**United States Patent and Trademark Office**

Reg. No. **3,036,155**
Registered Dec. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER



JOB'S DAUGHTERS INTERNATIONAL (NEBRASKA NON-PROFIT CORPORATION)
233 WEST 6TH STREET
PAPILLION, NE 680462210

FOR: JEWELRY, NAMELY, NECKLACES, PINS, RINGS, CHARMS AND TIARAS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-7-2004; IN COMMERCE 12-7-2004.

FOR: CALENDARS, PHOTO ALBUMS, DIARIES, DECALS, BUMPER STICKERS, PAPERWEIGHTS, BOOK MARKS, PENS, PENCILS, PLACE MATS MADE OF PAPER, PAPER NAPKINS, BROCHURES ABOUT MEETINGS, MEETING PROCEDURES, AND MEMBERSHIP INFORMATION, PRINTED PAMPHLETS IN THE FIELD OF MEETING PROCEDURES, PRINTED RITUALS IN THE FIELD OF MEETING PROCEDURES, AND STATIONERY, NAMELY, WRITING PAPER AND ENVELOPES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-27-2004; IN COMMERCE 9-27-2004.

FOR: FLAGS AND WALL HANGINGS, BOTH MADE OF TEXTILE MATERIAL, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 1-17-2005; IN COMMERCE 1-17-2005.

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEATSHIRTS, JACKETS AND HATS SOLD TO MEMBERS OF A YOUTH ORGANIZATION FOR GIRLS AGES 11 TO 20, EXCLUDING JEANS, JEAN JACKETS AND ANY TYPE OF CLOTHING MADE OF DENIM-LIKE MATERIALS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-7-2004; IN COMMERCE 12-7-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL", APART FROM THE MARK AS SHOWN.

SN 76-358,959, FILED 1-16-2002.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

JDI_000254

Prior U.S. Cl.: 200

United States Patent and Trademark Office

Reg. No. 2,967,553
Registered July 12, 2005

## COLLECTIVE MEMBERSHIP
### PRINCIPAL REGISTER



JOB'S DAUGHTERS INTERNATIONAL (NEBRASKA NON-PROFIT CORPORATION)
233 WEST 6TH STREET
PAPILLION, NE 680462210

FOR: INDICATING MEMBERSHIP IN A FRATERNAL ORDER FOR THE PURPOSE OF PROVIDING ITS MEMBERS WITH SOCIAL AND EDUCATIONAL BENEFITS AND FOR THE PURPOSE OF PROVIDING PHILANTHROPIC AND CHARITABLE SERVICES TO OTHERS, IN CLASS 200 (U.S. CL. 200).

FIRST USE 12-6-2004; IN COMMERCE 12-6-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL", APART FROM THE MARK AS SHOWN.

SN 76-372,494, FILED 2-20-2002.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY


JDI_000255

# United States of America
## United States Patent and Trademark Office



**Reg. No. 1,235,594**
**Registered Apr. 26, 1983**
**Corrected Jan. 8, 2013**
**Int. Cls.: 6, 14, 16, 18, 20, 21, 22, 24 and 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

THE SUPREME GUARDIAN COUNCIL OF THE INTERNATIONAL ORDER OF JOB'S DAUGHTERS (NEBRASKA CORPORATION)
233 WEST 6TH STREET
PAPILLION, NE 68046

FOR: KEY RINGS, IN CLASS 6 (U.S. CL. 13).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: JEWELRY—NAMELY, NECKLACES, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0-0-1927; IN COMMERCE 0-0-1927.

FOR: CALENDARS, PHOTO ALBUMS, DIARIES, DECALS, BUMPER STICKERS, PAPER WEIGHTS, BOOK MARKS, PENS, PENCILS AND PLACE MATS MADE OF PAPER, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 0-0-1927; IN COMMERCE 0-0-1927.

FOR: TRAVEL BAGS MADE OF PLASTIC, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: PLAQUES, GAVELS, NAME TAGS MADE OF PLASTIC, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: CUPS MADE OF PLASTIC, IN CLASS 21 (U.S. CL. 2).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: LAUNDRY BAGS AND CLOTHES BAGS, IN CLASS 22 (U.S. CL. 2).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

David J. Kappos
Director of the United States Patent and Trademark Office

**Reg. No. 1,235,594** FOR: FLAGS AND WALL HANGINGS, BOTH MADE OF TEXTILE MATERIAL, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: CLOTHING---NAMELY, SHIRTS, SLEEPWEAR, SWEATERS, JACKETS, RAINCOATS AND HATS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

OWNER OF U.S. REG. NO. 1,124,904.

THE PORTRAIT ON THE DRAWING IS MERELY FANCIFUL AND DOES NOT IDENTIFY AND LIVING INDIVIDUAL.

THE ENGLISH TRANSLATION OF "IYOB FILIAE" IS "DAUGHTERS OF JOB".

SER. NO. 73-242,821, FILED 12-14-1979.

JDI_000252

2010 SI-3
## SUPPLEMENTAL INSTRUCTION NUMBER 3
## OFFICIAL TRADEMARK AND ITS USE

1.
(a) The **THREE POINT** emblem Trademark of our Order: The Trademark referred to consists of a double triangle enclosing a replica of three girls wearing robes, capes, and crowns holding a cornucopia, dove, and urn within the inner triangle, and the words "IYOB FILIAE" at the base between the inner and outer triangle. This is the OFFICIAL EMBLEM.

(b) The **JDI Logo** - Corporate emblem of Job's Daughters International. The Trademark referred to consists of a double triangle enclosing the letters J and D and the word "International" at the base of the triangle. This is the Corporate Logo.

(c) The name "**Job's Daughters International**" is a registered Trademark of the Order.

(d) The names and phrases "Job's Daughters", "IYOB FILIAE", "Daughters of Job", "International Order of Job's Daughters", "IOJD", "JDI" and "JD International" are protected by Job's Daughters International and by the Board of Trustees from inappropriate use.

Bethels may use the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" for printing stationary, programs, invitations, napkins, and Bylaws without applying for permission.

GGCs and JGCs may use the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" for printing stationery, programs, invitations, napkins, state and province publications, Manuals, and forms for use and for sale to Bethels within their jurisdiction without applying for permission.

For use of the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" for purposed other than those specified, Bethels, GGCs and JGCs must secure and use application, Form 280, to request permission. Permission is granted by a member of the Board so designated as Chairman of Trademark (listed annually in the Supreme Directory) when in compliance with the accepted rules and regulations of the Board. Permission shall expire on August 1st following the date of the approved Form 280. Reapplication may be made from year to year.

2. The **SEVEN POINT** seal of the SUPREME GUARDIAN COUNCIL:

The Trademark is superimposed on a background that has SEVEN POINTS which attach this portion to a circular band inscribed INTERNATIONAL ORDER OF JOB'S DAUGHTERS.

Its use is restricted to stationery and other printed matter distributed by the SGC as directed by the Supreme Guardian and Board of Trustees.

3. The **FIVE POINT** seal of GRAND GUARDIAN COUNCILS:

The Trademark is superimposed on a background that has FIVE POINTS which attach this portion to a circular band inscribed over the top GRAND GUARDIAN COUNCIL, and at the bottom, the name of the GGC.

Its use is restricted to stationery and other printed matter distributed by the GGC, named, and considered official or sanctioned by the Grand Guardian.



EXHIBIT B

1.



(a) The **THREE POINT** emblem - Trademark of our Order: The Trademark referred to consists of a double triangle enclosing a replica of three girls wearing robes, capes, and crowns holding a cornucopia, dove, and urn within the inner triangle, and the words "IYOB FILIAE" at the base between the inner and outer triangle. This is the OFFICIAL EMBLEM and is a registered trademark of Job's Daughters International.



(b) The **JDI Logo** - Corporate emblem of Job's Daughters International: The Trademark referred to consists of a double triangle enclosing the letters J and D and the word "International" at the base of the triangle. This is the Corporate Logo and is a registered trademark of Job's Daughters International.

(c) The name "**Job's Daughters International**" is a registered Trademark of Job's Daughters International.

(d) "Job's Daughters", "IYOB FILIAE", "Daughters of Job", "International Order of Job's Daughters", "IOJD", "JDI" and "JD International" are all trademarks of Job's Daughters International and shall not be used without permission from the Board of Trustees.

Bethels may use the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" for printing stationary, programs, invitations, napkins, and Bylaws without applying for permission.

GGCs and JGCs may use the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" on stationery, programs, invitations, napkins, state and province publications, Manuals, and forms for use and for sale to Bethels within their jurisdiction without applying for permission.

For use of the Three Point emblem, the JDI Logo, the Name "Job's Daughters International", and/or the trademarks set forth in 1 (d) above, by Bethels, GGCs, and JGCs for purposes other than those specified above, Form 280 must be used to request permission.

Permission is granted by a member of the Board so designated as Chairman of Trademark (listed annually in the Supreme Directory) when in compliance with the accepted rules and regulations of the Board. Permission shall expire on August 1st following the date of the approved Form 280. Reapplication may be made from year to year.

2. The **SEVEN POINT** seal of the SUPREME GUARDIAN COUNCIL:



The Trademark is superimposed on a background that has SEVEN POINTS which attach this portion to a circular band inscribed INTERNATIONAL ORDER OF JOB'S DAUGHTERS.

Its use is restricted to stationery and other printed matter distributed by the SGC as directed by the Supreme Guardian and Board of Trustees.

3. The **FIVE POINT** seal of GRAND GUARDIAN COUNCILS:



The Trademark is superimposed on a background that has FIVE POINTS which attach this portion to a circular band inscribed over the top GRAND GUARDIAN COUNCIL, and at the bottom, the name of the GGC.

Its use is restricted to stationery and other printed matter distributed by the GGC, named, and considered official or sanctioned by the Grand Guardian.



SI-3 1

POL-BOT-4

OFFICIAL TRADEMARKS AND THEIR USAGE

This policy outlines the overall requirements, guidance and procedures relating to the use of registered and other trademarks throughout the organization of Job's Daughters International. There are currently three (3) registered trademarks and seven (7) other trademarks approved for usage.

Section 1: Registered Trademarks

(a)  The Three Point emblem: This Trademark consists of a double triangle enclosing a replica of three girls wearing robes, capes, and crowns holding a cornucopia, dove, and urn within the inner triangle, and the words "IYOB FILIAE®" at the base between the inner and outer triangle. This is a registered trademark of Job's Daughters International. Its use is mainly found on jewelry and official documents.



Variations of the Three Point emblem include the Registered Trademark superimposed on a background that has SEVEN POINTS which attach the Trademark to a circular band inscribed Supreme Guardian Council JDI. The use of this mark is restricted to stationary and other printed matter distributed by the SGC or as directed by the Trademark Liaison of the Board of Trustees or the Executive Manager.

 The second variation of the Three Point emblem includes the Registered Trademark superimposed on a back ground that has FIVE POINTS which attach the Trademark to a circular band inscribed Grand Guardian Council. The use of this mark is restricted to stationary and other printed matter distributed by the GGC or sanctioned by the Grand Guardian.

(b)  The JD International Trademark consists of a double triangle enclosing the letters J and D and the word "INTERNATIONAL®" at the base of the triangle. This is a registered trademark of Job's Daughters International.

(c)     The name "Job's Daughters International ®" is a registered Trademark of Job's Daughters International.





Variations of the name "Job's Daughters International®" include the three daughters silhouette brand adopted in 2017. When the word "International" is combined with this mark (i.e. "Job's Daughters International ®") it becomes a registered trademark. When the mark is used with the three Daughters and the words "Job's Daughters" it is still regarded as a trademark.

**Instructions for Usage of Registered Trademarks (a) (b) and (c) above:**

Committees of the SGC, GGCs, JGCs and Bethels may use the Registered Trademarks listed in (a), (b) and (c) above without requesting permission on stationary, programs, invitations, napkins, Bylaws, forms, promotion banners, event flyers, business cards, web and social media pages.

Using the Registered Trademarks on any item, other than those listed in the above paragraph, will require permission from the Trademark Liaison of the Board of Trustees using Form 280.

Supreme Session Arrangement Committees (SACs) may use Registered Trademarks of Job's Daughters International without requesting permission.

When requesting permission to use the Registered Trademarks on jewelry items or items already produced by Doc Morgan Inc. (DMI), you must give DMI first right of refusal by requesting a bid from them.

If the GGC, JGCs and Bethels wish to use the Registered Trademarks on items that will be sold for profit, they will pay a trademark usage fee to the SGC, unless these items are ordered through Doc Morgan Inc. (DMI). Approval of the Form 280 is contingent on the receipt of the trademark usage fee. If the items are being used to promote Job's Daughters and not sold for profit, you will still need to use Form 280 to request permission, however the trademark usage fee will be waived.

When you use DMI for your items, you will not need to seek permission from the Trademark Liaison of the Board of Trustees.

Once the trademark usage fee has been paid, and Form 280 approval given, the GGC, JGC or Bethel may contract with a vendor to produce the items. Please note that the vendor is limited to that usage only. Trademark usage is granted for one year from the date of approval. Reapplication may be made from year to year.

Usage of the three (3) Registered Trademarks must contain the ® symbol.

No individual, outside group or vendor may use the 3 Registered Trademarks without written permission from the Trademark Liaison of the Board of Trustees or the Executive Manager.

**Section 2: Other Trademarks**

(a)  The names "Job's Daughters", "IYOB FILIAE", "Daughters of Job", "International Order of Job's Daughters", "IOJD","JDI" and "JD International" are all trademarks of Job's Daughters International.

In addition to the names listed in (a) above, variations of these Trademarks include:

  

**Instructions for Usage of the Other Trademarks:**

Committees of the SGC, GGCs, JGCs and Bethels may use the seven other Trademarks, listed in (a) above, without requesting permission.

GGCs, JGCs or Bethels may contract with a vendor to produce items with these seven Trademarks, however that vendor is limited to that usage only.

No individual, outside group or vendor may use any of the 7 Trademarks without SPECIFIC permission from the Trademark Liaison of the Board of Trustees or the Executive Manager.

Supreme Session Arrangement Committees (SACs) may use the other Trademarks of Job's Daughters International without requesting permission.

**Section 3. Online Sales**

Items using Registered or other Trademarks may not be sold online (website, social media, auction sites, etc.) except by SGC, DMI or SACs unless authorized by the Board of Trustees.

Board of Trustees authorization to sell approved items online must be requested via letter or email to the Trademark Liaison of the Board of Trustees or the Executive Manager. Online selling approval is contingent on the following minimum criteria:

- Site must be a secure site with controlled access and membership limited to a specific jurisdiction or geographic area.
- Site access must be granted to the Trademark Liaison of the Board of Trustees and the Executive Manager for periodic reviews.
- All funds pertaining to these sales must be collected by the specific JDI recognized entity (GGC, JGC, Bethel, etc.) and not an individual.



-----Original Message-----
From: Terry & Kathleen Wiekhorst [mailto:wiekhok@wyoming.com]
Sent: Wednesday, October 19, 2016 6:07 AM
To: sgeman1977@yahoo.com; Susan Goolsby
Subject: Fwd: FW: Heidi Pink

--- Begin forwarded message:

From: "kathy wiekhorst" <wiekhorstkt@wyoming.com>
To: <wiekhok@wyoming.com>
Subject: FW: Heidi Pink
Date: Fri, 22 Jan 2016 13:05:03 -0700

-----Original Message-----
From: Shelly [mailto:gojobie@aol.com]
Sent: Thursday, January 21, 2016 5:08 PM
To: terry wiekhorst; Sheila Galvin
Subject: Heidi Pink

This was posted today on the Indiana Job's Daughters Page by Markanda Eileen.

Hey everyone! I was buying a sweatshirt the other day from my favorite Jobie vendor and I realized that not everyone knows about it! The Sweet Jorade Facebook page is one of my favorites! The lady is so sweet and she works with you to create beautiful merchandise to show your pride! I invite you to look up her Facebook page and look through her photos of things she has designed, if you are looking for a Bethel term-specific shirt, an Honored Queen's gift, a Jobie 2 bee sash, or just like what she has to offer!
Everything she has is totally customizable and she makes things for Rainbow girls and Demolay (gentlemen and sweethearts) as well! I am also including the link to her website if you are interested! (No, I am not being paid to say this, I just absolutely love her work! <3)

Here is a Screen shot of the picture



EXHIBIT E

JDI_000119

‹    **Markanda Eileen** shared a link   …
to the group: **Indiana Job's
Daughters**.
January 21, 2016 · 👥

Hey everyone! I was buying a sweatshirt the other day from my favorite Jobie vendor and I realized that not everyone knows about it! The Sweet Jorade Facebook page is one of my favorites! The lady is so sweet and she works with you to create beautiful merchandise to show your pride! I invite you to look up her Facebook page and look through her photos of things she has designed, if you are looking for a Bethel term-specific shirt, an Honored Queen's gift, a Jobie 2 bee sash, or just like what she has to offer! Everything she has is totally customizable and she makes things for Rainbow girls and Demolay (gentlemen and sweethearts) as well! I am also including the link to her website if you are interested! (No, I am not being paid to say this, I just absolutely love her work! <3)