UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>        Plaintiff,<br><br>    v.<br><br>HEIDI YOAST,<br><br>        Defendant. | NO. 16-cv-1573-RSL<br><br>DECLARATION OF BRIAN T. MCKERNAN |
| HEIDI YOAST,<br><br>        Counterclaim-Plaintiff,<br><br>    v.<br><br>JOB'S DAUGHTERS INTERNATIONAL, and<br>ROD REID, an individual,<br><br>        Counterclaim-Defendants. | |

I, Brian T. McKernan, hereby declare as follows:

1.      I am over the age of eighteen (18), licensed to practice in the state of Nebraska (NE Bar No. 22174) and admitted to the Washington State Bar *pro hac vice* in this matter. I am counsel of record for Plaintiff Job's Daughters International and I make this declaration on personal knowledge and am competent to testify as set forth herein..

2.      Attached as Exhibit A is a true and accurate copy of Defendant's Answers To Plaintiff's First Set of Document Requests. Request No. 4 (pg. 5) sought "all documents evidencing, referring to or discussing your use or Pink Power Printing's use of Plaintiff's Marks,

DECLARATION OF BRIAN T. MCKERNAN
(16-cv-1573-RSL )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

and any marks similar thereto." Similarly, Request No. 6 (pg. 6) sought "all documents evidencing, referring to or discussing any and all invoices You or Pink Power Printing issued for goods sold that display any of Plaintiff's Marks, and any marks similar therefore."

3.     Attached hereto as Exhibit B are true and accurate copies of all invoices produced by Defendant in this matter.  For ease of reference, the invoices received from Defendant have been arranged in chronological order.

4.     Attached hereto as Exhibit C is a true and accurate copy of the 30(b)(6) Deposition Notice served on Job's Daughters by Defendant.

5.     Attached hereto as Exhibit D are true and accurate copies of deposition excerpts and exhibits from the deposition of Susan Goolsby taken on January 31, 2018 together with a summary page indicating the included excerpts and exhibits.

6.     Attached hereto as Exhibit E are true and accurate copies of deposition excerpts and exhibits from the deposition of Heidi Yoast taken on February 2, 2018 together with a summary page indicating the included excerpts and exhibits.

7.     Attached hereto as Exhibit F. are true and accurate copies of deposition excerpts and exhibits from the deposition of Rod Reid taken on September 14, 2017 together with a summary page indicated the included excerpts and exhibits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

DATED this **26**th day of March 2018

DECLARATION OF BRIAN T. MCKERNAN (16-cv-1573-RSL )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Rodney L Umberger, Jr    rumberger@williamskastner.com, ssanh@williamskastner.com

Daniel Velloth    dvelloth@williamskastner.com, dlevitin@williamskastner.com, mphilomeno@williamskastner.com

Brian T. McKernan    bmckernan@mcgrathnorth.com

Patricia I. Forman    patriciaforman@gmail.com

Tracey v. Munger    tracey@groveslawoffices.com

DATED this 26th day of March, 2018.

s/ Rodney L. Umberger
s/ Daniel J. Velloth
Rodney L. Umberger, Jr., WSBA #24948
Daniel J. Velloth, WSBA #44379
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
rumberger@williamskastner.com
dvelloth@williamskastner.com

Attorneys for Plaintiff/Counterclaim-Defendant
Job's Daughters International

DECLARATION OF BRIAN T. MCKERNAN (16-cv-1573-RSL )

1
2
3
4
5
6
7

8
## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT SEATTLE

10

11  JOB'S DAUGHTERS INTERNATIONAL,

NO. 16-CV-01573-RSL

Plaintiff,
12
**DEFENDANT'S ANSWERS TO**
13       v.                                    **PLAINTIFF'S FIRST SET OF**
**DOCUMENT REQUESTS**
14  HEIDI YOAST,

Defendant.
15

16
TO:          Plaintiff JOB'S DAUGHTER'S INTERNATIONAL;
17

18       AND TO:     Rodney L. Umberger and Daniel J. Velloth of Williams Kastner, & Gibbs,

19  PLLC, and Brian T. McKernan of McGrath North Mullin & Kratz, PC, Plaintiff's Attorneys of

20  Record.

21
## PRELIMINARY STATEMENT
22
These responses are made solely for the purpose of this action. The responses provided
23
herein relate exclusively to the issues and transactions raised in this lawsuit and no other issues
24
or transactions. Each response is subject to all appropriate objections (including, but not
25
limited to, objections concerning competency, relevancy, materiality and admissibility) which
26

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*



EXHIBIT
A

EXHIBIT A - 1

1 would require the exclusion of any document or any statement contained herein if the requests

2 were asked of, or if any statement contained therein was made by, a witness present and

3 testifying in court. All objections and grounds therefore are reserved and may be interposed at

4 the time of trial.

5      Discovery is ongoing at this time. All of these responses are therefore based on such

6 information and documents presently available to Defendant. Accordingly, Defendant reserves

7 the right to modify and/or supplement these responses with such pertinent documents and/or

8 information as may be subsequently discovered, without prejudicing its right to introduce at

9 trial evidence relating to such subsequently discovered documents and/or information. Nothing

10 in these responses limits or waives Defendant's rights to provide additional responses or offer

11 additional evidence at the time of any hearing or trial of this action or to provide information

12 not yet obtained by or known to Defendant. Moreover, the following responses are subject to

13 correction for inadvertent errors or omissions, if any such errors or omissions should be found

14 to exist.

15      Defendant reserves the right to introduce at trial any and all documents heretofore or

16 hereafter produced by the parties in this action or by any third party that support or tend to

17 support the contentions of Defendant at trial or in support of or in opposition to any motion in

18 this case.

19      No admissions of any nature whatsoever are implied or should be inferred. The fact

20 that any Request has been responded to should not be taken as an admission or as an

21 acceptance of the existence of any facts set forth or assumed by such a Request. Neither should

22 it be construed as an admission that such information is relevant to the subject matter of this

23 litigation or constitutes admissible evidence.

24

25 **GENERAL OBJECTIONS**

26 In addition to the Preliminary Statement, Defendant makes various general objections

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

**EXHIBIT A - 2**

1  applicable to each and every Request. These objections are incorporated by reference into

2  each and every specific response set forth below.

   1. These responses to the Document Request represent Defendant's reasonable efforts to

4  provide the information within Defendant's current knowledge and based upon

5  documents in Defendant's possession, custody or control.

6     2. These responses are made without prejudice to Defendant's right to introduce evidence

7  of subsequently discovered facts, documents or writings at trial. Defendant reserves her

8  right to introduce evidence of subsequently discovered facts, to alter or amend her

9  responses set forth herein, and otherwise to assert factual and legal contentions as

10  additional facts are ascertained, analyses are made, and legal research is completed. By

11  this reservation, Defendant does not in any way assume a continuing responsibility to

12  supplement her responses to the Document Request beyond those required under the

13  Federal Rules of Civil Procedure. Defendant objects to each request to the extent it may

14  seek to impose any such continuing duty. In addition, Defendant objects to each and

15  every category of the Document Request insofar as it may be construed as limiting or

16  restricting Defendant's right to rely upon any document or information for any purpose

17  whatsoever, including the use of responsive non-privileged documents or information as

18  evidence at any subsequent hearing, trial, or other proceeding.

19     3. Defendant intends to exercise her right to produce the requested documents as they are

20  kept in the usual course of business. As a result, many of the documents which may be

21  responsive to one request may also be responsive to another request.

22     4. Defendant objects to the entire Document Request to the extent that Plaintiff requests

23  information or documents protected by any privilege, including the attorney-client

24  privilege or work product doctrine, and Defendant and her counsel hereby assert such

25  privileges.

26

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1    5. Defendant objects to each document request to the extent it seeks documents that are

2       equally available to the Plaintiff.

3    6. Defendant objects to each document request to the extent that it is not limited to

4       documents in Defendant's possession, custody or control.

5    7. The objections set forth above and below are made as to the matters that are clearly

6       objectionable from the face of the Document Request. These objections are made

7       without prejudice to or waiver of Defendant's right to object on all appropriate grounds

8       to the production of specific documents or things hereafter, either prior to, or at the time

9       of, production of said documents.

10    8. Defendant will make reasonable efforts to respond to each request for documents to the

11       extent that no objection is made, as Defendant understands and interprets the request. If

12       Plaintiff subsequently asserts any interpretation of any requests for documents that

13       differs from that of Defendant, Defendant reserves the right to supplement her

14       objections and responses.

15    9. An indication that Defendant will produce relevant documents that she believes to be

16       properly called for by a particular request does not necessarily imply the existence of

17       the documents requested.

18    10. Defendant objects to the time and place set for production of documents in Plaintiff's

19       Demand. To the extent that Defendant agrees to produce documents, such documents

20       will be produced at a mutually agreeable time at the offices of Defendant's Counsel of

21       Record.

22                             **RESPONSES**

23       **REQUEST NO. 1:**    All documents identified, utilized, or referred to for purposes of

24 responding to Plaintiff's Interrogatories that are being served contemporaneously herewith.

25       **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

26 Statement and General Objections as though set forth in full herein. Subject to and without

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 4

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

1  waiving her objections, Defendant will produce all non-privileged, responsive documents at a
2  mutually agreeable time at the offices of Defendant's Counsel of Record.

3       **REQUEST NO. 2:**   Copies of any and all written or recorded statements of any and
4  all individuals taken or acquired by You relating to the above captioned litigation.

5       **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary
6  Statement and General Objections as though set forth in full herein. In addition to the general
7  reservations, objections and responses stated above, Defendant objects to this Request on the
8  ground it seeks documents protected by the attorney/client privilege and/or attorney work
9  product doctrine. Subject to and without waiving her objections, Defendant will produce all
10 non-privileged, responsive documents at a mutually agreeable time at the offices of
11 Defendant's Counsel of Record.

12      **REQUEST NO. 3:**   All documents evidencing, referring to or discussing any and all
13 communication that took place between You and JDI and/or You and any third party pertaining
14 to your use of JDI's Marks, and any marks similar thereto.

15      **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary
16 Statement and General Objections as though set forth in full herein. Subject to and without
17 waiving her objections, Defendant will produce all non-privileged, responsive documents at a
18 mutually agreeable time at the offices of Defendant's Counsel of Record.

19      **REQUEST NO. 4:**   All documents evidencing, referring to or discussing your use or
20 Pink Power Printing's use of Plaintiff's Marks, and any marks similar thereto.  This request
21 includes, but is not limited to, documents that list, show, explain, or describe any goods or
22 services advertised, offered for sale, sold, or otherwise distributed by you or Pink Power
23 Printing in any format or outlet.

24      **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary
25 Statement and General Objections as though set forth in full herein. In addition to the general
26 reservations, objections and responses stated above, Defendant objects to this Request on the

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 5

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

EXHIBIT A - 5

1    ground it seeks documents protected by the attorney/client privilege and/or attorney work
2    product doctrine. Subject to and without waiving her objections, Defendant will produce all
3    non-privileged, responsive documents at a mutually agreeable time at the offices of
4    Defendant's Counsel of Record.

5         **REQUEST NO. 5:**    All documents evidencing, referring to or discussing any and all
6    permission You or Pink Power Printing sought for use of JDI's Marks, and any marks similar
7    thereto.

8         **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary
9    Statement and General Objections as though set forth in full herein. In addition to the general
10    reservations, objections and responses stated above, Defendant objects to this Request on the
11    ground it seeks documents protected by the attorney/client privilege and/or attorney work
12    product doctrine. Subject to and without waiving her objections, Defendant will produce all
13    non-privileged, responsive documents at a mutually agreeable time at the offices of
14    Defendant's Counsel of Record.

15         **REQUEST NO. 6:**    All documents evidencing, referring to or discussing any and all
16    invoices You or Pink Power Printing issued for goods sold that display any of Plaintiff's
17    Marks, and any marks similar thereto.

18         **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary
19    Statement and General Objections as though set forth in full herein. Subject to and without
20    waiving her objections, Defendant will produce all non-privileged, responsive documents at a
21    mutually agreeable time at the offices of Defendant's Counsel of Record.

22         **REQUEST NO. 7:**    All documents identified, utilized, referred to, quoted in, or relied
23    upon by You in drafting your Answer and Affirmative Defenses or Initial Disclosures,
24    including but not limited to all documents or other evidence that supports any affirmative
25    defenses alleged by You.

26         **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 6

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

**EXHIBIT A - 6**

Statement and General Objections as though set forth in full herein. In addition to the general reservations, objections and responses stated above, Defendant objects to this Request on the ground it seeks documents protected by the attorney/client privilege and/or attorney work product doctrine. Subject to and without waiving her objections, Defendant will produce all non-privileged, responsive documents at a mutually agreeable time at the offices of Defendant's Counsel of Record.

**REQUEST NO. 8:** A sample of, or all documents sufficient to identify all goods and services sold by You or Pink Power Printing in connection with the use of any of JDI's Marks, and any marks similar thereto.

**RESPONSE:** Defendant refers to and incorporates by reference her Preliminary Statement and General Objections as though set forth in full herein. Subject to and without waiving her objections, Defendant will produce all non-privileged, responsive documents at a mutually agreeable time at the offices of Defendant's Counsel of Record.

**REQUEST NO. 9:** Documents sufficient to identify all channels of trade through which You or Pink Power Printing advertises, promotes, distributes, or sells (directly or indirectly), any goods or services under or in connection with any of JDI's Marks, and any marks similar thereto, including documents identifying the distributors, retail, or other business outlets that offer for sale Defendant's goods or services.

**RESPONSE:** Defendant refers to and incorporates by reference her Preliminary Statement and General Objections as though set forth in full herein. Subject to and without waiving her objections, Defendant responds that she does not advertise, promote, distribute or sell any goods or services in connection with any of JDI's Marks through any channels of trade.

**REQUEST NO. 10:** Documents sufficient to identify any person actually employed, retained, or engaged by You or Pink Power Printing to advertise or promote any goods or services offered for sale by Defendant.

**RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

EXHIBIT A - 7

1  Statement and General Objections as though set forth in full herein. Subject to and without

2  waiving her objections, Defendant responds that she does not, and has never, employed,

3  retained or engaged any employee to advertise or promote any goods or services.

4      **REQUEST NO. 11:**  Documents sufficient to show any graphic, package, or other

5  designers contacted or engaged by You or Pink Power Printing with respect to the preparation

6  of any materials bearing or otherwise using any of JDI's Marks, and any marks similar thereto.

7      **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

8  Statement and General Objections as though set forth in full herein. Subject to and without

9  waiving her objections, Defendant responds that she does not, and has never, employed,

10  retained or engaged any employee to prepare materials bearing or otherwise using any of JDI's

11  Marks.

12      **REQUEST NO. 12:**  All documents concerning Your knowledge of JDI or JDI's

13  Marks, including, but not limited to, all documents reflecting communications about JDI or

14  JDI's use of its Marks, and any marks similar thereto.

15      **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

16  Statement and General Objections as though set forth in full herein. Subject to and without

17  waiving her objections, Defendant will produce all non-privileged, responsive documents at a

18  mutually agreeable time at the offices of Defendant's Counsel of Record.

19      **REQUEST NO. 13:**  Documents sufficient to show any lawsuit filed by any third party

20  against You or Pink Power Printing claiming trademark infringement, trademark dilution, trade

21  dress infringement, unfair competition, or any violation of Section 43(a) of the Lanham Act, 15

22  U.S.C. § 1125(a).

23      **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

24  Statement and General Objections as though set forth in full herein. Subject to and without

25  waiving her objections, Defendant responds as follows: Defendant has never had any lawsuit

26  by any individual or entity, other than JDI, filed against her for any reason.

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 8

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

1     **REQUEST NO. 14:** All documents concerning any observations, perceptions,

2 impressions, or inquiries as to whether the goods or services sold, directly or indirectly, by You

3 or Pink Power Printing are produced by, sponsored, or endorsed by, or in any manner

4 associated or affiliated with JDI or any goods or services offered under JDI's Marks.

5     **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

6 Statement and General Objections as though set forth in full herein. . In addition to the general

7 reservations, objections and responses stated above, Defendant objects to this Request on the

8 grounds that it is vague, overly broad and/or unduly burdensome with respect to the phrase

9 "any observations, perceptions, impressions or inquiries..." Subject to and without waiving her

10 objections, Defendant responds that she has never had any indication that any individual or

11 entity had any perceptions, impressions or inquiries questioning her status as an individual

12 vendor unrelated and/or unaffiliated with JDI.

13     **REQUEST NO. 15:** Documents sufficient to show the annual volume of sales (in

14 dollars and units) of all goods or services sold, directly or indirectly, by You or Pink Power

15 Printing under or in connection with the use of any of JDI's Marks, and any marks similar

16 thereto.

17     **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

18 Statement and General Objections as though set forth in full herein. Subject to and without

19 waiving her objections, Defendant will produce all non-privileged, responsive documents at a

20 mutually agreeable time at the offices of Defendant's Counsel of Record.

21     **REQUEST NO. 16:** Documents sufficient to show the calculation of the gross and net

22 profits realized by you or Pink Power Printing, directly or indirectly, from the sale of any goods

23 or services under or in connection with the use of any of JDI's Marks, and any marks similar

24 thereto.

25     **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

26 Statement and General Objections as though set forth in full herein. Subject to and without

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

1   waiving her objections, Defendant will produce all non-privileged, responsive documents at a

2   mutually agreeable time at the offices of Defendant's Counsel of Record.

3       **REQUEST NO. 17:**  Documents sufficient to show any costs or expenses incurred by

4   You or Pink Power Printing in connection with any goods or services marketed or sold under or

5   in connection with any of JDI's Marks, and any marks similar thereto, including all documents

6   on which you intend to rely to show your costs or expenses in this proceeding.

7       **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

8   Statement and General Objections as though set forth in full herein. Subject to and without

9   waiving her objections, Defendant will produce all non-privileged, responsive documents at a

10  mutually agreeable time at the offices of Defendant's Counsel of Record.

11      **REQUEST NO. 18:**  Copies of all agreements between You or Pink Power Printing

12  and any other person or entity involving any of JDI's Marks, and any marks similar thereto that

13  relate or refer to the manufacture, advertising, promotion, marketing, distribution, or sale of any

14  goods or services sold under or in connection with any of JDI's Marks, and any marks similar

15  thereto.

16      **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

17  Statement and General Objections as though set forth in full herein. Subject to and without

18  waiving her objections, Defendant will produce all non-privileged, responsive documents at a

19  mutually agreeable time at the offices of Defendant's Counsel of Record.

20      **REQUEST NO. 19:**  All documents concerning JDI or any goods or services sold by

21  JDI under or in connection with its Marks, and any marks similar thereto, that are not

22  responsive to any other request contained herein.

23      **RESPONSE:** Defendant refers to and incorporates by reference her Preliminary

24  Statement and General Objections as though set forth in full herein. In addition to the general

25  reservations, objections and responses stated above, Defendant objects to this Request on the

26  grounds that (1) it is vague, overly broad and/or unduly burdensome; (2) it seeks categories of

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 10

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

1  documents that are that are equally available to Plaintiff through publicly accessible records;

2  (3) it seeks categories of documents that are not available to Defendant.

3        **REQUEST NO. 20:**  All documents not otherwise specified herein that relate to, bear

4  upon, or provide evidence concerning any of the allegations in JDI's Complaint, the allegations

5  in Your Answer and Affirmative Defenses, or the information provided in Your Initial

6  Disclosures.

7        **RESPONSE:**  Defendant refers to and incorporates by reference her Preliminary

8  Statement and General Objections as though set forth in full herein. In addition to the general

9  reservations, objections and responses stated above, Defendant objects to this Request on the

10  grounds that (1) it is vague, overly broad and/or unduly burdensome; and (2) it seeks categories

11  of documents that are that are equally available to Plaintiff through publicly accessible records.

12  Subject to and without waiving her objections, Defendant will produce all non-privileged,

13  responsive documents at a mutually agreeable time at the offices of Defendant's Counsel of

14  Record.

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*206 464 3939*

EXHIBIT A - 11

1     DATED this 12th day of May, 2017.

2                                GARVEY SCHUBERT BARER

3

                               By _/s/ John B. Crosetto_

4                                     John B. Crosetto, WSBA #36667

5                                GARVEY SCHUBERT BARER
                               1191 Second Avenue, Suite 1800

6                                Seattle, WA 98101-3438
                               Telephone: (206) 464-3939

7                                Facsimile: (206) 464-0125
                               Email: jcrosetto@gsblaw.com

8

                               Attorneys for Defendant

9                                Heidi Yoast

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 12

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

EXHIBIT A - 12

## CERTIFICATE OF SERVICE

The undersigned declares and states as follows:

I am a citizen of the United States, over the age of 18 years, not a party to the above-referenced matter, and am competent to be a witness.

On May 12, 2017, I electronically served the following document(s):

**RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

to all associated counsel of record.

I also served said documents in the manner set forth below on the following parties:

| | |
|---|---|
| Rodney L. Umberger, WSBA #24948<br>Daniel J. Velloth, WSBA #44379<br>WILLIAMS, KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone:    206/628-6600<br>Fax:          206/628-6611<br>rumberger@williamskastner.com<br>dvelloth@williamskastner.com<br>*Attorneys for Plaintiff* | ☒ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email*<br>☐ *By USDC Western District*<br>   *EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |
| Brian T. McKernan, NE #22174<br>McGRATH NORTH MULLIN & KRATZ, PC LLO<br>Suite 3700 First National Tower<br>1601 Dodge Street<br>Omaha, Nebraska 68102<br>Telephone:    402/341-3070<br>Fax:          402/952-6896<br>bmckernan@mcgrathnorth.com | ☒ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email*<br>☐ *By USDC Western District*<br>   *EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |

*Attorneys for Plaintiff Job's Daughters International*

I declare under penalty of perjury according to the laws of the State of Washington that the above statements are true and correct.

SIGNED at Seattle, Washington this 12 day of May, 2017.

/s/ Christopher Elliott
Printed name:  Christopher Elliott
Legal Support Assistant

GSB:8646264.1

DEFENDANT'S ANSWERS TO PLAINTIFF'S FIRST SET OF
DOCUMENT REQUESTS - 13

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

EXHIBIT A - 13

Pink Power Printing

10525 SE 229th Pl
Kent, WA 98031

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2014 | 142461 |

| Bill To | Ship To |
|---------|---------|
| Bethel 43 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 142461 | | | 2/20/2014 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3 | Small | w/Name | 14.50 | 43.50T |
| 5 | Medium | w/Name | 14.50 | 72.50T |
| 5 | Large | w/Name | 14.50 | 72.50T |
| 3 | XL | w/Name | 14.50 | 43.50T |
| 8 | 2XL | w/Name | 17.50 | 140.00T |
| 3 | 3X | w/Name | 17.50 | 52.50T |
| -1 | Shirt | Discount | 50.00 | -50.00T |
| | | Sales Tax | 8.90% | 33.33 |

| Total | $407.83 |
|-------|---------|

EXHIBIT

B

tabbies

EXHIBIT B - 1

YOAST-00003191

Pink Power Printing

10525 SE 229th Pl
Kent, WA 98031

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2014 | 142462 |

| Bill To |
|---------|
| Bethel 27 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  |  |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 10 | Small |  | 12.00 | 120.00T |
| 8 | Medium |  | 12.00 | 96.00T |
| 6 | Large |  | 12.00 | 72.00T |
| 2 | XL |  | 12.00 | 24.00T |
| 2 | 2XL |  | 15.00 | 30.00T |
| 3 | 3X |  | 15.00 | 45.00T |
| -1 | Shirt | discount | 30.00 | -30.00T |
|  |  | Sales Tax | 8.90% | 31.77 |

| | Total | $388.77 |
|---|-------|---------|

YOAST-00003192

Pink Power Printing

10525 SE 229th Pl
Kent, WA 98031

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2014 | 142463 |

| Bill To |
|---------|
| Bethel 67<br>Donna H |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 7 | Small | | 14.50 | 101.50T |
| 6 | Medium | | 14.50 | 87.00T |
| 4 | Large | | 14.50 | 58.00T |
| 9 | XL | | 14.50 | 130.50T |
| 2 | 2XL | | 17.50 | 35.00T |
| 1 | 3X | | 17.50 | 17.50T |
| 4 | Medium | | 12.00 | 48.00T |
| 2 | 2XL | | 15.00 | 30.00T |
| | | Sales Tax | 8.90% | 45.17 |

| | Total | $552.67 |
|--|-------|---------|

YOAST-00003193

# INVOICE

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Fax: 425 310-6093
pinkpowerprinting@Gmail.com

**Paid**

Invoice #:  1167
Invoice date:  Feb 25, 2014
Due date:  Feb 25, 2014

Amount due:
**$30.50**

Bill To:

Tamarakaddatz@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Triquetra Purple Jobie Hoodie Lg | 1 | $25.00 | $25.00 |
| | | Subtotal | $25.00 |
| | | Shipping | $5.50 |
| | | Total | $30.50 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$30.50 USD** |

EXHIBIT B - 4

YOAST-00003162

# INVOICE

Pink Power Printing

Heidi Pink
23149 SE 184th ST
maple Valley, WA 98038
United States

Fax: 425 310-6093
pinkpowerprinting@Gmail.com

**Paid**

Invoice #: 1171
Invoice date: Mar 13, 2014
Due date: Mar 13, 2014

Amount due:
**$75.35**

Bill To:

tamarakaddatz@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 1 PHQ custom Med Hoodie | 1 | $35.00 | $35.00 |
| 1 Med Celtic Hoodie | 1 | $25.00 | $25.00 |
| | | Subtotal | $60.00 |
| | | Shipping | $10.00 |
| | | Sales Tax (8.9%) | $5.35 |
| | | Total | $75.35 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$75.35 USD** |

YOAST-00003164



**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com

# INVOICE

**Paid**

| | |
|---|---|
| Invoice #: | 1176 |
| Invoice date: | Mar 29, 2014 |
| Reference: | SB Shirts |
| Due date: | Mar 29, 2014 |

Amount due:
**$96.85**

Bill To:

dhoellering@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB T-Shirt Sm | 1 | $19.00 | $19.00 |
| SB Polo Sm | 1 | $27.50 | $27.50 |
| SB Hoodie Sm | 1 | $38.00 | $38.00 |
| | | Subtotal | $84.50 |
| | | Shipping | $12.35 |
| | | Total | $96.85 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$96.85 USD** |

YOAST-00003161



Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

Invoice #:  1177
Invoice date:  Mar 29, 2014
Reference:  SB Shirts
Due date:  Mar 29, 2014

Amount due:
**$19.00**

Bill To:

heather_rose2ca@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB T-Shirt Med | 1 | $19.00 | $19.00 |
| | | Subtotal | $19.00 |
| | | Shipping | $0.00 |
| | | Total | $19.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$19.00 USD** |

Terms and Conditions

Pick-Up at Supreme Session



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 1178 |
| Invoice date: | Mar 29, 2014 |
| Reference: | SB shirts |
| Due date: | Mar 29, 2014 |

Amount due:
**$77.85**

Bill To:

klairebear100@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB Polo Lg | 1 | $27.50 | $27.50 |
| SB Hoodie Lg | 1 | $38.00 | $38.00 |
| | | Subtotal | $65.50 |
| | | Shipping | $12.35 |
| | | Total | $77.85 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$77.85 USD** |



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1179
Invoice date: Mar 29, 2014
Reference: SB Shirts
Due date: Mar 29, 2014

Amount due:
**$57.00**

Bill To:

the_a_team.horn@icloud.com

| Description | Quantity | Price | Amount |
| --- | --- | --- | --- |
| SB Polo Med | 1 | $27.50 | $27.50 |
| SB Polo 2xl | 1 | $29.50 | $29.50 |
| | | Subtotal | $57.00 |
| | | Shipping | $0.00 |
| | | Total | $57.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$57.00 USD** |

Notes

2xl - 6xl are an additional $2.00

Also, I have not included shipping as I am doing my best to send all of Alaska's items in 1 box to help with shipping! All the best!!!

YOAST-00003166



**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

| | |
|---|---|
| Invoice #: | 1181 |
| Invoice date: | Mar 29, 2014 |
| Reference: | SB Shirts |
| Due date: | Mar 29, 2014 |

Amount due:
**$42.50**

Bill To:

princessnatasha27@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB Polo Med | 1 | $27.50 | $27.50 |
| | | Subtotal | $27.50 |
| | | Shipping | $15.00 |
| | | Total | $42.50 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$42.50 USD** |

Terms and Conditions

First Class Intl shipping

YOAST-00003158



Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

| | |
|---|---|
| Invoice #: | 1182 |
| Invoice date: | Mar 29, 2014 |
| Reference: | SB Shirts |
| Due date: | Mar 29, 2014 |

Amount due:
**$24.75**

Bill To:

eagjakse@msn.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB T-Shirt Med | 1 | $19.00 | $19.00 |
| | | Subtotal | $19.00 |
| | | Shipping | $5.75 |
| | | Total | $24.75 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$24.75 USD** |

YOAST-00003160



# INVOICE

**Paid**

### Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1187
Invoice date:  Apr 9, 2014
Due date:  Apr 9, 2014

Amount due:
**$27.50**

Bill To:

giovanna.lima9@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Med Polo | 1 | $27.50 | $27.50 |
| | | Subtotal | $27.50 |
| | | Shipping | $0.00 |
| | | Total | $27.50 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$27.50 USD** |

Terms and Conditions

Pick Up at Supreme Session :)



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1188
Invoice date:  Apr 22, 2014
Due date:  Apr 22, 2014

Amount due:
**$107.50**

Bill To:

1601 S Mullen
Tacoma, WA 98405
United States

lorriebrunson@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Bags & SB Polo | 1 | $107.50 | $107.50 |
| | | Subtotal | $107.50 |
| | | Shipping | $0.00 |
| | | Total | $107.50 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$107.50 USD** |



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| Invoice #: | 1189 |
| Invoice date: | Apr 22, 2014 |
| Due date: | Apr 22, 2014 |

Amount due:
**$43.75**

Bill To:

P.O. Box 1911
Colfax, CA 95713
United States

wrenfamily5@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Supreme Bethel Hoodie Small | 1 | $38.00 | $38.00 |
| | | Subtotal | $38.00 |
| | | Shipping | $5.75 |
| | | Total | $43.75 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$43.75 USD** |

EXHIBIT B - 14

YOAST-00003177



## INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1192
Invoice date: Apr 28, 2014
Due date: Apr 28, 2014

Amount due:
**$33.25**

Bill To:

3821 Cumberland parkway
VIRGINIA BCH, VA 23452
United States

frnc42@live.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB Polo Large | 1 | $27.50 | $27.50 |

|  | |
|---|---|
| Subtotal | $27.50 |
| Shipping | $5.75 |
| Total | $33.25 USD |
| Amount paid | -$0.00 |
| **Amount due** | **$33.25 USD** |

YOAST-00003176



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1193
Invoice date: May 5, 2014
Due date: May 5, 2014

Amount due:
**$149.10**

Bill To:

kimimock@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Medium MWJD Ladies cut T | 3 | $14.99 | $44.97 |
| Large MWJD Ladies cut T | 4 | $14.99 | $59.96 |
| 2Xl MWJD Ladies cut T | 2 | $15.99 | $31.98 |

| | |
|---|---|
| Subtotal | $136.91 |
| Shipping | $0.00 |
| Sales Tax (8.9%) | $12.19 |
| Total | $149.10 USD |
| Amount paid | -$0.00 |
| **Amount due** | **$149.10 USD** |

Terms and Conditions

9 Contestant Ladies cut Black T's Front Crest Logo with Name & Back Miss Washington Job's Daughter Contestant

YOAST-00003171



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 1194 |
| Invoice date: | May 5, 2014 |
| Due date: | May 5, 2014 |

Amount due:
**$44.25**

Bill To:

ksiojd@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| GBHQ Kansas!! Small Hoodie | 1 | $38.50 | $38.50 |
| | | Subtotal | $38.50 |
| | | Shipping | $5.75 |
| | | Total | $44.25 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$44.25 USD** |

YOAST-00003168



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1195
Invoice date:  May 19, 2014
Due date:  May 19, 2014

Amount due:
**$626.18**

Bill To:

kferlet@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom Bethel T-shirt 2Xl-4Xl | 14 | $17.50 | $245.00 |
| Custom Bethel T-shirt Sm-Xl | 22 | $15.00 | $330.00 |
| | | Subtotal | $575.00 |
| | | Shipping | $0.00 |
| | | Sales Tax (8.9%) | $51.18 |
| | | Total | $626.18 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$626.18 USD** |

Terms and Conditions

This invoice does not reflect shipping charges. Shipping will be determined when order is ready to ship.

YOAST-00003170



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1196
Invoice date:  May 19, 2014
Due date:  May 19, 2014

Amount due:
**$239.55**

Bill To:

kferlet@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| GGC Eternity Knot Hoodie Purple sm-xl +name | 3 | $30.00 | $90.00 |
| GGC Eternity Knot Hoodie Purple 2xl-3xl +name | 2 | $35.00 | $70.00 |
| GGC Eternity Knot Long Sleeve T sm-xl +name | 3 | $19.99 | $59.97 |

| | | |
|---|---|---|
| Subtotal | $219.97 |
| Shipping | $0.00 |
| Sales Tax (8.9%) | $19.58 |
| Total | $239.55 USD |
| Amount paid | -$0.00 |
| **Amount due** | **$239.55 USD** |

Terms and Conditions

This order will be shipped with the previous Bethel Order :)



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 1197 |
| Invoice date: | May 22, 2014 |
| Due date: | May 22, 2014 |

Amount due:
**$50.75**

Bill To:

ajensen.tf@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Hoodie IDAHO 2007-2008 Medium | 1 | $45.00 | $45.00 |
| | | Subtotal | $45.00 |
| | | Shipping | $5.75 |
| | | Total | $50.75 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.75 USD** |

YOAST-00003174



# INVOICE

**Paid**

## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1198
Invoice date: May 22, 2014
Due date: May 22, 2014

Amount due:
**$45.00**

Bill To:

rose.reagan@comcast.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Hoodie WA Large w/name | 1 | $45.00 | $45.00 |
| | | Subtotal | $45.00 |
| | | Shipping | $0.00 |
| | | Total | $45.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$45.00 USD** |

YOAST-00003173



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1199
Invoice date: May 22, 2014
Due date: May 22, 2014

Amount due:
**$45.00**

Bill To:

tracyedickinson@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| XL PGBHQ Hoodie WA W/name | 1 | $45.00 | $45.00 |
| | | Subtotal | $45.00 |
| | | Shipping | $0.00 |
| | | Total | $45.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$45.00 USD** |

Terms and Conditions

Delivered by Jennifer Ford @ GS :)

YOAST-00003169



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1200
Invoice date: May 22, 2014
Due date: May 22, 2014

Amount due:
**$45.00**

Bill To:

4022 northwest ave apt 104
Bellingham, WA 98226
United States

Msld13@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Small PGBHQ Hoodie WA w/name | 1 | $45.00 | $45.00 |
| | | Subtotal | $45.00 |
| | | Shipping | $0.00 |
| | | Total | $45.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$45.00 USD** |

Terms and Conditions

Delivered by Jennifer Ford at GS

YOAST-00003175



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1201
Invoice date: May 22, 2014
Due date: May 22, 2014

Amount due:
**$48.50**

Bill To:

eeyoresr11@comcast.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 3xl PGBHQ Hoodie WA w/name<br>2xl-6xl (43.50) | 1 | $48.50 | $48.50 |
| | | Subtotal | $48.50 |
| | | Shipping | $0.00 |
| | | Total | $48.50 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$48.50 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1202
Invoice date:  May 24, 2014
Due date:  May 24, 2014

Amount due:
**$85.00**

Bill To:

6238 sunset Ave ne
BREMERTON, WA 98311
United States

Jenn69chevy@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Hoodie w/Name | 1 | $45.00 | $45.00 |
| Hawk Pretty Girl Hoodie | 1 | $40.00 | $40.00 |
|  |  | Subtotal | $85.00 |
|  |  | Shipping | $0.00 |
|  |  | Total | $85.00 USD |
|  |  | Amount paid | -$0.00 |
|  |  | **Amount due** | **$85.00 USD** |

YOAST-00003182



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1203
Invoice date: May 28, 2014
Due date: May 28, 2014

Amount due:
**$45.00**

Bill To:

rodandnancy@wavecable.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Hoodie Lg 1998-1999 w/Name | 1 | $45.00 | $45.00 |
| | | Subtotal | $45.00 |
| | | Shipping | $0.00 |
| | | Total | $45.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$45.00 USD** |

Terms and Conditions

Pick up through Jennifer Ford at Grand Session

YOAST-00003183



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1205
Invoice date:  May 29, 2014
Due date:  May 29, 2014

Amount due:
**$45.00**

Bill To:

susanlatte@aol.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Hoodie w/Name & year | 1 | $45.00 | $45.00 |
|  |  | Subtotal | $45.00 |
|  |  | Shipping | $0.00 |
|  |  | Total | $45.00 USD |
|  |  | Amount paid | -$0.00 |
|  |  | **Amount due** | **$45.00 USD** |

YOAST-00003180



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1208
Invoice date: Jun 10, 2014
Due date: Jun 10, 2014

Amount due:
**$50.00**

Bill To:

tracyedickinson@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PMWJD Full Zip | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 1210 |
| Invoice date: | Jun 15, 2014 |
| Reference: | MWJD |
| Due date: | Jun 15, 2014 |

Amount due:
**$50.00**

Bill To:

erickaadorning@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWJD ZIP-UP Large | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session

YOAST-00003185



# INVOICE

**Paid**

## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1211
Invoice date: Jun 15, 2014
Due date: Jun 15, 2014

Amount due:
**$50.00**

Bill To:

20101 14th ave ne
shoreline, WA 98155
United States

kimimock@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWJD ZIP-Up Small | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session

YOAST-00003179



Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

Invoice #:  1212
Invoice date:  Jun 15, 2014
Due date:  Jun 15, 2014

Amount due:
**$50.00**

Bill To:

11524 10th ave ct e g105
Tacoma, WA 98445
United States

lilshellebell@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWJD ZIP-UP XL | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1213
Invoice date: Jun 15, 2014
Due date: Jun 15, 2014

Amount due:
**$50.00**

Bill To:

2207 E 56th Ave
#6
Anchorage, AK 99507
United States

breanna.wilbur@tapfin.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWDJ ZIP-UP XL | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session



**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

Invoice #:  1215
Invoice date:  Jun 15, 2014
Due date:  Jun 15, 2014

Amount due:
**$50.00**

Bill To:

Jessica.e.kinney@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWJD ZIP-UP Small | 1 | $50.00 | $50.00 |

| | | |
|---|---|---|
| Subtotal | $50.00 |
| Shipping | $0.00 |
| Total | $50.00 USD |
| Amount paid | -$0.00 |
| **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session

YOAST-00003186



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1215
Invoice date: Jun 15, 2014
Due date: Jun 15, 2014

Amount due:
**$50.00**

Bill To:

Jessica.e.kinney@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWJD ZIP-UP Small | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session

YOAST-00003136



Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

| | |
|---|---|
| Invoice #: | 1217 |
| Invoice date: | Jun 15, 2014 |
| Due date: | Jun 15, 2014 |

Amount due:
**$50.00**

Bill To:

leanndra_1996@comcast.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWDJ ZIP-UP XL | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session

YOAST-00003143



**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

Invoice #:   1219
Invoice date:   Jun 15, 2014
Due date:   Jun 15, 2014

Amount due:
**$50.00**

Bill To:

judy1906@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWJD ZIP-UP Medium | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Your item will be delivered to you at Grand Session

YOAST-00003137



# INVOICE

**Paid**

## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1221
Invoice date: Jun 20, 2014
Due date: Jun 20, 2014

Amount due:
**$45.00**

Bill To:

rick.rendt@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Small PGBHQ Hoodie Med w/Name | 1 | $45.00 | $45.00 |
| | | Subtotal | $45.00 |
| | | Shipping | $0.00 |
| | | Total | $45.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$45.00 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1222
Invoice date: Jun 21, 2014
Due date: Jun 21, 2014

Amount due:
**$50.00**

Bill To:

9001 N Rosebury
SPOKANE, WA 99208
United States

oliviarae515@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Past MWJD ZIP-UP | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Item to be delivered at Grand Session

YOAST-00003139



# INVOICE

**Paid**

## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobles & Got Rainbow

Invoice #: 1225
Invoice date: Jun 27, 2014
Due date: Jun 27, 2014

Amount due:
**$55.00**

Bill To:

brooklynnmarie_08@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Zip-Up Lg Arizona 2008-2009 | 1 | $55.00 | $55.00 |
| | | Subtotal | $55.00 |
| | | Shipping | $0.00 |
| | | Total | $55.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$55.00 USD** |

Notes

Supreme Session Pick-Up

YOAST-00003140



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1226
Invoice date: Jun 27, 2014
Due date: Jun 27, 2014

Amount due:
**$50.00**

Bill To:

doeglass@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| MWJD Zip-Up Lg 2014-2015 Ashley | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

Woot woot Go Ashley!!!

YOAST-00003142



## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

Invoice #: 1227
Invoice date: Jun 28, 2014
Due date: Jun 28, 2014

Amount due:
## $50.00

Bill To:

kimberly.furgason@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Alberta 2012-2013 Lg | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$50.00 USD** |

Terms and Conditions

To be delivered at Supreme Session! :)

YOAST-00003138



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1231
Invoice date: Jul 3, 2014
Due date: Jul 3, 2014

Amount due:
**$60.45**

Bill To:

ETW7@aol.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Miss Missouri Job's Daughter Hoodie Sm | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $6.00 |
| | | Sales Tax (8.9%) | $4.45 |
| | | Total | $60.45 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$60.45 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 1232 |
| Invoice date: | Jul 15, 2014 |
| Due date: | Jul 15, 2014 |

Amount due:
**$155.13**

Bill To:

tetontoys@cableone.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Supreme Bethel T Med | 1 | $19.00 | $19.00 |
| Large Purple 2/side 2 s;eeve + hood Hoodie Lg. | 1 | $65.00 | $65.00 |
| Med Purple 2/side 2/sleeve +hood Hoodie | 1 | $60.00 | $60.00 |
| | | Subtotal | $144.00 |
| | | Shipping | $0.00 |
| | | Sales Tax (8.9%) | $11.13 |
| | | Total | $155.13 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$155.13 USD** |

YOAST-00003146



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| Invoice #: | 1233 |
| Invoice date: | Jul 15, 2014 |
| Due date: | Jul 15, 2014 |

Amount due:
**$203.64**

Bill To:

susanlatte@aol.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Bethel No. 22 T's | 11 | $17.00 | $187.00 |
| | | Subtotal | $187.00 |
| | | Shipping | $0.00 |
| | | Sales Tax (8.9%) | $16.64 |
| | | Total | $203.64 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$203.64 USD** |

YOAST-00003145



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1234
Invoice date: Jul 16, 2014
Due date: Jul 16, 2014

Amount due:
**$100.00**

Bill To:

reganhiroko@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Med PGBHQ Hoodie | 1 | $50.00 | $50.00 |
| Med Miss BC Hoodie | 1 | $50.00 | $50.00 |
| | | Subtotal | $100.00 |
| | | Shipping | $0.00 |
| | | Total | $100.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$100.00 USD** |

Terms and Conditions

Supreme Session Pick-Up :)

YOAST-00003155



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1235
Invoice date:  Jul 21, 2014
Due date:  Jul 21, 2014

Amount due:
**$38.00**

Bill To:

9715 94th ave
Fort Saskatchewan Alberta T8L 1P1
Canada

britany_prochnau@hotmail.ca

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB Hoodie Lg | 1 | $38.00 | $38.00 |
| | | Subtotal | $38.00 |
| | | Shipping | $0.00 |
| | | Total | $38.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$38.00 USD** |

Terms and Conditions

Supreme Pick-Up

YOAST-00003150



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1236
Invoice date: Jul 21, 2014
Due date: Jul 21, 2014

Amount due:
**$46.50**

Bill To:

dhoellering@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| SB Polo Med | 1 | $27.50 | $27.50 |
| SB T-shirt med | 1 | $19.00 | $19.00 |
| | | Subtotal | $46.50 |
| | | Shipping | $0.00 |
| | | Total | $46.50 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$46.50 USD** |

Terms and Conditions

Supreme Pick-Up :)



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1241
Invoice date: Jul 28, 2014
Due date: Jul 28, 2014

Amount due:
**$542.34**

Bill To:

9715 94th ave
Fort Saskatchewan Alberta T8L 1P1
Canada

britany_prochnau@hotmail.ca

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Bethel No. 1 Crew Neck<br>White crew neck T sm-xl (purple ink +glitter) | 5 | $12.00 | $60.00 |
| Bethel No. 1 Crew Neck<br>White crew neck T 2xl (purple ink +glitter) | 1 | $14.00 | $14.00 |
| Bethel No. 1 V Neck<br>White v neck T sm-xl (purple ink +glitter) | 2 | $14.00 | $28.00 |
| Bethel No. 13 Crew Neck<br>White crew neck T sm-xl (purple ink +glitter) | 11 | $12.00 | $132.00 |
| Bethel No. 13 Crew Neck<br>White crew neck T 2xl (purple ink +glitter) | 1 | $14.00 | $14.00 |
| Bethel No. 13 V Neck<br>White v neck T sm-xl (purple ink +glitter) | 3 | $14.00 | $42.00 |
| Bethel No. 18 Crew Neck<br>White crew neck T sm-xl (purple ink +glitter) | 2 | $12.00 | $24.00 |
| Bethel No. 23 Crew Neck<br>White crew neck T sm-xl (purple ink +glitter) | 6 | $12.00 | $72.00 |
| Bethel No. 23 V Neck<br>White v neck T sm-xl (purple ink +glitter) | 2 | $14.00 | $28.00 |
| Crew Neck<br>White crew neck T sm-xl (purple ink +glitter) | 6 | $12.00 | $72.00 |
| Crew Neck DeMolay Lg Custom | 1 | $12.00 | $12.00 |

| | |
|---|---|
| Subtotal | $498.00 |
| Shipping | $0.00 |
| Sales Tax (8.9%) | $44.34 |
| Total | $542.34 USD |
| Amount paid | -$0.00 |

YOAST-00003147

Notes

Mrs. Brunson SBG will have your order at the SB table :) Enjoy
Session & ROAR LOUD!!!!

Terms and Conditions

Supreme Pick-Up



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:   1242
Invoice date:   Aug 15, 2014
Due date:   Aug 15, 2014

Amount due:
**$112.50**

Bill To:

carmel_bateman@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Med Miss British Columbia Hoodie Kailie/2014-2015 | 1 | $50.00 | $50.00 |
| Med PGBHQ Hoodie "Honoured" Kailie/2013-2014 | 1 | $50.00 | $50.00 |
| | | Subtotal | $100.00 |
| | | Shipping | $12.50 |
| | | Total | $112.50 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$112.50 USD** |

YOAST-00003154



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1244
Invoice date:  Aug 15, 2014
Due date:  Aug 15, 2014

Amount due:
**$285.00**

Bill To:

12529 SE Mall
PORTLAND, OR 97236
United States

nopancreasgirl@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Bethel No. 1 Daughters T (2 sides + sleeve/ heat pressed) | 19 | $15.00 | $285.00 |

| | | |
|---|---|---|
| Subtotal | $285.00 |
| Shipping | $0.00 |
| Total | $285.00 USD |
| Amount paid | -$0.00 |
| **Amount due** | **$285.00 USD** |

Terms and Conditions

Delivered July 16th 2014

YOAST-00003153



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1245
Invoice date:  Aug 17, 2014
Due date:  Aug 17, 2014

Amount due:
**$0.00**

Bill To:

lorriebrunson@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 29 Cinch Sacks | 29 | $6.50 | $188.50 |
| SB Hoodie | 1 | $50.00 | $50.00 |
| 5 Grand Line T's | 1 | $75.00 | $75.00 |
| | | Subtotal | $313.50 |
| | | Shipping | $0.00 |
| | | Total | $313.50 |
| | | Amount paid | -$313.50 |
| | | **Amount due** | **$0.00 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1249
Invoice date:  Aug 28, 2014
Due date:  Aug 28, 2014

Amount due:
**$0.00**

Bill To:

60 Spring Creek drive
Townsend, DE 19734
United States

erica.murrellpace@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom Miss Delaware Hoodie Med | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $8.00 |
| | | Total | $58.00 |
| | | Amount paid | -$58.00 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003152



Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

| | |
|---|---|
| Invoice #: | 1251 |
| Invoice date: | Aug 28, 2014 |
| Due date: | Aug 28, 2014 |

Amount due:
**$0.00**

Bill To:

11801 ne 136th st
liberty, MO 64068
United States

the.flanerys@sbcglobal.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| PGBHQ Hoodie Lg 2005-2006 | 1 | $50.00 | $50.00 |
| Andie (Flanery) Moon Smile often... Just for the fun of it | | | |

| | | |
|---|---|---|
| Subtotal | | $50.00 |
| Shipping | | $5.95 |
| Total | | $55.95 |
| Amount paid | | -$55.95 |
| **Amount due** | | **$0.00 USD** |

YOAST-00003151



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1253
Invoice date:  Sep 8, 2014
Due date:  Sep 8, 2014

Amount due:
**$0.00**

Bill To:

onehappyrose@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 13 T-shirts (1 color youth cut) | 13 | $15.00 | $195.00 |
| | | Subtotal | $195.00 |
| | | Shipping | $13.00 |
| | | Total | $208.00 |
| | | Amount paid | -$208.00 |
| | | **Amount due** | **$0.00 USD** |

**EXHIBIT B - 55**

YOAST-00003157



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1254
Invoice date: Sep 9, 2014
Due date: Sep 9, 2014

Amount due:
**$0.00**

Bill To:

drn4jdi@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom CAV T-shirt (Med) | 1 | $25.00 | $25.00 |
| Custom CAV Hoodie (Med) | 1 | $50.00 | $50.00 |
| Custom CAV Tote Bag | 1 | $25.00 | $25.00 |
| | | Subtotal | $100.00 |
| | | Shipping | $0.00 |
| | | Total | $100.00 |
| | | Amount paid | -$100.00 |
| | | **Amount due** | **$0.00 USD** |

Terms and Conditions

T-shirt in the mail & Hoodie & Tote to follow this week :)

YOAST-00003156



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1256
Invoice date: Sep 12, 2014
Due date: Sep 12, 2014

Amount due:
**$0.00**

Bill To:

8 hunter rd
New castle, DE 19720
United States

Karolynoliver@aol.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom xl Jr. Miss Delaware Purple Zip-up | 1 | $60.00 | $60.00 |
| | | Subtotal | $60.00 |
| | | Shipping | $5.75 |
| | | Total | $65.75 |
| | | Amount paid | -$65.75 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003167



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1257
Invoice date: Sep 24, 2014
Due date: Sep 24, 2014

Amount due:
**$0.00**

Bill To:

Srichscrap@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| GBHQ Hoodie Lg | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $6.25 |
| | | Total | $56.25 |
| | | Amount paid | -$56.25 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003129



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1260
Invoice date:  Oct 10, 2014
Due date:  Oct 10, 2014

Amount due:
**$0.00**

Bill To:

tara_arreguin@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Med Jr. Miss Zip-Up 2014-2015 Madison | 1 | $60.00 | $60.00 |
| | | Subtotal | $60.00 |
| | | Shipping | $5.95 |
| | | Total | $65.95 |
| | | Amount paid | -$65.95 |
| | | **Amount due** | **$0.00 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1262
Invoice date:  Oct 19, 2014
Due date:  Oct 19, 2014

Amount due:
**$0.00**

Bill To:

christin0610@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom PHQ Hoodie Sm | 1 | $55.00 | $55.00 |
| | | Subtotal | $55.00 |
| | | Shipping | $5.95 |
| | | Total | $60.95 |
| | | Amount paid | -$60.95 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003133



# INVOICE

**Paid**

## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:   52440
Invoice date:   Nov 27, 2015
Due date:   Nov 27, 2015

Amount due:
**$0.00**

Bill To:

the.flanerys@sbcglobal.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Supreme Bethel Officer soft Shell Jacket | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $5.95 |
| | | Sales Tax (8.9%) | $4.45 |
| | | Total | $60.40 |
| | | Amount paid | -$60.40 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003190



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 1268 |
| Invoice date: | Dec 16, 2014 |
| Due date: | Dec 16, 2014 |

Amount due:
**$0.00**

Bill To:

eeyoresr11@comcast.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| GBHQ Hoodie 2014-2015 | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $0.00 |
| | | Total | $50.00 |
| | | Amount paid | -$50.00 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003134



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1270
Invoice date: Dec 17, 2014
Due date: Dec 17, 2014

Amount due:
**$0.00**

Bill To:

pchefkennedy@cox.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Bethel 22 Phoenix, Arizona Shirts | 41 | $13.00 | $533.00 |
| 18 Bethel 22 Totes | 18 | $8.00 | $144.00 |

| | | |
|---|---|---|
| Subtotal | $677.00 |
| Shipping | $0.00 |
| Total | $677.00 |
| Amount paid | -$677.00 |
| **Amount due** | **$0.00 USD** |

Notes

Don't faint!!! LOL You will get goodies :)

YOAST-00003121



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  1286
Invoice date:  Feb 18, 2015
Due date:  Feb 18, 2015

Amount due:
**$0.00**

Bill To:

hidocare@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Sm custom Miss Congeniality Hoodie | 1 | $55.00 | $55.00 |
| | | Subtotal | $55.00 |
| | | Shipping | $5.75 |
| | | Total | $60.75 |
| | | Amount paid | -$60.75 |
| | | **Amount due** | **$0.00 USD** |

EXHIBIT B - 64

YOAST-00003131



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 1288
Invoice date: Feb 20, 2015
Due date: Feb 20, 2015

Amount due:
**$0.00**

Bill To:

porchiaprince@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Ohio Miss Job's Daughter Zip Up | 1 | $60.00 | $60.00 |
| | | Subtotal | $60.00 |
| | | Shipping | $5.75 |
| | | Total | $65.75 |
| | | Amount paid | -$65.75 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003127



# INVOICE

**Paid**

## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 2015-004
Invoice date: Feb 24, 2015
Reference: Jobies
Due date: Feb 24, 2015

Amount due:
**$0.00**

Bill To:

15456 Kennewick Bend6
NOBLESVILLE, IN 46062
United States

princessmarkanda@yahoo.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Miss Indiana Congeniality Small Hot Pink Hoodie 20014-20015 | 1 | $60.00 | $60.00 |
| | | Subtotal | $60.00 |
| | | Shipping | $5.75 |
| | | Total | $65.75 |
| | | Amount paid | -$65.75 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003132



# INVOICE

**Paid**

## Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 2015-03 |
| Invoice date: | Mar 3, 2015 |
| Reference: | Alberta Job's Daughters |
| Due date: | Mar 3, 2015 |

Amount due:
**$0.00**

## Bill To:

128 Hidden Valley Manor NW
Calgary Alberta T3A 5V6
Canada

kimberly.furgason@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Ladies L317 Small | 5 | $50.00 | $250.00 |
| Ladies L317 Med | 10 | $50.00 | $500.00 |
| Ladies L317 Lg | 5 | $50.00 | $250.00 |
| Ladies L317 Xl | 6 | $50.00 | $300.00 |
| Ladies L317 2xl | 1 | $55.00 | $55.00 |
| Mens L317 Med | 1 | $50.00 | $50.00 |
| Mens L317 Xl | 2 | $50.00 | $100.00 |

| | |
|---|---|
| Subtotal | $1,505.00 |
| Shipping | $0.00 |
| Sales Tax (8.9%) | $133.95 |
| Total | $1,638.95 |
| Amount paid | -$1,638.95 |
| **Amount due** | **$0.00 USD** |

## Notes

All Jackets include a Crest (Left Pocket) Logo & custom sleeve name.

## Terms and Conditions

This invoice does not include shipping as we will make sure to find the best possible shipping.

EXHIBIT B - 67

YOAST-00003128



# INVOICE

**Paid**

### Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 2015-04
Invoice date: Mar 9, 2015
Due date: Mar 9, 2015

Amount due:
**$0.00**

Bill To:

1800 jarvis ave
ANCHORAGE, AK 99515
United States

Dhoellering@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Miss Alaska Job's Daughter Zip-up | 1 | $60.00 | $60.00 |
| | | Subtotal | $60.00 |
| | | Shipping | $0.00 |
| | | Total | $60.00 |
| | | Amount paid | -$60.00 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003135



**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

Invoice #:  2016
Invoice date:  Apr 28, 2015
Due date:  Apr 28, 2015

Amount due:
**$0.00**

Bill To:

128 Hidden Valley Manor NW
Calgary Alberta T3A 5V6
Canada

kimberly.furgason@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| shipping for 30 jackets to Alberta | 1 | $156.89 | $156.89 |
| | | Subtotal | $156.89 |
| | | Shipping | $0.00 |
| | | Total | $156.89 |
| | | Amount paid | -$156.89 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003124



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:   052416
Invoice date: May 24, 2015
Reference:   extra Jackets
Due date:   May 24, 2015

Amount due:
**$0.00**

Bill To:

128 Hidden Valley Manor NW
Calgary Alberta T3A 5V6
Canada

kimberly.furgason@hotmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Alberta Jackets | 4 | $50.00 | $200.00 |
| | | Subtotal | $200.00 |
| | | Shipping | $25.00 |
| | | Sales Tax (8.9%) | $17.80 |
| | | Total | $242.80 |
| | | Amount paid | -$242.80 |
| | | **Amount due** | $0.00 USD |

**EXHIBIT B - 70**

YOAST-00003122



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  052417
Invoice date:  Jun 10, 2015
Due date:  Jun 10, 2015

Amount due:
**$0.00**

Bill To:

susanlatte@aol.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 33 Blk Crew T w/crest logo sm-xl | 33 | $12.50 | $412.50 |
| 3 Blk Crew T w/crest logo 2xl-4xl | 3 | $15.00 | $45.00 |
| | | Subtotal | $457.50 |
| | | Shipping | $153.52 |
| | | Sales Tax (8.9%) | $40.72 |
| | | Total | $651.74 |
| | | Amount paid | -$651.74 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003126



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 052423 |
| Invoice date: | Jul 20, 2015 |
| Reference: | Bethel 51 |
| Due date: | Jul 20, 2015 |

Amount due:
**$0.00**

Bill To:

Heather@percivalcg.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Pink Camo Bethel T's sm-xl | 8 | $10.00 | $80.00 |
| Camo Bethel T 4xl with heat press | 1 | $17.00 | $17.00 |
| | | Subtotal | $97.00 |
| | | Shipping | $0.00 |
| | | Sales Tax (8.9%) | $8.63 |
| | | Total | $105.63 |
| | | Amount paid | -$105.63 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003123



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 052425
Invoice date: Jul 20, 2015
Due date: Jul 20, 2015

Amount due:
**$0.00**

Bill To:

melanie.schoonmaker@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Miss JD Hoodie Blk Lg | 1 | $60.00 | $60.00 |
| Miss Congeniality Hoodie blue Med | 1 | $60.00 | $60.00 |
| | | Subtotal | $120.00 |
| | | Shipping | $8.00 |
| | | Total | $128.00 |
| | | Amount paid | -$128.00 |
| | | **Amount due** | **$0.00 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 052426 |
| Invoice date: | Jul 20, 2015 |
| Reference: | Bethel No. 22 |
| Due date: | Jul 20, 2015 |

Amount due:
**$0.00**

Bill To:

susanlatte@aol.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom Bethel 22. T's LPC54V DT5001 front & back + Glitter | 15 | $15.00 | $225.00 |
| | | Subtotal | $225.00 |
| | | Shipping | $12.35 |
| | | Total | $237.35 |
| | | Amount paid | -$237.35 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003117



Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

# INVOICE

**Paid**

Invoice #: 52428
Invoice date: Aug 15, 2015
Due date: Aug 15, 2015

Amount due:
**$0.00**

Bill To:

3824 e acoma dt
PHOENIX, AZ 85032
United States

cristinenichols@cox.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Purple w/white Behel 21 Ladies T's sm-xl | 14 | $17.00 | $238.00 |

| | | |
|---|---|---|
| Subtotal | | $238.00 |
| Shipping | | $15.00 |
| Sales Tax (8.9%) | | $21.18 |
| Total | | $274.18 |
| Amount paid | | -$274.18 |
| **Amount due** | | **$0.00 USD** |

Notes

Thank you for your business!

YOAST-00003119



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:   52430
Invoice date:   Sep 17, 2015
Due date:   Sep 17, 2015

Amount due:
**$0.00**

Bill To:

Kymwhite1@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Miss Oregon JD soft shell jacket small | 1 | $50.00 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping | $15.75 |
| | | Total | $65.75 |
| | | Amount paid | -$65.75 |
| | | **Amount due** | **$0.00 USD** |



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 52431
Invoice date: Sep 19, 2015
Due date: Sep 19, 2015

Amount due:
**$0.00**

Bill To:

bhall@ahcpa.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Mens sm-xl Polo | 5 | $15.00 | $75.00 |
| Mens 2xl-4xl Polo | 2 | $18.50 | $37.00 |
| Womens sm-xl Polo | 6 | $15.00 | $90.00 |
| Womens 2xl-3xl Polo | 4 | $18.50 | $74.00 |
| V-Neck T's sm-xl | 10 | $15.00 | $150.00 |
| V-Neck 2xl-4xl | 3 | $18.50 | $55.50 |
| Yoga Pants (backorder) sm | 1 | $30.00 | $30.00 |
| Tote Bags | 3 | $12.00 | $36.00 |
| Varsity Jackets xs-xl (for sizing purposes & will be shipped back for print) | 5 | $50.00 | $250.00 |
| Varsity Jackets 2xl-4xl ( (for sizing purposes & will be shipped back for print) | 3 | $55.00 | $165.00 |

| | |
|---|---|
| Subtotal | $962.50 |
| Shipping | $50.00 |
| Deposit | -$300.00 |
| Total | $712.50 |
| Amount paid | -$712.50 |
| **Amount due** | **$0.00 USD** |

Notes

Thank you for working with our little shop in the woods! Jobe Love to you all!!! -Heidi

YOAST-00003120



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

| | |
|---|---|
| Invoice #: | 52434 |
| Invoice date: | Sep 21, 2015 |
| Due date: | Sep 21, 2015 |

Amount due:
**$0.00**

Bill To:

smmiller2015@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom Miss Delaware zip-up/Navy | 1 | $60.00 | $60.00 |
| | | Subtotal | $60.00 |
| | | Shipping | $5.75 |
| | | Total | $65.75 |
| | | Amount paid | -$65.75 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003115



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobles & Got Rainbow

Invoice #:  52436
Invoice date:  Nov 4, 2015
Due date:  Nov 4, 2015

Amount due:
**$0.00**

Bill To:

Larivimm@aol.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Ohio No. 7 Bethel T | 2 | $10.00 | $20.00 |
| Ohio No. 7 Bethel T DM106L | 1 | $12.00 | $12.00 |
| Ohio No. 7 Bethel T w/names | 7 | $10.00 | $70.00 |

| | | |
|---|---|---|
| Subtotal | $102.00 |
| Shipping | $10.00 |
| Sales Tax (8.9%) | $9.08 |
| Total | $121.08 |
| Amount paid | -$121.08 |
| **Amount due** | **$0.00 USD** |

Terms and Conditions

Thank you!



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:  52437
Invoice date:  Nov 4, 2015
Due date:  Nov 4, 2015

Amount due:
**$0.00**

Bill To:

the.flanerys@sbcglobal.net

| Description | Quantity | Price | Amount |
|---|---|---|---|
| 3 White/Purple Glitter font November Ball sashes | 3 | $35.00 | $105.00 |
| | | Subtotal | $105.00 |
| | | Shipping | $5.75 |
| | | Sales Tax (8.9%) | $9.35 |
| | | Total | $120.10 |
| | | Amount paid | -$120.10 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003114



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 52442
Invoice date: Dec 14, 2015
Due date: Dec 14, 2015

Amount due:
**$0.00**

Bill To:

bhall@ahcpa.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Custom Varsity Jackets<br>3 small, 1 med, 1 Lg, 1 Xl | 6 | $50.00 | $300.00 |
| Tote Bag with Emblem | 3 | $12.00 | $36.00 |
| V-Neck T 3xl | 2 | $18.50 | $37.00 |
| Ladies Polo small | 2 | $15.00 | $30.00 |
| Ladies Polo 4xl | 1 | $18.50 | $18.50 |
| Pocket logo names & title | 3 | $5.00 | $15.00 |

| | |
|---|---|
| Subtotal | $436.50 |
| Shipping | $0.00 |
| Total | $436.50 |
| Amount paid | -$436.50 |
| **Amount due** | **$0.00 USD** |

Notes

If it is possible a deposit would be truly appreciated :) Also, due to the crazy shipping issues I will be taking care of the shipping cost.

YOAST-00003111



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #:   52451
Invoice date:  Mar 8, 2016
Due date:  Mar 8, 2016

Amount due:
**$0.00**

Bill To:

bhall@ahcpa.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Keep Calm Mini Session T-shirt sm-xl | 61 | $15.00 | $915.00 |
| Keep Calm Mini Session T-shirt 2xl-4xl | 16 | $17.00 | $272.00 |
| Keep Calm Mini Session T-shirt Crew sm-xl | 10 | $15.00 | $150.00 |
| Keep Calm Mini Session T-shirt Crew 2xl-4xl | 8 | $17.00 | $136.00 |
| Varsity Jackets | 6 | $50.00 | $300.00 |
| 3xl Polo | 1 | $18.50 | $18.50 |
| Sm Polo | 1 | $15.00 | $15.00 |

| | |
|---|---|
| Subtotal | $1,806.50 |
| Shipping | $40.00 |
| Total | $1,846.50 |
| Amount paid | -$1,846.50 |
| **Amount due** | **$0.00 USD** |

YOAST-00003112



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 52454
Invoice date: Apr 28, 2016
Due date: Apr 28, 2016

Amount due:
**$0.00**

Bill To:

bhall@ahcpa.com

| Description | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Xl Ladies Polo | 1 | $15.00 | $15.00 |
| Varsity Jacket | 2 | $50.00 | $100.00 |
| Varsity Jacket 3xl | 1 | $55.00 | $55.00 |
| | | Subtotal | $170.00 |
| | | Shipping | $15.00 |
| | | Total | $185.00 |
| | | Amount paid | -$185.00 |
| | | **Amount due** | **$0.00 USD** |

YOAST-00003110



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 52463
Invoice date: Jun 13, 2016
Due date: Jun 13, 2016

Amount due:
**$0.00**

Bill To:

Kferlet@gmail.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Red Polo with heat pressed logo + name/title Medium<br>Kerrie Ferlet, PHQ, PBG<br>Missouri Grand Guardian 2016-17 | 1 | $20.00 | $20.00 |
| Red Polo with heat pressed logo + name/title Small<br>Becca Hairer, PHQ<br>Grand Bethel Honored Queen | 1 | $20.00 | $20.00 |
| Red Polo with heat pressed logo + name/title XL<br>Randy Davis, PABG<br>Associate Grand Guardian | 1 | $20.00 | $20.00 |

| | |
|---|---|
| Subtotal | $60.00 |
| Shipping | $0.00 |
| Total | $60.00 |
| Amount paid | -$60.00 |
| **Amount due** | **$0.00 USD** |

YOAST-00003109



# INVOICE

**Paid**

**Pink Power Printing**

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 52464
Invoice date: Jun 13, 2016
Due date: Jun 13, 2016

Amount due:
**$0.00**

Bill To:

Kerrie.Ferlet@health.mo.gov

| Description | Quantity | Price | Amount |
|---|---|---|---|
| GGC Officer Polo Ash Jersey Knit Small | 3 | $20.00 | $60.00 |
| GGC Officer Polo Ash Jersey Knit Medium | 6 | $20.00 | $120.00 |
| GGC Officer Polo Ash Jersey Knit Large | 6 | $20.00 | $120.00 |
| GGC Officer Polo Ash Jersey Knit X-Large | 3 | $20.00 | $60.00 |
| GGC Officer Polo Ash Jersey Knit 2XL | 1 | $20.00 | $20.00 |
| GGC Officer Polo Ash Jersey Knit 3XL | 3 | $20.00 | $60.00 |

| | |
|---|---|
| Subtotal | $440.00 |
| Shipping | $0.00 |
| Total | $440.00 |
| Amount paid | -$440.00 |
| **Amount due** | **$0.00 USD** |

Notes

Jacket invoice will be sent separate. Shipping will be invoiced once rate and weight are established.

YOAST-00003108



# INVOICE

**Paid**

Pink Power Printing

Heidi Pink
23149 se 184th st
Maple Valley, WA 98038
United States

Phone: 425-295-4324
pinkpowerprinting@Gmail.com
www.PinkPowerPrinting.com
Home of Got Jobies & Got Rainbow

Invoice #: 52469
Invoice date: Jul 2, 2016
Due date: Jul 2, 2016

Amount due:
**$0.00**

Bill To:

alexisannerbell0726@icloud.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Miss Idaho Job's Daughter 2016-2017 Hoodie Lg. Logo on front name on back | 1 | $55.00 | $55.00 |
| | | Subtotal | $55.00 |
| | | Shipping | $0.00 |
| | | Total | $55.00 |
| | | Amount paid | -$55.00 |
| | | **Amount due** | **$0.00 USD** |

Notes

Pick Up at Grand Assembly :)

YOAST-00003113

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOB'S DAUGHTERS INTERNATIONAL,

        Plaintiff,

    v.

HEIDI YOAST,

        Defendant.

NO. 16-CV-01573-RSL

**NOTICE OF DEPOSITION OF JOB'S
DAUGHTERS INTERNATIONAL
PURSUANT TO FED. R. CIV. P.
30(B)(6)**

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6) and 45, Defendant

will take the deposition, upon oral examination, of Job's Daughters International ("JDI"), to be

recorded by stenographic means, at the offices of Williams Kastner, located at Two Union

Square, 601 Union Street, Seattle, Washington 98101. JDI is requested to designate the person

or persons most knowledgeable and prepared to testify on behalf of JDI concerning the subject

matter described in JDI's Complaint against Ms. Heidi Yoast filed on October 6, 2016. The

deposition(s) will commence at 9:00 a.m. on December 19, 2017. If necessary, the deposition

will be adjourned until completed.

DEPOSITION NOTICE



*PATRICIA I. FORMAN, ESQ.
931 N Maple Street, Ste 104
Burbank, California 91505
(213) 509-8708
patriciaforman@gmail.com*

**EXHIBIT C - 1**

1    DATED this 20th day of November, 2017.

2

3                          By /s/ Patricia I. Forman
                              Patricia I. Forman, Esq.
4                             *Admitted pro hac vice*
                              California SBN #245108
5
                           931 N. Maple Street Ste 104
6                          Burbank, California 91505
                           Telephone: (213) 509-8708
7                          Email: patriciaforman@gmail.com

8                          Attorney for Defendant
                           Heidi Yoast
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEPOSITION NOTICE

**EXHIBIT C - 2**

# CERTIFICATE OF SERVICE

The undersigned declares and states as follows:

I am a citizen of the United States, over the age of 18 years, not a party to the above-referenced matter, and am competent to be a witness.

On _____, 2016, I electronically served the following document(s):

**DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

to all associated counsel of record.

I also served said documents in the manner set forth below on the following parties:

| | |
|---|---|
| Rodney L. Umberger, WSBA #24948<br>Daniel J. Velloth, WSBA #44379<br>WILLIAMS, KASTNER & GIBBS, PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone:  206/628-6600<br>Fax:          206/628-6611<br>rumberger@williamskastner.com<br>dvelloth@williamskastner.com<br>*Attorneys for Plaintiff* | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email*<br>☐ *By USDC Western District*<br>   *EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |
| Brian T. McKernan, NE #22174<br>McGRATH NORTH MULLIN & KRATZ, PC LLO<br>Suite 3700 First National Tower<br>1601 Dodge Street<br>Omaha, Nebraska 68102<br>Telephone:  402/341-3070<br>Fax:          402/952-6896<br>bmckernan@mcgrathnorth.com | ☐ *Via U.S. Mail*<br>☐ *Via Facsimile Transmission*<br>☒ *Via Email*<br>☐ *By USDC Western District*<br>   *EM/ECF Filing System*<br>☐ *Via Hand-Delivery* |

*Attorneys for Plaintiff Job's Daughters International*

I declare under penalty of perjury according to the laws of the State of Washington that the above statements are true and correct.

SIGNED at Burbank, California this 20th day of November, 2017.

*/s/ Patricia Forman*
Printed name:  Patricia Forman

DEPOSITION NOTICE

PATRICIA I. FORMAN, ESQ.
931 N Maple Street, Ste 104
Burbank, California 91505
(213) 509-8708
patriciaforman@gmail.com

**EXHIBIT C - 3**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOB'S DAUGHTERS INTERNATIONAL,

        Plaintiff,

        v.

HEIDI YOAST,

        Defendant.

HEIDI YOAST,

        Counterclaim-Plaintiff,

        v.

JOB'S DAUGHTERS INTERNATIONAL,
SHELLY COLE aka SHELLY HOWRIGON,
an individual, ROD REID, an individual,

        Counterclaim-Defendants.

NO. 16-cv-1573-RSL

**SUSAN GOOLSBY DEPOSITION DESIGNATIONS IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

15:19-22

34:18-20

35:5-35:22

38:25-39:7

40:5-40:20

65:3-5

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

- 1 -

**EXHIBIT D - 1**

1                     81:23-83:16

2                     85:7-85:25

3                     87:17-87:25

4                     138:3-138:8

5                     Exhibit 20

6                     Exhibit 42

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S
    MOTION FOR SUMMARY JUDGMENT
27 (16-cv-1573-RSL )

28

                          - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**EXHIBIT D - 2**

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
 2                      AT SEATTLE

 3  JOB'S DAUGHTERS INTERNATIONAL, ) NO.
                                   ) 16-CV-01573-RSL
 4            Plaintiff,            )
                                   )
 5       vs.                       )
                                   )
 6  HEIDI YOAST,                   )
                                   ) TAKEN ON BEHALF
 7  _____Defendant._____) OF DEFENDANT

 8  APPEARANCES:

 9  Mr. Brian T. McKernan          For Plaintiff
    Attorney at Law
10  McGRATH NORTH MULLIN & KRATZ
    Suite 3700 First National Tower
11  1601 Dodge Street
    Omaha, NE 68102
12
    Ms. Patricia I. Forman         For Defendant
13  Attorney at Law
    931 N. Maple Street, Suite 104
14  Burbank, CA 91505
    (Via videoconference)
15

16

17

18        DEPOSITION OF SUSAN GOOLSBY,

19  424 East Fifth Street, Papillion, Nebraska,

20  taken at 10:56 a.m. on January 31st, 2018, by

21  Shannon L. Brack, RPR, CRR, CSR, and General

22  Notary Public in and for the State of Nebraska,

23  at 1601 Dodge Street, Suite 3700, Omaha, Nebraska.

24

25

            THIBAULT, SUHR & THIBAULT, INC.
            Omaha, Nebraska  (402) 331-2500
```

### EXHIBIT INDEX

| Ex. No. | Pg. Ref. No. | Description |
|---|---|---|
| 12 | 16 | Image of Job's Daughters Logo Ties Printed from Global Neckwear Marketing |
| 13 | 18 | E-mail Chain dated October 2016 (JDI 000130) |
| 14 | 20 | Image of a Gold Job's Daughters Ring Printed From Macoy.com |
| 15 | 21 | Scrappykins.com Documents |
| 16 | 22 | Job's Daughters Car Auto Emblem (JDA-1) Printed From eBay |
| 17 | 23 | Images Printed from the Spreen Fraternal Supply Web Site |
| 18 | 25 | The Masonic Exchange Documents |
| 19 | 31 | Presentation Screen Shots |
| 20 | 35 | Letter from Kathleen Wiekhorst to Heidi Yoast dated 12/30/15 (JDI 000059) |
| 21 | 39 | Letter from Heidi Yoast to Shelly dated 8/11/16 (JDI 001477 - JDI 001479) |
| 22 | 41 | Miss Minnesota Job's Daughter Pageant 2011 Image |
| 23 | 43 | Job's Daughters Bethel No. 51 Tumwater, WA Image |
| 24 | 45 | Arizona Bethel No. 22 Job's Daughters Image |

```
            THIBAULT, SUHR & THIBAULT, INC.
            Omaha, Nebraska  (402) 331-2500
```

| Ex. | Pg. | Description |
|---|---|---|
| 25 | 45 | Arizona Job's Daughters Image |
| 26 | 46 | Job's Daughters It's all about the Sisterhood Image |
| 27 | 47 | Job's Daughters It's all about the Daughters Bethel No. 78 Auburn, WA Image |
| 28 | 48 | Job's Daughters Bethel No. 45 Renton, Washington Image |
| 29 | 50 | Iyob Filiae Image |
| 30 | 51 | Miss Washington Job's Daughter Image |
| 31 | 53 | Miss Wyoming Congeniality 2014-2015 Iyob Filiae Image |
| 32 | 54 | International Sisterhood 2015-2016 Job's Daughters Supreme Bethel Honored Queen Image |
| 33 | 56 | International Sisterhood Job's Daughters Illinois Image |
| 34 | 57 | Miss Delaware Job's Daughter 2015-2016 Swim slow, Enjoy life Image |
| 35 | 58 | Miss Oregon Brooke 2014-2015 Job's Daughter PHQ Bethel No. 43 Image |
| 36 | 59 | Job's Daughters Creating more Princesses than Disney Since 1920 Image |
| 37 | 66 | Letter from Susan Mentel to Sara Jensen dated 7/13/06 (JDI 001088) |
| 38 | 68 | E-mail Chain dated July 2017 |
| 39 | 74 | Printout from Job's Daughters International Facebook Page |

```
            THIBAULT, SUHR & THIBAULT, INC.
            Omaha, Nebraska  (402) 331-2500
```

| Ex. | Pg. | Description |
|---|---|---|
| 40 | 75 | Printout from Job's Daughters International Facebook Page |
| 41 | 76 | Science March Printout |
| 42 | 81 | Heidi Yoast Notes by Rod Reid (JDI 000196) |
| 43 | 96 | E-mail Chain dated August 2011 (JDI 000783 - JDI 000784) |
| 44 | 97 | E-mail Chain dated 9/15/11 (JDI 000806 - JDI 000807) |
| 45 | 98 | E-mail Chain dated 9/18/11 (JDI 000809 - JDI 000810) |
| 46 | 99 | E-mail Chain dated October 2011 (JDI 000818 - JDI 000819) |
| 47 | 101 | E-mail Chain dated 11/4/11 (JDI 000827) |
| 48 | 102 | E-mail Chain dated 1/31/12 (JDI 000863 - JDI 000864) |
| 49 | 104 | E-mail Chain dated 2/12/12 (JDI 000867 - JDI 000868) |
| 50 | 112 | E-mail Chain dated 9/6/12 (JDI 000972 - JDI 000974) |
| 51 | 115 | E-mail Chain dated 9/10/12 (JDI 000975 - JDI 000976) |
| 52 | 118 | E-mail Chain dated 8/23/10 (JDI 001321 - JDI 001322) |
| 53 | 119 | E-mail Chain dated 2/16/11 (JDI 001369 - JDI 001390) |
| 54 | 120 | E-mail Chain dated March 2011 (JDI 001389 - JDI 001390) |
| 55 | 121 | Pinterest Printout of Job's Daughters Dolls |
| 56 | 131 | Letter from Philip Nulud to Denise Mazour dated 8/29/16 (JDI 000124 - JDI 000126) |

```
            THIBAULT, SUHR & THIBAULT, INC.
            Omaha, Nebraska  (402) 331-2500
```

## EXHIBIT D - 3

1         MR. McKERNAN: I'm just going to
2 object to the extent that this is outside the
3 scope of the 30(b)(6). You can answer these
4 questions in your individual capacity, but this is
5 outside the scope of the 30(b)(6) notice that
6 she's here today on. Go ahead.
7      A.    Would you ask the question again,
8 please?
9      Q.    Sure. The question was, does JDI
10 offer its trademark liaisons any training?
11      A.    Not that I'm aware of.
12      Q.    Do you have any involvement with the
13 certified adult volunteer or youth protection
14 program?
15      A.    Yes.
16      Q.    And what's that involvement?
17      A.    Well, first of all, I helped to write
18 it. Secondly, my office manages every aspect of
19 our CAV and YPP program.
20      Q.    Other than this litigation, has JDI
21 ever been involved in any other trademark
22 litigation?
23      A.    No. Oh, excuse me. I, I should have
24 said -- that's, that's wrong. Years ago we were
25 involved with Lindeburg, but that was prior to me

1 being a part of, of Job's Daughters International
2 office.
3      Q.    Are you aware of any claim ever filed
4 against JDI by Harley-Davidson?
5      A.    Yes.
6      Q.    Do you recall which year that took
7 place in?
8      A.    No, I'm sorry, I don't.
9      Q.    Do you recall which state that claim
10 was filed in?
11      A.    Yes, it was in Kansas. It wasn't
12 actually a lawsuit. They simply sent us a letter
13 saying cease and desist.
14      Q.    So it's your recollection that
15 Harley-Davidson only sent you a cease and desist
16 letter?
17      A.    Correct.
18      Q.    In your official capacity as executive
19 director of JDI, are you involved in JDI's web
20 sites or social media presence?
21      A.    In the sense that the webmaster is one
22 of my employees in the office, and I have
23 instructions for her to place things on the web
24 site. Our social media director is currently
25 living in Australia, and she is a volunteer.

1      Q.    Which web site domains does JDI
2 currently own?
3         MR. McKERNAN: Again, I'm going to
4 object just outside the scope. You can answer.
5      A.    We own IOJD, and we own Job's
6 Daughters International -- not Job's Daughters.
7 Excuse me. Job's -- oh, Job's International, I
8 think is what it is.
9      Q.    Can you tell me the name of your
10 webmaster?
11      A.    Kylie Holman, K-Y-L-I-E H-O-L-M-A-N.
12      Q.    Would she have all of the information
13 regarding when the web sites were updated and
14 changed?
15         MR. McKERNAN: Objection, scope and
16 foundation. Go ahead.
17      A.    Yes, she would. When she came to work
18 for the office, she was placed in that position.
19      Q.    Are there any other paid positions in
20 the JDI offices that you oversee?
21      A.    Yes, there are. I have one full-time
22 employee and two part-time employees.
23      Q.    Are there any social media sites that
24 are official JDI social media pages or groups that
25 you know of?

1      A.    We have the official Job's Daughters
2 International web site. I believe there's a
3 presence on Twitter, though I'm not a part of that
4 to, to tell you what it exactly is. And we have
5 our Facebook page that's run by our social media
6 director, and our web site. That's it that I know
7 of.
8      Q.    Have you ever heard of a company --
9 strike that.
10      Do you ever review web sites or images
11 submitted to you that might have trademark
12 infringements against the JDI trademarks?
13         MR. McKERNAN: Object to form,
14 scope, and foundation. Go ahead.
15      A.    When I'm informed of an infringement,
16 possible infringement, I sometimes look at it
17 before forwarding it off to our trademark liaison
18 on the board.
19         MS. FORMAN: So I'd like to go ahead
20 and bring in our first exhibit, which I think
21 should be marked as 12. It's an image.
22         (Deposition Exhibit Number 12 was
23 marked for identification.)
24         MR. McKERNAN: All right. I'm
25 handing the witness what's been marked as

EXHIBIT D - 4

1   meeting?
2       A.   No.
3       Q.   Are official minutes taken from the
    business meetings?
5       A.   No.
6       Q.   Did you receive any type of
7   communication from a Leslie Hoglund, L-E-S-L-I-E
8   H-O-G-L-U-N-D, regarding Shelly Cole's
9   presentation or behavior at supreme session in
10  2016?
11          MR. McKERNAN:  Object to scope.  Go
12  ahead.
13      A.   I don't recall.
14      Q.   Are you aware of any video or
15  recording circulating on social media of this
16  business meeting?
17      A.   Not that I'm aware of.
18      Q.   Are you aware of any social media live
19  streams that were taken by anybody present?
20      A.   I know that they had requested people
21  not to live stream because of protection of the
22  daughters.  However, I'm not aware of any.
23      Q.   Do you know if there was WiFi signal
24  provided to the JDI members in attendance during
25  this business meeting?

1           MR. McKERNAN:  Scope and foundation.
2   Go ahead.
3       A.   I know in the newer section of the
4   hotel -- it was a beautiful hotel -- the WiFi was
5   present because that's where we held our board of
6   trustees meetings prior to the actual supreme
7   session.  But in the older section of the hotel, I
8   know I didn't have it in my room.
9       Q.   Was the older section of the hotel
10  mostly guest rooms?
11          MR. McKERNAN:  Scope and foundation
12  and form.  Go ahead.
13      A.   No.  Actually it was -- it was a basic
14  old hotel that had meeting rooms on the bottom and
15  the first several floors.  There was a Starbucks
16  down below, I remember that.  And then sleeping
17  rooms up, I believe, over the fourth floor.
18      Q.   Okay.  Do you know if Job's Daughters
19  International has ever sent a cease and desist
20  letter to Heidi Yoast?
21      A.   Yes.
22      Q.   Do you know how many?
23      A.   I believe there were two from Kathy
24  Wiekhorst, possibly three.
25      Q.   Do you know who the third would have

1   been from?
2       A.   Our attorney.
3           MS. FORMAN:  Let's introduce
4   Exhibit 20.
5           (Deposition Exhibit Number 20 was
6   marked for identification.)
7           MR. McKERNAN:  Exhibit 20 is in
8   front of the witness.
9       Q.   Please review, and let me know when
10  that's complete.
11      A.   I'm done.
12      Q.   Prior to today, have you seen this
13  cease and desist letter?
14      A.   Yes.
15      Q.   Do you know how this cease and desist
16  letter was delivered to Heidi Yoast?
17          MR. McKERNAN:  Objection, scope and
18  foundation.  Go ahead.
19      A.   I believe this was the second letter
20  that Kathy sent, Kathy Wiekhorst, and she told me
21  that she sent it to the address that was on
22  Heidi's social media page.
23      Q.   In your experience as the executive of
24  JDI, does the trademark liaison typically record
25  every cease and desist letter they send out?

1           MR. McKERNAN:  Scope, foundation.
2   Go ahead.
3       A.   Well, in my experience, we ask them to
4   do that.  But they're all volunteers, and so some
5   are better than others in keeping track of the
6   information.  But we ask that they make a list of
7   those that are sent, and that list is normally
8   given to the board at the end of the term.
9       Q.   Do you recall if Kathy Wiekhorst gave
10  you a -- or gave JDI a trademark liaison report
11  for term year 2015-2016?
12          MR. McKERNAN:  Scope.  Go ahead.
13      A.   Without looking at it, I'm not sure.
14  But I know Kathy was very good at keeping records,
15  so I would imagine we'd have something.
16      Q.   Does the JDI executive office keep
17  evidence of mailing of cease and desist letters?
18          MR. McKERNAN:  Scope.  Go ahead.
19      A.   Generally, no.
20      Q.   Whose responsibility is it to send out
21  cease and desist letters?
22      A.   The trademark liaison for the board.
23      Q.   During the business meeting that we
24  were previously speaking about, do you recall if
25  Shelly Cole spoke of anybody receiving cease and

**EXHIBIT D - 5**

1    desist letters or other correspondence regarding
2    trademarks during that business meeting?
3              MR. McKERNAN: Scope. Go ahead.
      A.    Not that I'm aware of.
5     Q.    Do you recall during that business
6    meeting if Shelly Cole spoke about any vendors
7    that she felt were violating JDI trademarks?
8              MR. McKERNAN: Scope. Go ahead.
9     A.    No. What she spoke about was strictly
10   what we were going to do with the proposed
11   amendment.
12    Q.    Did anybody else in that meeting that
13   you recall talk about any vendors they felt were
14   violating JDI trademarks?
15             MR. McKERNAN: Scope and foundation.
16   Go ahead.
17    A.    I don't believe so. But it was a very
18   big room, so someone could have been speaking in
19   the back of the room.
20    Q.    Did you ever contact Heidi Yoast to
21   discuss issues related to this litigation?
22    A.    No, I did not.
23    Q.    Before JDI initiates legal action,
24   aside from any privileged discussions that JDI or
25   the board of trustees might have with their

1    attorneys, what kinds of due diligence or
2    investigations does the board or your office
3    undertake?
4              MR. McKERNAN: Form and scope. Go
5    ahead, subject to the caveat I don't want you to
6    get into any discussions that you had with me or
7    any previous counsel --
8              THE WITNESS: All right.
9              MR. McKERNAN: -- in terms of
10   initiating legal action. If you want to speak
11   generally about whether or not you do, I think
12   she's entitled to know that, but don't get into
13   any conversations you would have had with, with
14   counsel either on this matter or any previous
15   matters you may have been -- litigation matters
16   you may have been involved in.
17    A.    I guess the question you asked is what
18   our normal procedure would be?
19    Q.    Correct.
20    A.    Okay. Well, this is not something we
21   normally do, so it's not something I could respond
22   what our normal procedure would be. Definitely we
23   would discuss it on a -- to try everything we
24   could to avoid legal action.
25    Q.    In this case, again, subject to the

1    caveat please don't get into any privileged
2    information, what kinds of actions did you take to
3    avoid this litigation?
4              MR. McKERNAN: Scope. Go ahead.
5     A.    Cease and desist letters, and I know
6    our chairman at the time attempted to contact
7    Heidi personally.
8              MS. FORMAN: Let's introduce
9    Exhibit 21.
10             (Deposition Exhibit Number 21 was
11   marked for identification.)
12             MR. McKERNAN: Sorry. Exhibit 21 is
13   in front of the witness.
14    Q.    Please review, and let me know when
15   you've completed that.
16    A.    I'm familiar with this document.
17    Q.    Okay. You've seen this document
18   before?
19    A.    Yes, I have.
20    Q.    Did it -- to the best of your
21   knowledge, did anybody on the board of trustees
22   call Heidi Yoast after receiving this letter?
23             MR. McKERNAN: Scope and foundation.
Go ahead.
25    A.    I don't know that.

1     Q.    Do you know if anybody e-mailed Heidi
2    Yoast after receiving this letter?
3              MR. McKERNAN: Scope, foundation.
4    Go ahead.
5     A.    Well, I know that during that time
6    frame we were trying to get Heidi to take down our
7    trademark, but I couldn't tell you the date
8    sequence. This follows August 11th. I can't tell
9    you exactly what the dates were for other
10   communications.
11    Q.    You said you were at the time trying
12   to get Heidi to take down your trademark or JDI's
13   trademark. Other than the cease and desist
14   letters you've already discussed, what actions
15   were you taking?
16             MR. McKERNAN: Form, scope,
17   foundation. Go ahead.
18    A.    Like I said before, Rod Reid being
19   from the same jurisdiction, he attempted to
20   contact Heidi personally.
21    Q.    Do you know if he ever actually made
22   contact with Heidi?
23             MR. McKERNAN: Same objections.
24    A.    He would have -- I believe he told us
25   that he was not able to make connection.

**EXHIBIT D - 6**

1    et cetera, to make JDI-related items?
2              MR. McKERNAN:  Scope and form.  Go
3    ahead.
4         A.    We used to have a contracted vendor in
5    California by the name of Walters Jewelry.
6         Q.    Any other vendors that you know of?
7         A.    Not that I'm aware of.
8              MR. McKERNAN:  Same objections.
9    Sorry.
10        A.    I must say, too, that Walters was only
11   able to sell jewelry items in the state of
12   California.
13        Q.    To the best of your knowledge, while
14   you have been with JDI, has a vendor other than
15   Doc Morgan or Walters ever directly asked JDI or
16   the board of trustees for permission to make
17   goods?
18             MR. McKERNAN:  Scope and foundation.
19   Go ahead.
20        A.    Yes.
21        Q.    Can you tell me who those were?
22        A.    Oh, now you're really taxing my
23   memory.  There was a place in Oklahoma -- I can't
24   tell you the name, and this goes back a number of
25   years -- that had requested to be our official

1    jeweler.  At the time we had a contract with DMI,
2    Doc Morgan, Incorporated.  The other requests,
3    they come in, you know, different times.
4         Q.    Were those requests granted?
5         A.    No, because we have a contract with
6    DMI.
7              MS. FORMAN:  Let's look at
8    Exhibit 37.
9              (Deposition Exhibit Number 37 was
10   marked for identification.)
11             MR. McKERNAN:  Exhibit 37 is in
12   front of the witness.
13        Q.    Please review, and let me know when
14   that's completed.
15        A.    Ready for you.
16        Q.    Do you recall this letter at all?
17        A.    It's not familiar to me, no.
18        Q.    In your opinion, is this still an
19   accurate statement of JDI's policy?
20             MR. McKERNAN:  Scope, form,
21   foundation.  Go ahead.
22        A.    In this -- in the fact that it says we
23   still have a contract, yes.  There is a little bit
24   more leeway than we had in 2006 when this was
25   written.

1         Q.    Can you tell me what you mean by "more
2    leeway"?
3         A.    As we've been talking about on the
4    other photos of items, the legislation that was
5    passed in 2016 gives the bethels the ability to
6    make items without having to request permission.
7    But this was asking for permission to make the
8    embroidered kits, I believe they were, and because
9    we had a contract with DMI, we were not able to
10   grant this.
11        Q.    Are bethels entitled to use JDI
12   trademarks for items that are for promotional use
13   only?
14             MR. McKERNAN:  Scope and form.  Go
15   ahead.
16        A.    Yes.
17        Q.    Was that the case prior to 2016?
18             MR. McKERNAN:  Scope.  Go ahead.
19        A.    They could use it, but not without
20   permission.
21        Q.    Can you tell me what, in your opinion,
22   promotional use means?
23             MR. McKERNAN:  Scope.  Go ahead.
24        A.    My opinion would be promotional
25   brochures or flyers or banners.

1              MS. FORMAN:  Let's introduce
2    Exhibit 38.
3              (Deposition Exhibit Number 38 was
4    marked for identification.)
5              MR. McKERNAN:  Exhibit 38 is in
6    front of the witness.
7         Q.    Please read this, and let me know when
8    that's complete.
9         A.    I'm ready.
10        Q.    Can you tell me who Cindi Marvel is?
11        A.    Cindi was our trademark liaison last
12   year.
13        Q.    And in your opinion, does she have
14   permission to grant or deny -- strike that.
15             In your opinion, does she have authority
16   to grant or deny permission for use of JDI
17   trademarks?
18             MR. McKERNAN:  Scope.  Go ahead.
19        A.    Yes.
20        Q.    In your opinion, would the board of
21   trustees typically follow the interpretation of a
22   JDI law that's written by a trademark liaison?
23             MR. McKERNAN:  Scope, form,
24   foundation.  Go ahead.
25        A.    Say that again, please.

EXHIBIT D - 7

1    to get through to Heidi, and there was no
2    communication.
3        Q.    Would the board of trustees have voted
     on a resolution to pursue legal action?
5            MR. McKERNAN:  Objection to scope.
6    Go ahead.
7        A.    Yes.
8        Q.    Would there be meeting minutes from
9    that meeting?
10       A.    No.  I believe it was held as a
11   conference call.
12       Q.    Would anybody have taken minutes at
13   that meeting?
14       A.    I generally jot things down.
15       Q.    Are those recorded somewhere?
16       A.    Yes, I have them recorded.
17       Q.    Are they filed in the JDI corporate
18   offices?
19       A.    Yes.
20           MS. FORMAN:  Look at Exhibit 42.
21           (Deposition Exhibit Number 42 was
22   marked for identification.)
23           MR. McKERNAN:  Exhibit 42 is in
24   front of the witness.
25           THE WITNESS:  Ready.
         THIBAULT, SUHR & THIBAULT, INC.
         Omaha, Nebraska  (402) 331-2500

1        Q.    Okay.  Have you ever seen this
2    statement before?
3        A.    Yes, I have.
4        Q.    Did Rod ever tell you that he went or
5    tried to go to Heidi Yoast's house?
6        A.    Yes, he told the entire board that.
7        Q.    Can you tell me what else he said
8    about that attempt to visit Heidi Yoast's
9    property?
10       A.    I really don't believe he said too
11   much more than what was right here in this
12   document.
13       Q.    Do you recall if he mentioned speaking
14   to Heidi Yoast's husband at that visit to Heidi
15   Yoast's house?
16       A.    Yes.
17       Q.    Can you tell me what was said?
18       A.    No, I can't other than what's in here.
19           MR. McKERNAN:  And just for the
20   record, when you say "what's in here," you mean
21   Exhibit 42?
22           THE WITNESS:  Yes, in Exhibit 42 --
23           MR. McKERNAN:  Okay.
24           THE WITNESS:  -- what he has stated.
25           MR. McKERNAN:  Okay.
         THIBAULT, SUHR & THIBAULT, INC.
         Omaha, Nebraska  (402) 331-2500

1        Q.    Do you recall anything about Rod's
2    interaction with Heidi Yoast's husband from that
3    conversation he had in front of the board or with
4    the board of trustees?
5        A.    I don't remember anything else, no.
6        Q.    Did Rod Reid, spelled R-E-I-D, ever
7    tell you or the board of trustees when you were
8    present that he called Heidi Yoast to discuss
9    trademark issues?
10       A.    Yes, he did.
11       Q.    Can you tell me what he said?
12       A.    Here again, it's what he had in this
13   document, 42.
14       Q.    Do you know if Rod ever actually
15   talked to Heidi Yoast?
16       A.    I don't believe he did.
17       Q.    Do you know what date this statement
18   was written?
19       A.    No, I don't.  I'm sorry.
20       Q.    Do you know if anybody else on the
21   board of trustees ever attempted to call Heidi
22   Yoast?
23           MR. McKERNAN:  Scope and foundation.
     Go ahead.
25       A.    I don't know for sure.
         THIBAULT, SUHR & THIBAULT, INC.
         Omaha, Nebraska  (402) 331-2500

1        Q.    Do you know who Susan Mentel,
2    M-E-N-T-E-L, is?
3        A.    Yes, Susie Mentel, she used to be on
4    our board of trustees.  She's also a past supreme
5    guardian.
6        Q.    Can you tell me what year she served
7    on the board of trustees?
8        A.    Oh, wow.  No, I can't.  Without
9    looking at, you know, a calendar or document,
10   no, I couldn't tell you.  I want to say it's --
11       Q.    Is that information --
12       A.    It would be in our directory.
13       Q.    Do you recall what year Susan Mentel
14   was supreme guardian?
15       A.    2002-2003, I think.
16       Q.    Do you know which positions on the
17   board of trustees she held?
18       A.    No, I would have to look.  I do know
19   that she was trademark liaison for a while.  I
20   don't know if that was all of her three years on
21   the board.
22       Q.    To your knowledge, did she have any
23   training or background in intellectual property?
24           MR. McKERNAN:  Scope and foundation.
25   Go ahead.
         THIBAULT, SUHR & THIBAULT, INC.
         Omaha, Nebraska  (402) 331-2500

1      A.     Not that I know of.
2      Q.     To your knowledge, did JDI offer her
3  any training for her position on the board of
   trustees.
5             MR. McKERNAN:  Scope and foundation.
6      A.     No.
7      Q.     In your position as executive for JDI,
8  are you acquainted with merchandise or other items
9  that JDI might sell either through -- either
10 directly through JDI or through one of its supreme
11 arrangements committees?
12     A.     I usually don't get into that.  That's
13 left up to the SACs to do, supreme arrangements
14 committees.
15     Q.     Do you know if JDI or its SAC
16 committees, supreme arrangements committees, sell
17 merchandise with the JDI trademarks on them?
18     A.     Yes.
19            MR. McKERNAN:  Scope and form.
20     Q.     What kind of items would that be?
21     A.     Oh, it varies.  There's so many
22 different things, from water bottles or cups,
23 T-shirts.  I have a -- one of those PopSockets on
24 my phone that has JDI on it.  It's just -- it
25 varies from little things to big things.

1      Q.     Does JDI collect sales tax on its
2  sales?
3             MR. McKERNAN:  Scope, foundation.
4  Go ahead.
5      A.     On sales directly from the office, but
6  we don't do any of the SAC sales.  Those are left
7  up to the SAC committees to take care of, and they
8  must adhere to the tax laws of whatever state that
9  they're in.
10     Q.     Do you know -- strike that.
11            Are you ever involved with the
12 preparation of JDI's tax returns, federal or
13 state?
14            MR. McKERNAN:  Scope.  You can
15 answer.
16     A.     Yes.
17     Q.     Does JDI report the profit and loss of
18 their merchandise on their federal or state tax
19 returns?
20            MR. McKERNAN:  Scope and form.  Go
21 ahead.
22     A.     No, because it's not ours.  We hardly
23 do any kind of sales anymore.  The sales that we
24 would do were robes or capes or forms, and all of
25 our forms are now online, and so there's very,

1  very little that we do.  We do pay Nebraska sales
2  tax if it's on items that, that we must pay sales
3  tax on.
4      Q.     Do you know if there's a line item
5  budget for advertising JDI merchandise in JDI's
6  annual fiscal budget?
7             MR. McKERNAN:  Scope.  Go ahead.
8      A.     No, there isn't.
9      Q.     Does JDI spend any money advertising
10 its merchandise?
11            MR. McKERNAN:  Scope and form.  Go
12 ahead.
13     A.     Again, because it's not actually JDI
14 that's selling these items, it's the SACs that are
15 selling, that would be left up to them as far as
16 advertising their individual supreme session.
17     Q.     Who is the official vendor for JDI
18 trademark merchandise?
19     A.     Doc Morgan, Incorporated, DMI.
20     Q.     How long has DMI been the official
21 vendor?
22     A.     Oh, gosh.  I don't know when they
23 began, but let me say in all the years I've been
24 working at the office, they have been the official
25 vendor, so that's 40-plus years.

1      Q.     Do you remember which year you started
2  working at the office?
3      A.     Oh, definitely.  It was 1977.  I was
4  only going to work for the summer.
5      Q.     That's a long summer.
6      A.     Yeah, it is.
7             MR. McKERNAN:  You need a new
8  calendar.
9      Q.     Do you know if JDI has any standard
10 for the products that Doc Morgan makes under its
11 JDI license or contract?
12     A.     Yes.
13            MR. McKERNAN:  Scope and form.
14 Sorry.
15     A.     Yes, we do.
16            THE WITNESS:  I'm sorry.  I keep
17 jumping in there.
18     A.     Yes, we have a contract with DMI, and
19 they have to keep up their quality.  We ask that
20 anyone that has issues with their products contact
21 the jewelry liaison on the board of trustees.  And
22 then twice a year a representative from DMI,
23 either Pam Bierman or Rod Miller, will meet with
24 the board and go over any new items or problems
25 with old items, that type of thing.

EXHIBIT D - 9

1    restrictive, when was that change made?
2       A.    **2015-'16. There again, I'd have to**
3    **look.**
4       Q.    Okay.  Are majority members subject to
5    SI-3?
6       A.    **Yes.**
7       Q.    Did that change that was made in 2015
8    or '16 change whether or not a majority member
9    would be subject to SI-3?
10      A.    **No.**
11      Q.    Again, you were shown a number of
12   exhibits with respect to individuals that were
13   requesting permission to utilize trademarks or
14   slogans on various goods.  Do you recall that?
15      A.    **Yes.**
16      Q.    In each and every one of those
17   instances, people were requesting permission, were
18   they not?
19      A.    **Yes.**
20      Q.    Okay.  And they seemed -- are you
21   aware of any of those exhibits that you were shown
22   where it seemed people were requesting permission
23   after the fact, or was permission being requested
24   before certain items were generated or created?
25      A.    **It was generally prior to --**

1       Q.    Okay.
2       A.    **-- making any items.**
3       Q.    As you sit here today as the executive
4    manager of JDI, do you have any knowledge of Heidi
5    Yoast ever seeking any type of permission from JDI
6    to utilize any JDI trademarks?
7       A.    **Not through -- not through my office**
8    **or through the liaison.**
9       Q.    Okay.  You were asked some
10   questions -- is it your belief that JDI reached
11   out to Ms. Yoast prior to filing the present
12   lawsuit?
13      A.    **Yes.**
14      Q.    And did JDI, other than a letter from
15   their counsel which you were shown as Exhibit 55,
16   ever receive a response from Ms. Yoast?
17      A.    **We received the letter from her**
18   **attorney, but not directly from Ms. Yoast.**
19      Q.    Right.  And I think your testimony was
20   it's your belief there were at least two cease and
21   desist letters that were sent?
22      A.    **Yes.**
23      Q.    And no response received from
24   Ms. Yoast?
25      A.    **Correct.**

1       Q.    There was an attempt by the then
2    president of the board, Rod Reid, to contact
3    Ms. Yoast?
4       A.    **Yes.**
5       Q.    And that attempt to reach out to
6    Ms. Yoast was rebuked by her husband?
7       A.    **Correct.**
8       Q.    Okay.  Do you believe JDI attempted in
9    good faith on multiple occasions to discuss their
10   objections with Ms. Yoast prior to filing the
11   current lawsuit?
12      A.    **Yes, we attempted to.**
13      Q.    Okay.  And then you were asked some
14   questions, and you were asked if JDI ever received
15   a response to the cease and desist, and I think
16   you said your lawyers received Exhibit 56?
17      A.    **Correct.**
18      Q.    And you brought up a point that I just
19   want to make sure my notes are clear.  Was it
20   JDI's position that Exhibit 56 or the response
21   from Ms. Yoast's lawyer was, go pound sand, we're
22   going to keep doing what we're doing?
23      A.    **That's the way this reads to me.**
24      Q.    Okay.  So -- okay.  This is the first
25   lawsuit JDI has had to file to protect its

1    trademarks; correct?
2       A.    **Correct.**
3       Q.    Does JDI consider its trademarks to be
4    assets of the organization?
5       A.    **Oh, most definitely, yes.**
6       Q.    I want to be clear on this.  Does JDI
7    want to be in this particular lawsuit?
8       A.    **No, no, not at all.**
9             MR. McKERNAN:  Those are all the
10   questions that I have.  Thank you for your time.
11            THE WITNESS:  Umm-hum.
12            MS. FORMAN:  I have a couple more in
13   response.
14            MR. McKERNAN:  Go ahead.
15            REDIRECT EXAMINATION
16   BY MS. FORMAN:
17      Q.    You were asked if this was the first
18   lawsuit JDI has had to prosecute to protect its
19   trademarks.
20      A.    **In my 40-plus years.  I am aware there**
21   **was one back in the early '70s.**
22      Q.    Are you aware of the, the case of --
23   at the time it was International Order of Job's
24   Daughters versus Lindeburg?
25      A.    **Yes.**

**EXHIBIT D - 10**



INTERNATIONAL®

# *Job's Daughters International*
# *Supreme Guardian Council*

*Kathleen E. Wiekhorst*
*Trademark Liaison, Board of Trustees*

*Heidi Yoast*
*Pink Power Printing*
*Maple Valley, Washington*
*425-295-4324*

*December 30, 2015*

*It has come to our attention that articles are being offered for sale with the name "Job's Daughters" on the Go Jobies Facebook page, as well as other items using our trademarks.*

*There is a strict procedure in place for using the Job's Daughters trademarks (including both registered and not registered trademarks). I am enclosing a copy of our trademark rules which are in alignment with the U.S. Government. Since this procedure was not followed on these articles you must cease and desist with the sale of these items immediately.*

*One of the main responsibilities of the Board of Trustees of Job's Daughters International is to protect our name and trademarks. At times, our diligence may not be welcome but it is vital we carefully monitor how and where our name and trademarks are being used.*

*Thank you for your prompt attention to this matter.*

*Kathleen E. Wiekhorst, PHQ, PGG*
*Trademark Liaison, Board of Trustees*

*Enclosure: SI-3 Trademark*



EXHIBIT
20
SB 1-31-18

JDI_000059

# HEIDI YOAST NOTES BY ROD REID

At the early March mid-year meeting in Tampa, Florida (March, 2015) I volunteered to meet with Heidi Yoast to discuss the Trademark issues. I did this because I am from her state and the Bethel that I associate with has used her in the past to print T-shirts. (No trademark images). I live about an hour's drive away. When I returned home from the meeting in Tampa I called her shop to set up a meeting. My idea was to discuss the issues with her and show her how to work within the system. When I called to make an appointment her husband answered and he quickly recognized my name and said "I know who you are and you are the one from this state who got elected to the Board." I asked if I could meet and talk with he and Heidi to discuss the Trademark issues. He quickly cut me off and told me that this issue would be handled by their attorneys. He then hung up!



PENGAD 800-631-6989

EXHIBIT

42

SB   1-31-18

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOB'S DAUGHTERS INTERNATIONAL,

      Plaintiff,

      v.

HEIDI YOAST,

      Defendant.

HEIDI YOAST,

      Counterclaim-Plaintiff,

      v.

JOB'S DAUGHTERS INTERNATIONAL,
SHELLY COLE aka SHELLY HOWRIGON,
an individual, ROD REID, an individual,

      Counterclaim-Defendants.

NO. 16-cv-1573-RSL

**HEIDI YOAST DEPOSITION
DESIGNATIONS IN SUPPORT OF
PLAINTIFF'S BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

24:5-19

37:23-38:1

38:4-7

41:8-42:16

43:15-44:1

59:7-63:1

| | |
|---|---|
| 1 | 73:6-24 |
| 2 | 79:12-80:2 |
| 3 | 96:1-13 |
| 4 | 101:21-25 |
| 5 | 103:8-107:7 |
| 6 | 282:11-284:24 |
| 7 | 283:18-294:5 |
| 8 | 284:25-286:8 |
| 9 | 293:18-294:5 |
| 10 | 294:16-295:17 |
| 11 | 295:24-297:25 |
| 12 | Exhibit 57 |
| 13 | Exhibit 59 |
| 14 | Exhibits 65-67 |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S |
| 27 | MOTION FOR SUMMARY JUDGMENT (16-cv-1573-RSL ) |
| 28 | |

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**EXHIBIT E - 2**

```
 1              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
 2                     AT SEATTLE

 3  JOB'S DAUGHTERS INTERNATIONAL, )  NO.
                                   )  16-CV-01573-RSL
 4              Plaintiff,         )
                                   )
 5      vs.                        )
                                   )
 6  HEIDI YOAST,                   )
                                   )  TAKEN ON BEHALF
 7  _____Defendant._____)  OF PLAINTIFF

 8

 9

10

11

12

13

14

15

16

17         THE VIDEOCONFERENCE DEPOSITION OF

18  HEIDI YOAST, 23149 Southeast 184th Street,

19  Maple Valley, Washington, taken at 11:36 a.m. on

20  February 2nd, 2018, by Shannon L. Brack, RPR, CRR,

21  CSR, and General Notary Public in and for the

22  State of Nebraska, at 1601 Dodge Street,

23  Suite 3700, Omaha, Nebraska.

11:11AM 24

25


              THIBAULT, SUHR & THIBAULT, INC.
               Omaha, Nebraska  (402) 331-2500
```

```
 1  APPEARANCES:

 2  Mr. Brian T. McKernan              For Plaintiff
    Ms. Cody E. Brookhouser
 3  Attorneys at Law
    McGRATH NORTH MULLIN & KRATZ
 4  Suite 3700, First National Tower
    1601 Dodge Street
 5  Omaha, NE 68102

 6  Mr. Daniel J. Velloth
    Attorney at Law
 7  WILLIAMS, KASTNER & GIBBS
    601 Union Street, Suite 4100
 8  Seattle, WA 98101-2380
    (via videoconference)
 9
    Ms. Patricia I. Forman            For Defendant
10  Attorney at Law
    931 N. Maple Street, Suite 104
11  Burbank, CA 91505
    (via videoconference)
12
    Ms. Tracey Munger
13  Attorney at Law
    GROVES LAW OFFICES
14  1001 S. Yakima Ave., Suite 1
    Tacoma, WA 98405
15  (via videoconference)

16  Also Present:  Susan Goolsby

17

18

19

20

21

22

23

24

25


              THIBAULT, SUHR & THIBAULT, INC.
               Omaha, Nebraska  (402) 331-2500
```

E X H I B I T   I N D E X

| Ex. No. | Pg. Ref. No. | Description |
|---|---|---|
| 57 | 23 | Letter from Denise Maxour to Heidi Yoast dated 8/17/16 (YOAST-00005776 - YOAST-00005778) |
| 58 | 63 | Letter from Kathleen Wiekhorst to Heidi Yoast dated 12/30/15 and SI-3 (JDI_000058 and JDI_000075) |
| 59 | 79 | Letter from Kathleen Wiekhorst to Heidi Yoast dated 4/1/14 and SI-3 (JDI_000060 - JDI_000061) |
| 60 | 145 | Facebook Messages |
| 61 | 159 | Defendant's Answers to Plaintiff's Second Set of Interrogatories |
| 62 | 241 | Pink Power Printing Profit & Loss Statements for 2013 - 2017 (YOAST00003194 - YOAST00003198) |
| 63 | 248 | Schedule C's for 2014, 2015, 2016 (YOAST00003199 - YOAST00003204) |
| 64 | 263 | Patricia Forman's Summary of Charges Report from 10/1/16 to 11/30/17 and Garvey Schubert Barer's Billing and Payment Summary |
| 65 | 282 | Numerous Photographs of Soft Goods (15 pages) |
| 66 | 293 | Various Images Printed From Facebook |
| 67 | 295 | Various pictures with prices (YOAST-00001110 & YOAST-00001109) |
| 68 | 299 | Cost Breakdown (YOAST00003205) |
| 69 | 306 | E-mail from Patty Reardon dated 8/12/16 with Attachment |

```
              THIBAULT, SUHR & THIBAULT, INC.
               Omaha, Nebraska  (402) 331-2500
```

| Ex. No. | Pg. Ref. No. | Description |
|---|---|---|
| 70 | 308 | E-mail Chain dated 8/12/16 (YOAST-00001956 - YOAST-00001957) |
| 71 | 316 | E-mail Chain dated 3/14 (YOAST-00006315) |
| 72 | 317 | Letter from Heidi Yoast to Shelly dated 8/11/16 (YOAST-00006288 - YOAST-00006289) |
| 73 | 325 | E-mail Chain (YOAST-00006254) |
| 74 | 326 | E-mail Chain dated 8/16 (YOAST-00001024 - YOAST-00001025) |
| 75 | 340 | E-mail From Jobie Truth dated 2/17/17 with Attachment |
| 76 | 346 | Facebook Post from Heidi Yoast Pink to Jobie Discussion Forum Uncensored and Facebook Post by Jobie Truth |
| 77 | 356 | Defendant's Answers to Plaintiff's First Set of Interrogatories |

```
              THIBAULT, SUHR & THIBAULT, INC.
               Omaha, Nebraska  (402) 331-2500
```

EXHIBIT E-37

1   **those conversations.**
2       **Q.**    Okay.  But in terms of my question as
3   to when -- if I was trying to better identify the
4   date you first got counsel, I would have to go to
5   those online posts from Shelly Cole, which you
6   believe I'm in possession of?
7       **A.    For clarification --**
8           MS. FORMAN:  Object to the form --
9   and just a reminder, give a little awkward pause,
10  like we talked about earlier.  But just object as
11  to form and foundation.
12      **Q.**    You can still answer, Ms. Yoast.
13      **A.    For clarification, I would like to say**
14  **I did not retain counsel, but I may have discussed**
15  **things with counsel.**
16      **Q.**    Good.  And you're now taking my job,
17  because you're now asking the next question I was
18  going to ask.  So there's a distinction in terms
19  of when you first might have spoken with counsel,
20  and then at some point you did retain counsel; is
21  that correct?
22      **A.    That is correct.**
23      **Q.**    Let me ask you this.  I know the first
24  lawyer that I'm aware of is a Philip Nulud from
25  Buchalter Nemer.  Is he the gentleman you would

1   have first spoken with roughly a year before you
2   wrote your August 2016 letter in response to
3   statements you saw on social media from Shelly
4   Cole?
5       **A.    No.**
6       **Q.**    Who was the first lawyer you would
7   have spoken to?  And again, let me be clear,
8   Ms. Yoast.  I just need a name.  I don't need
9   substance of conversation, unless you want to tell
10  me that, but I think your lawyer would probably
11  object.
12          MS. FORMAN:  Correct.
13      **A.    Tracey Munger.**
14      **Q.**    Okay.  Is Mr. Nulud the first lawyer
15  that you engaged formally with respect to the JDI
16  trademark dispute that brings us all here today?
17      **A.    I believe that actually I had engaged**
18  **Patricia and Philip Nulud at the same time.**
19      **Q.**    Okay.  Got it.  Do you recall when
20  that was?
21      **A.    To the best of my knowledge, it's**
22  **probably the day I received the cease and desist**
23  **letter from Debra (sic) Ma -- is that -- I don't**
24  **know how to pronounce her last name.  Mazour?**
25      **Q.**    Mazour.

1       **A.    Mazour.**
2       **Q.**    Okay.  So the first time you formally
3   engaged a lawyer with respect to the trademark
4   dispute was when you received the cease and desist
5   letter from Denise Mazour; correct?
6       **A.    Yes.**
7       **Q.**    Okay.  Ms. Yoast, when did you first
8   become aware that JDI was objecting to your use of
9   JDI trademarks?
10          MS. FORMAN:  Object, form, and calls
11  for a legal conclusion, and assumes facts not in
12  evidence.
13      **Q.**    You can answer.
14      **A.    With the receipt of the cease and**
15  **desist letter from Debra (sic) Mazour.**
16      **Q.**    Okay.  So I want to be clear on this.
17  The first time you became aware that JDI had an
18  issue with you with respect to the JDI trademarks
19  was when you received the cease and desist letter
20  from Ms. Mazour?
21      **A.    Yes.**
22          MR. McKERNAN:  Okay.  Dan, could you
23  pull out folder 30 and provide a copy of that to
24  the witness?
25          (Deposition Exhibit Number 57 was

1   marked for identification.)
2       **Q.**    Let me know, Ms. Yoast, once you have
3   that document in front of you.
4       **A.    I have it.**
5       **Q.**    All right.  You have in front of you
6   what's been marked here as Exhibit 57.  Is that a
7   true and accurate copy of the cease and desist
8   letter you received from Ms. Mazour?
9       **A.    To the best of my knowledge, yes.**
10      **Q.**    And that document's dated August 17th,
11  2016.  Do you have any reason to believe that you
12  didn't receive that shortly after August 17th,
13  2016?
14      **A.    Could you -- sorry.  Brian, could you**
15  **repeat your question again?**
16      **Q.**    Absolutely.  Do you have any reason to
17  believe that you did not receive Exhibit 57
18  shortly after August 17th, 2016?
19      **A.    No.**
20      **Q.**    Okay.  And the receipt of that letter
21  is what you -- that was going to be a bad
22  question.  Sorry.
23          The receipt of Exhibit 57 is what led you
24  to formally engage Ms. Forman and Mr. Nulud?
25      **A.    Yes.**

1  maybe improperly assuming that you did, but let's
2  assume for the purposes of this question that you
3  did remove images that contained the phrase "Job's
4  Daughters." Why would you have removed those
5  images?
6       A.    I would not have specifically removed
7  an image because of words on it. I may have
8  removed an image to put something new up, or I may
9  have wanted to change something around. There's a
10 lot of different possibilities why I might have
11 updated or put new photos or whatnot.
12      Q.    Okay. Have you ever removed any
13 images as a result of the cease and desist letter
14 you received as set forth in Exhibit 5 or the
15 lawsuit that has been filed against you?
16      A.    No.
17      Q.    Okay. If any images have been
18 removed, that would have just been in the natural
19 course of your business in terms of updating those
20 sites?
21      A.    Well, I guess in natural course of
22 social media or whatnot, yes.
23      Q.    Okay. Since 2014, have you utilized
24 the term "Job's Daughters" on various soft good
25 items that you've produced?

1       A.    I have had -- oh, yes.
2       Q.    Okay.
3       A.    Job's Daughters, right, yes.
4       Q.    Since 2014, have you utilized Iyob
5  Filiae on any soft good items that you've
6  produced?
7       A.    Yes.
8            MR. McKERNAN: Okay. And for the
9  court reporter, when I use the term "Iyob Filiae,"
10 it's I-Y-O-B F-I-L-I-A-E.
11      Q.    When did you first start making soft
12 goods utilizing either of those phrases?
13      A.    I believe, to the best of my
14 knowledge, in 2009 my daughter's bethel guardian
15 came to me and asked me to help them make some
16 bethel shirts.
17      Q.    Okay. And is that, to the best of
18 your recollection, the first time you would have
19 started using the "Job's Daughters" or the "Iyob
20 Filiae" phrases on soft goods?
21      A.    Yes.
22      Q.    If I wanted to get my arms around
23 every instance when you've utilized those phrases,
24 would I be able to do that through the invoices
25 that you generate through your business?

1       A.    Can you repeat that question?
2       Q.    Absolutely. If I was trying to get my
3  arms around each and every time you utilized
4  either the "Job's Daughters" or the "Iyob Filiae"
5  phrases on soft goods, could I get that
6  information if I was to review the invoices you've
7  generated?
8       A.    No.
9       Q.    Would you agree with me that you've
10 utilized those phrases on soft goods without
11 invoicing for them?
12      A.    As gifts or a sample.
13      Q.    Okay. How do you keep track of those
14 gifts or samples from your business standpoint?
15      A.    Fairly poorly, my bookkeeper might
16 say, because she gets to go through little pieces
17 of paper. Good question. Like I said, that's a
18 good question. How do I -- I'm sorry. Can you
19 repeat that again?
20      Q.    How do you keep track of the gifts and
21 the samples that you create that would have
22 contained the phrases "Job's Daughters" or "Iyob
23 Filiae"?
24      A.    Okay, gotcha. Usually with a
25 photograph, or I'll write down something and put

1  it in a file.
2       Q.    What would you write down and put in a
3  file?
4       A.    I may, not always mind you, especially
5  if I've made it for myself. I might not even have
6  kept track if it's for myself. If I made a shirt
7  for me, more than likely I probably didn't keep
8  track.
9       Q.    Okay.
10      A.    If I did, I take pictures. Like -- I
11 love taking pictures. Other than that, there --
12 you know, I may have written down I used one
13 T-shirt or something along those lines.
14      Q.    Okay.
15      A.    Very poorly.
16      Q.    You indicated in 2009 you may have
17 created certain T-shirts for your daughter who was
18 in Job's Daughters; correct?
19      A.    No. Let me clarify.
20           MS. FORMAN: Object as to form and
21 misstates previous testimony.
22      A.    The bethel guardian.
23           MR. McKERNAN: I probably agree with
24 your objections.
25      Q.    Will you help me out there, Ms. Yoast?

EXHIBIT E-5

1    A.    The bethel guardian -- the bethel
2 guardian asked me to help them make some spirit
3 wear with, like -- you know, like T-shirts for
4 their bethel.
5    Q.    Got it.
6    A.    I was just learning how to screen
7 print.
8    Q.    Okay.  Because you first started your
9 screen printing business in 2009; correct?
10    A.    To the best of my knowledge, right
11 around -- I was learning.  I started out as, as a
12 hobby when I got sick.
13    Q.    Okay.  How do I determine how much
14 soft goods you've created -- let me back up.
15        Do you understand when I use the term
16 "soft goods" what I mean?
17    A.    Yes, I do.
18    Q.    Would you agree with me that soft
19 goods includes T-shirts, sweatpants, sweatshirts,
20 clothing items, backpacks?  Is that an accurate
21 description of how you would define soft goods?
22    A.    You're definitely on the right track.
23    Q.    Are there any other soft goods that
24 you've created that I did not just mention?
25    A.    How about dog beds?

1    Q.    Okay.  Anything else?
2    A.    That would take me probably a lot
3 of -- I'd have to go back.  Right now at this
4 time, I'm probably going to have a hard time
5 coming up with lots of soft goods for you, but
6 you've given a general -- I understand what you're
7 talking about when you say soft goods.
8    Q.    Okay.  So if I use the term "soft
9 goods," you and I will have a general
10 understanding on what that term means; correct?
11    A.    Brian, you cut out.  I'm sorry.  I
12 couldn't hear you.
13    Q.    That's okay.  So if I use the term
14 "soft goods," you and I will have a general
15 understanding of what that term means; correct?
16    A.    Yes.
17    Q.    Okay.  Since receiving the cease and
18 desist letter or the lawsuit, have you changed any
19 of your practices with respect to your use of the
20 terms "Job's Daughters" or "Iyob Filiae"?
21        MS. FORMAN:  Objection as to form
22 and vague as to the cease and desist letter.  You
23 can answer if you understand.
24    Q.    Let me clarify that with Exhibit 57
25 that we've talked about.

1    A.    Could you ask the -- can you ask the
2 question again, then?
3    Q.    Actually, it brings up a good
4 question.  Have you ever received any other cease
5 and desist letters from JDI or on behalf of JDI
6 other than Exhibit 57?
7    A.    Absolutely not.
8    Q.    Okay.  So if I was to ask you if you
9 changed your practices with respect to your use of
10 the "Job's Daughters" or "Iyob Filiae" phrases
11 since receiving this cease and desist letter or
12 the lawsuit, would you understand what I mean?
13    A.    Yes, but could you be more specific,
14 please?
15    Q.    Sure.  Do you still utilize Job's
16 Daughters and Iyob Filiae after receiving
17 Exhibit 57 and/or the lawsuit in this -- that's
18 been filed against you?
19    A.    Oh, oh.  To the -- okay.  To the best
20 of my recollection -- do I -- I'm sorry.  I just
21 totally spaced out again.
22        Are you asking if I have utilized the
23 words "Job's Daughters" after I received the cease
24 and desist?
25    Q.    Or Iyob Filiae, either of those.

1    A.    Yes.
2    Q.    Okay.  How do I determine when you
3 would have created soft goods bearing the "Job's
4 Daughters" or the "Iyob Filiae" phrases after
5 receiving Exhibit 57?
6    A.    Good question.  I believe it was one
7 bethel in Idaho, and there was a big, long
8 disclaimer that the bethel guardian had to sign in
9 order for me to even consider doing them.  It was
10 a prior conversation she had with me before about
11 doing them.
12    Q.    Okay.
13    A.    But after that, I'm pretty annoyed, so
14 I don't particularly like to do that any -- I mean
15 that's -- I just don't want to do it.
16    Q.    Okay.  So let's break that down a
17 little bit if you're okay.
18    A.    Sure.
19    Q.    After receiving Exhibit 57, it's your
20 testimony you've utilized the phrase "Job's
21 Daughters" or "Iyob Filiae" on one order that you
22 filled for a bethel in Idaho; is that correct?
23    A.    To the best of my knowledge, but I
24 couldn't be accurate with you at the moment as to
25 how many that might be.  I can tell you that I

EXHIBIT 6

1  phrases after August 17th, 2016?
2      A.     I, I would have to go back and do like
3  we said.  I would have to go back and review and
4  look at the last year.
5      Q.     Okay.  But based on the information I
6  have, that's not something I could do?
7      A.     I guess you -- I mean of course you
8  could if you wanted to get ahold of all the states
9  that have Job's Daughters.  Sadly, it's not that
10  many anymore.
11     Q.     Okay.
12     A.     So it probably wouldn't take that
13  long.
14     Q.     But who --
15     A.     You could.  Yes, you could.
16     Q.     I apologize, because I was violating
17  my rule of the awkward pause.
18         But when you say I could contact Job's
19  Daughters, whom would I contact?  What's my
20  universe of people that I'm going to reach out to
21  and introduce myself to?  Not that I'm going to do
22  that, but --
23     A.     Great question.  You'd meet a lot of
24  really nice people, I'm sure.  What you would
25  probably do is you would probably get ahold of

1  either a bethel guardian, or there's lists
2  available, I think, on the JDI web site, I'm
3  pretty sure.
4      Q.     Yeah, but I --
5      A.     You could contact states.
6      Q.     I'm not going to physically contact
7  the 600 bethels or whatever.  Is there any -- is
8  there a universe you can provide me that's smaller
9  in terms of -- what I'm trying to get at is we
10  recall the Idaho order.  Other than contacting the
11  600-and-so bethels or grand guardian council or
12  supreme council, is there some way I can get my
13  arms around what that may be other than contacting
14  all those people?
15     A.     Right, I understand what you're
16  saying.  And my response to contacting all these
17  other people was merely that is obviously a
18  possibility, and it is an avenue you could do if
19  you had a lot of time.  But for the sake of, you
20  know, helping each other out -- and I know what,
21  what you're trying -- the information you're
22  needing to see.  It would be a matter of me going
23  back and looking at, you know, what I've done and
24  looking at pictures.  So that would take a review
25  on my part if we wanted to go, you know, a faster

1  route than you making some new friends.
2      Q.     Okay.  But without those pictures or,
3  or something, I would need your assistance?
4      A.     I mean ultimately, no, you wouldn't,
5  but you -- but it would be helpful to you if I did
6  it.
7      Q.     Okay.  Have you ever sought permission
8  from JDI to utilize the Job's Daughters, the Iyob
9  Filiae, or the -- or JDI or any of the JDI
10  trademarks on any soft goods?
11     A.     Have I personally?
12     Q.     Correct.
13     A.     Not as a vendor.  Are you talking
14  about me personally as a -- one person?
15     Q.     Correct.
16     A.     No.
17     Q.     Okay.  Has --
18     A.     To the best of my knowledge, no.
19     Q.     Okay.  Has anyone on your behalf ever
20  contacted JDI to seek permission to utilize the
21  JDI marks on any soft goods?
22     A.     Okay.  That's an interesting question
23  that you ask.  Can you get a little more specific?
24  When you ask me has anybody on my behalf, are you
25  talking about me as a vendor as somebody who makes

1  things, or as a Job's Daughter person, or a mom?
2  I guess I -- if you can clarify that, it would be
3  really helpful.
4      Q.     I'm asking you, and you can put
5  whatever hat on you want --
6      A.     Okay.
7      Q.     -- but you or anyone on your behalf
8  seeking permission from JDI to use the JDI marks.
9      A.     I believe, to the best of my
10  recollection, that you will find -- there are
11  grand guardian councils, there are bethel
12  guardians, there's supreme bethel people that have
13  taken appropriate measures with their -- you know,
14  with permissions or whatever when they have
15  contacted me to make items.  Does that answer your
16  question?
17     Q.     No, but that's okay.  Have you ever
18  sought permission from JDI to utilize the JDI
19  marks?
20     A.     To the best of my recollection while
21  we're talking right, right at this moment, no.
22     Q.     Okay.  So would it be a true statement
23  then -- well, strike that.  That was going to be a
24  bad question.
25     A.     Can you clarify as to what, what would

EXHIBIT E-7

1  be the reason that I would do that?  That might
2  help me.
3      Q.    Well --
4      A.    What would be the reason I would
   actually do that?
6      Q.    Okay.  One reason might be because
7  there's a legal obligation.  And I don't want to
8  get into that discussion with you, because you and
9  I are probably going to disagree on that.
10     A.    Sure.
11     Q.    But let's, let's back up.
12     A.    Maybe an example of how I might do
13 that or why I might.
14     Q.    Okay.  You were a member of Job's
15 Daughters for a period of time; correct?
16     A.    Yes.
17     Q.    Okay.  When were you a member of Job's
18 Daughters?
19     A.    Oh, my God.  Back in Methuselah's age.
20 No.  I was initiated in '81.
21     Q.    Okay.  And how long were you a member
22 of Job's Daughters?  From 1981 to?
23     A.    Well, I'm still a member.
24     Q.    Okay.  And at age 20, though -- and
25 you bring up a good point.  You're still a member

1  of Job's Daughters; correct?
2      A.    Sure, I'm a majority member.  That's
3  right.
4      Q.    Right.  And at age 20, you become a
5  majority member of Job's Daughters?
6      A.    That's right.
7      Q.    Okay.  As a member of Job's Daughters,
8  you would agree with me that you take an oath and
9  an obligation to uphold the constitution and the
10 bylaws of Job's Daughters; correct?
11     A.    Oh, I, I -- yes, I agree.  I'm sure I
12 did.
13     Q.    And are you aware of bylaws that
14 relate to the use of the JDI trademarks?
15     A.    I relate to what are the registered
16 trademarks of JDI, absolutely.  I know what the
17 registered trademarks are.
18     Q.    Okay.  But that's not my question.  My
19 question is, are you familiar with the bylaws of
20 Job's Daughters that relate to trademarks?
21     A.    Yeah, I would say I'm fairly familiar.
22 I, I don't think I know them word for word, but
23 yes.
24     Q.    You know where you can find them;
25 correct?

1      A.    Oh, sure, sure.
2      Q.    Yeah.  And you could find them online;
3  correct?
4      A.    Oh, are you asking if I could find
5  them online?
6      Q.    Correct.
7      A.    Bylaws online, is that what you're
8  saying?
9      Q.    Correct.
10     A.    I -- you know, that's a good question.
11 I'm not sure.
12     Q.    Okay.  Are you familiar with SI-3?
13     A.    You'd have to actually show it to me.
14 It's been years since I've been on a bethel
15 council, a lot of years.
16          MR. McKERNAN:  Okay.  Dan, will you
17 hand her folder 40.
18          THE WITNESS:  Thank you very much.
19          (Deposition Exhibit Number 58 was
20 marked for identification.)
21     Q.    Ms. Yoast, I'm handing you what's been
22 marked as Exhibit 58.  Could you please review
23 that?
24          MS. FORMAN:  And can you tell me
25 which number this is that you sent me, Brian,

1  because these don't correspond to those folders?
2          THE WITNESS:  58.
3          MR. McKERNAN:  Yeah, folder 40.
4          THE WITNESS:  It's your number 58.
5          MR. McKERNAN:  No.
6          MS. FORMAN:  I only have up to 48.
7          THE WITNESS:  Oh, I'm sorry.  I was
8  talking about our -- in discovery, number 58.
9          MR. McKERNAN:  Patricia, it's
10 folder 40.
11          MS. FORMAN:  Okay.
12     Q.    Let me know once you've had a chance
13 to review it.
14     A.    Oh, I've seen this.  Yes, I've seen
15 this.
16     Q.    When is the first time you saw
17 Exhibit 58?
18     A.    When you sent it in your discovery.
19     Q.    Okay.  You never saw it prior to
20 receiving it in the discovery that was sent to
21 you?
22     A.    No.
23     Q.    Okay.  If you look at the second page
24 of Exhibit 58, I will represent to you that that
25 was the SI-3 I was referring to previously.  Have

1    of anything. So that leader, that person who is
2    leading that organization comes to you. Of course
3    it's their job to know what they're doing. I mean
4    there's not enough time in the day to ask that of
5    everybody and do their job for them.
6         Q.    So my question, though, was your
7    responsibility as a vendor. Okay? I understand
8    your testimony is their responsibility as a leader
9    regardless of the organization. But my question's
10   your responsibility as a vendor to make sure that
11   person has the right to put on a shirt or a soft
12   good, whatever they're putting on. Do you think
13   you as a vendor have any obligations to make sure
14   that's done?
15        MS. FORMAN: Same objections. You
16   can answer.
17        A.    Let me go back. Sorry. I got fumbled
18   up. Okay. Let me ask you if I'm hearing this
19   right. Is it do I believe it's my responsibility
20   to do due diligence with all these people that
21   come to me to make sure that they have permission?
22   Is that your question?
23        Q.    Yes.
24        A.    No, I do not.
25        Q.    Okay. Thank you.

1         A.    I believe that the leaders of the
2    organization are good and know what they're doing.
3         Q.    Okay. But in your case, you're not
4    just a vendor; correct? You're also a majority
5    member of Job's Daughters?
6         A.    Yes.
7         Q.    And as a majority member, you take an
8    obligation to uphold the bylaws and the
9    constitution of Job's Daughters; correct?
10        A.    Yes, yes.
11        Q.    Okay. I'll leave -- I got what I need
12   there.
13        Okay. What did you do to prepare for
14   your deposition today, Ms. Yoast?
15        A.    Cleaned my house. Sorry. I'm sorry.
16        Q.    Anything else?
17        A.    That's really true. I really -- I
18   didn't do much to prepare for today.
19        Q.    Okay. The answer to this question is
20   a yes or no. I don't want to get in to specifics.
21   Did you meet with counsel?
22        A.    (Unintelligible.) Sorry.
23        Q.    Go ahead.
24        A.    I'm sorry. No, I cut you off. Please
25   ask that again.

1         Q.    Did you meet with counsel to prepare
2    for your deposition here today?
3         A.    Did -- well, I spoke with both of them
4    about today, absolutely, yes.
5         Q.    Okay. And when you say "both of
6    them," do you mean Ms. Forman and Ms. Munger?
7         A.    Yes. Sorry. Yes.
8         Q.    How long total did you speak with
9    Ms. Forman and Ms. Munger to prepare for your
10   deposition today?
11        A.    Probably ten minutes on the phone with
12   Tracey and maybe -- excuse me -- 15 or 20 with
13   Patricia.
14        Q.    Okay. Did you meet with anyone else
15   to prepare for your deposition today?
16        A.    No.
17        Q.    Okay.
18        A.    Actually, I'm sorry. Can I ask you
19   specifically what you mean? I mean obviously I
20   have a husband and, you know, that kind of stuff.
21        Q.    Right.
22        A.    Can you specifically tell me what you
23   meant?
24        Q.    In terms of preparing to meet with me
25   today --

1         A.    Sure.
2         Q.    -- did you talk to anyone else outside
3    of Ms. Forman and Ms. Munger to get ready for
4    today?
5         A.    Oh, my husband.
6         Q.    Okay. Anyone else?
7         A.    No.
8         Q.    Okay. And the total time -- and
9    again, I don't want any specifics of conversations
10   that you've had. But the total time you met with
11   Ms. Munger was roughly ten minutes, and
12   Ms. Foreman was roughly 20 minutes to prepare for
13   your deposition today?
14        A.    That's correct.
15        Q.    Okay. Did you review any documents to
16   prepare for your deposition today?
17        A.    Well, I review stuff all the time.
18   I've reviewed all the discovery that you sent us,
19   but I kind of do that frequently.
20        Q.    Okay. When did you review the
21   discovery that I sent you?
22        A.    Oh, I -- on and off since you sent it
23   in the beginning.
24        Q.    Okay. Did you review any of the
25   exhibits that I had sent over to your counsel in

1  preparation for today's --
2      A.    Oh, for today?  No, I did not have
3  time.
4      Q.    Okay.  So you didn't look at those
5  prior to meeting here today?
6      A.    No.  I, I -- I mean Patricia e-mailed
7  me, and I -- honestly, I did not have time to go
8  over them.  I've got a little kid in, like, select
9  baseball, and it's crazy.
10     Q.    Okay.
11     A.    So I don't -- I don't have a lot of
12  time.
13     Q.    So in terms of the documents you
14  reviewed, the discovery, what type of documents do
15  you recall reviewing to prepare for your
16  deposition today?
17     A.    Well, in all honesty, Brian, I
18  wouldn't say that I was, like, reviewing things
19  for the deposition.  I mean I continuously -- I'm
20  so baffled by the whole thing and feel it's just
21  so extremely ridiculous, I do go and look at it
22  quite often, you know.  Every once in a while I'll
23  pop one up and go, what was that or what -- you
24  know, whatnot.  But you've got to remember, this
25  is, like, a tiny part of my life, you know.  I try

1  very hard not to.  I'm trying really hard to stay
2  healthy and not sick, because it's very stressful.
3      Q.    Okay.  So do you recall specifically
4  any documents that you reviewed to prepare for
5  today's deposition, whether it was on your own
6  time or whenever you would have done so?
7      A.    You know, that's actually a very, very
8  good question.  The document that you just gave
9  me, right, in reviewing that, I have reviewed that
10  because I find it really curious.  I find it -- it
11  really looks like it's part of two documents.
12     Q.    Okay.  What do you mean by that?
13     A.    I recognize -- I recognize the font on
14  the top addressed to me.  I recognize that from
15  another letter that was sent to me from Kathy, a
16  previous gal, and I -- it just -- it looked very
17  curious to me.  So, yes, I probably spent more
18  time looking at this one because it looked a
19  little bit like it's been cut and pasted together.
20     Q.    Looks like a previous cease and desist
21  letter that you may have seen?
22     A.    Oh, no.  Oh, no, no, no, no.  Kathy,
23  the previous gal, wrote me a really lovely letter.
24  You have it.  It's all to do with selling at
25  supreme.  It's when I was asked to make a proposal

1  -- I was asked by Patty Reardon to propose to do
2  this for them, and she sent me a very nice letter,
3  and the header is exactly the same as that letter.
4      Q.    All right.  And is that a letter you
5  recall receiving?
6      A.    Yes.
7      Q.    Okay.  Let's -- give me one second.
8          MR. McKERNAN:  Will you, Dan, hand
9  her file 31?
10         (Exhibit Number 59 was marked for
11  identification.)
12     Q.    I'm handing you what's been marked as
13  Exhibit 59.  Do you have that in front of you?
14     A.    I have 60 and 61.
15     Q.    Yeah, it's Bates stamped JDI000060 to
16  61.
17     A.    Yeah.
18     Q.    Okay.
19     A.    Yep.
20     Q.    Is that the letter -- the nice letter
21  you recall receiving from Kathy after you
22  submitted a --
23     A.    Yes.
24     Q.    Okay.  And do you recall receiving
25  that letter on or about April 1st, 2014?

1      A.    To the best of my recollection, the
2  date's proper.
3      Q.    And that was submitted after you
4  made -- or Patty Reardon actually made a proposal
5  for you to supply merchandise to supreme?
6      A.    Be a vendor at supreme session.
7      Q.    Right.  If you look at --
8      A.    So to be -- no, no, no, no.  It's to
9  be a vendor at supreme.  I was asked to make a
10  proposal to the board to be a vendor at supreme.
11     Q.    By Patty Reardon?
12     A.    Yes.
13     Q.    Okay.  And in this letter, Kathy
14  Wiekhorst sent you a copy of the constitution that
15  deals with JDI's trademarks; correct?
16     A.    I, I see it on this, but I don't
17  believe that I got that from her correspondence.
18  I don't think it was in it.
19     Q.    Okay.  If you look at the second
20  paragraph -- let me know if I read this
21  correctly -- it says, I'm enclosing the portion of
22  our constitution that deals with the trademark and
23  its use.  Did I read that correctly?
24     A.    Yes, you did.
25     Q.    And is it your testimony that you did

1  "Iyob Filiae" without permission?
2          MS. FORMAN:  Same objection.  But
3  you can answer.
4      **A.    My ability is where I'm, I'm confused.**
5  **No, no, not about my ability, no.**
6      Q.    Okay.  Do you recall any specific
7  conversation you had with Kathy Wiekhorst about
8  your ability to use JDI on any soft goods without
9  permission?
10     **A.    No.**
11         MS. FORMAN:  Asked and answered.
12 But go ahead and answer.
13     **A.    No.**
14     Q.    If you look back at -- did you ever
15 have any discussions with Kathy Wiekhorst about
16 the need to pay a royalty of 20 percent if you
17 used the phrase "Job's Daughters," "Iyob Filiae,"
18 or "JDI"?
19     **A.    Yeah, can you rephrase that?**
20     Q.    Do you recall having any discussions
21 with Kathy Wiekhorst about your need to pay a
22 royalty if you use "Job's Daughters," "Iyob
23 Filiae," or "JDI" on any soft goods?
24     **A.    Just for clarification, do you believe**
25 **her letter is communication, or are we talking**

1  **about talks?**
2      Q.    Talks.
3      **A.    No, huh-uh.**
4      Q.    Okay.  And you bring up a good point,
5  and I saw you're referring -- I think you're
6  looking at Exhibit 59?
7      **A.    Yes.**
8      Q.    Okay.
9      **A.    Yes.**
10     Q.    And I want to look at the last
11 sentence of the second paragraph.  It says, any
12 time you do use the logos, words/letters...Job's
13 Daughters, JD, a royalty of 20 percent must be
14 sent to the supreme office.  Did I read that
15 correctly?
16     **A.    Yes.**
17     Q.    Did you ever send a royalty of
18 20 percent to the supreme office when you used
19 Job's Daughters on any soft goods?
20         MS. FORMAN:  Objection, it's vague
21 as to when you used.  But you can answer if you
22 understand the question.
23     **A.    Well, no, I'm confused by that now**
24 **because -- and I guess clarification would help.**
25 **When would that be -- when would I -- what would**

1  **I have -- I'm confused.  When would I have sent**
2  **them money?  For what?  Is that not something the**
3  **bethel sends to them?**
4      Q.    Okay.
5      **A.    Because they're particularly -- I'm**
6  **not the one using it.  I'm the vendor.  I'm**
7  **printing.  And actually, to be clear, I haven't**
8  **used -- well, I see what you're -- okay.  Sorry.**
9  **Let me slow down for your gal.  I keep forgetting**
10 **she's there.  I'm sorry.  It would be nice if I**
11 **saw her, because I can't.**
12         **Right, that would be the bethel's use,**
13 **not the vendor's use.**
14     Q.    So you think the reference in
15 Exhibit 59 was telling you that a bethel needs to
16 pay a royalty, not you?
17     **A.    Yes.**
18     Q.    Okay.  Did you ever have any
19 discussions with Kathy Wiekhorst about that?
20     **A.    No.**
21     Q.    Did you ever tell any bethels that
22 would have ordered items from you that utilizes
23 Job's Daughters that they needed to pay a royalty
24 of 20 percent?
25     **A.    No.**

1      Q.    Did you ever tell any bethels or any
2  Job's Daughters members that they did not need to
3  seek approval from JDI to use the phrase "Job's
4  Daughters," "Iyob Filiae," or any other
5  unregistered trademarks?
6      **A.    Yes.**
7      Q.    And whom did you tell that to?
8      **A.    Probably the Halls, Brianna Hall and**
9  **her mother --**
10     Q.    Okay.
11     **A.    -- Barbara Hall.**
12     Q.    And why did you tell them that?
13     **A.    Because that's what I was told.**
14     Q.    And who were you told that by?
15     **A.    To my recollection, like I said, that**
16 **specific -- if you're looking at a specific**
17 **instance, I'd have to go back and look.  But more**
18 **than likely from the conversation that I've had**
19 **with Kathy and -- like I said, I'd have to go back**
20 **and look.  I'm sure I have -- you know, something**
21 **else can spark my memory on that.**
22     Q.    What else would spark my memory on
23 that?
24     **A.    I don't believe the words "Job's**
25 **Daughters" are a trademark.  I mean these are --**

1  was huge in this organization.  And I apologize
2  for not being able to give you specific things
3  that I know that you need to be helpful.  This is
4  the worst thing could ever happen to somebody like
5  me.  And I'm really sorry.  The specifics are
6  very, very, very difficult.  And I just -- I want
7  to help you, and I want to be able to give you
8  these specifics, but these dates and these
9  conversations, these are -- these are a time in my
10  life that was probably the most difficult.  And
11  I'm sure you can understand, but it's very hard.
12  I love this organization, and I'm sad where it's
13  at.
14      Q.    On behalf of the organization, they're
15  sad where this is at, too.  Okay?  Having said
16  that, unfortunately this is the process we have to
17  go through.  If you don't have a recollection, I
18  understand that, and that's all I need to know.
19  Okay?
20      A.    Umm-hum.
21      Q.    Would you agree with me that
22  Exhibit 59 informed you that JDI had a
23  constitution provision that dealt with the use of
24  trademarks?
25      A.    Yes.

1      Q.    Okay.  Have I exhausted your memory as
2  you sit here today, Ms. Yoast, of the discussion
3  you had with Kathy Wiekhorst after receiving
4  Exhibit 59 with respect to your ability to utilize
5  the phrase "Job's Daughters," "Iyob Filiae," or
6  "JDI"?
7      A.    Yeah, yes.
8          MR. McKERNAN:  Thank you.  Why don't
9  we take just a two-minute break, if you're okay
10  with that.
11          THE WITNESS:  Uh-huh.
12          MR. McKERNAN:  And then -- actually,
13  hold on one second.  So it's, it's 2:00 my time.
14  It's noon your time.  My suggestion is I would
15  like to keep plowing through, but I want you to
16  have a chance to get something to eat.  We can go
17  off the record for this.
18          (An off-the-record discussion was
19  held, and a short recess was taken from 2:01 p.m.
20  until 2:18 p.m.)
21  BY MR. McKERNAN:
22      Q.    Let's go back on the record.
23  Ms. Yoast, do you understand you're still under
24  oath?
25      A.    I do.

1      Q.    Okay.  Do you have any formal training
2  with respect to trademarks or trademark law?
3      A.    No.
4      Q.    Okay.  You don't hold yourself out to
5  be an expert in the area of trademarks or
6  trademark law?
7      A.    No.
8      Q.    Okay.  The name of your business is
9  Pink Power Printing; is that correct?
10      A.    Yes.
11      Q.    Okay.  And that's just a DBA.  In
12  other words, there's not a formal corporation or
13  LLC set up by that name, is there?
14      A.    No.  I'm a sole proprietorship.
15      Q.    Okay.  You own a web site called
16  Pinkpowerprinting.com; is that correct?
17      A.    Yes.
18      Q.    Okay.  And you also utilize certain
19  Facebook pages to advertise and promote your
20  business, as well; correct?
21      A.    I wouldn't say -- I mean promoting --
22  well, in loose terms, yes.
23      Q.    Okay.
24      A.    Sure.
25      Q.    And the pages I'm referring to on

1  Facebook is the Got Jobies Facebook page.
2      A.    I don't -- that's a name that I don't
3  use anymore.  I've merged a bunch of pages
4  together.
5      Q.    Okay.  When did you merge those pages
6  together?
7      A.    Oh, well, I tried -- I mean I started
8  trying to figure out how to do it quite awhile --
9  couple -- quite a few years ago because it was
10  difficult.  I'd have to go back and actually look.
11  I'm sure there's a record of when I was doing
12  that.
13      Q.    Okay.
14      A.    I merged all the youth group kind of
15  thingies together.
16      Q.    Okay.  You know -- let me ask you
17  this.  Were you using the Got Jobies Facebook page
18  from 2009 through -- until you merged these
19  together?
20      A.    I don't recall if those dates are
21  right, but I have -- yeah, but I -- yes, that was
22  definitely my page.
23      Q.    Okay.  What's your best understanding
24  of how long you utilized -- and I realize you'd
25  want to go back and double check, I'm not trying

EXHIBIT 34-127

1 to hold your feet to the fire -- but how long you
2 used the Got Jobies Facebook page to advertise
3 your business or your work?
4     A.    Okay.  Got Jobies; right?
5     Q.    Yeah.  I'm from a small town in
6 Nebraska, so when I mispronounce stuff like that,
7 I apologize.
8     A.    That's okay.  No, no, no.  It's
9 actually quite cute, but it just makes me laugh a
10 little bit.  It's kind of funny.
11    Q.    Good.
12    A.    So -- yeah.  So the Got Jobies, yeah,
13 probably -- it might have been more like 2010.
14 I'm trying to think.  It was quite awhile ago.
15 And it really was -- it started off just for fun.
16 It really didn't start off as, like, thinking it
17 would be, like, a business page.  It was more of a
18 post your Jobie fun stuff.  I had lots of other
19 people, like Leslee had her dolls on there, and it
20 was really kind a fun, really social thing to
21 begin with.
22    Q.    But to your best recollection, you
23 started utilizing in 2010.  Would you
24 agree with me that you continued to utilize it
25 through receiving the cease and desist letter on

1 August 17th, 2016?
2     A.    I believe that by that time, though,
3 it was Sweet JoRaDe.
4     Q.    Okay.  You just -- again, you're --
5 this is foreshadowment.  You're kind of leading me
6 now.  The other Facebook page that you utilized
7 was Sweet JoRaDe, and that's J-O-R-A-D-E?
8     A.    Right.  That's a -- that's a
9 consolidation of other pages.
10    Q.    I got it.  So when you consolidated
11 these other pages, those -- that consolidation
12 became known as Sweet JoRaDe?
13    A.    Exactly.
14    Q.    What other pages other than the Got
15 Jobies -- did I get that right?
16        MS. MUNGER:  No.  Got Jobies.
17    A.    No, Jobies.  Try Jobies.  Think of
18 Jobs.  Think of Jobs.
19    Q.    I know.  Got Jobies --
20    A.    There you go.
21    Q.    -- were consolidated into the Sweet
22 JoRaDe page?
23    A.    I'm sorry.  Say it again.  I was
24 laughing.  I'm sorry.
25    Q.    What other pages on Facebook got

1 consolidated into the Sweet JoRaDe other than Got
2 Jobies?
3     A.    How it was, it was Got Rainbow and the
4 Got Jobies, and I created Sweet JoRaDe, and we
5 merged the other two into Sweet JoRaDe, if that
6 makes sense.
7     Q.    Got it.
8     A.    And Sweet JoRaDe is -- I have a DBA
9 Sweet JoRaDe.
10    Q.    Okay.  So if I wanted to find your
11 business today, I would either go to your Pink
12 Power Printing web site or the Sweet JoRaDe
13 Facebook page?
14    A.    You probably wouldn't go to my Pink
15 Power Printing web site because I'm lame and I
16 have a really hard time keeping up on it, but I do
17 have a Facebook page for Pink Power Printing.
18    Q.    Okay.  To the extent there's still
19 Pink Power -- wait.  You say you have a Facebook
20 page for Pink Power Printing?
21    A.    Yes.
22    Q.    That's separate and distinct from the
23 Sweet JoRaDe Facebook page?
24    A.    Yes.
25    Q.    Okay.  And am I correct, though, you

1 still have the Pinkpowerprinting.com domain name,
2 it just may not have been updated?
3     A.    Yes, right, yes.
4     Q.    Okay.  Are you an administrator or a
5 moderator on any other Facebook pages that involve
6 Job's Daughters?
7     A.    Yes.
8     Q.    Do you want to tell me about them?
9     A.    Yeah, I was waiting for you to ask.
10 Sorry.  I was trying to be helpful.
11    Q.    I know.
12    A.    I am -- I think I'm a moderator.  I
13 think I'm only a moderator on -- what's it called
14 -- Job's Daughters Uncensored -- or Uncensored
15 Discussion -- shoot.  I don't even remember what
16 the name is.
17    Q.    Jobie Discussion Forum Uncensored?
18    A.    Is that -- yes, I think -- yes.
19    Q.    Okay.  Are you a moderator?
20    A.    Yeah, I'm pretty sure I'm a moderator.
21    Q.    Okay.  Any other?
22    A.    Any -- no.
23    Q.    Okay.  How about Occupy Job's
24 Daughters?
25    A.    What's the question?

EXHIBIT 13

1  because I just previously said I actually sat and
2  I kind of tallied some of these things up. So I
3  did help her, but not with the big picture,
4  obviously not coming up with that. I provided her
   information to come up with those numbers.
6      Q.    Do you know what her methodology was
7  to come up with the numbers in response to
8  Interrogatory No. 13?
9      A.    No.
10     Q.    Okay. Did you help her come up with
11 the numbers in Interrogatory No. 13?
12     A.    Okay. I need you to be more specific,
13 as in did I sit and help tally up things, or are
14 you just asking me did I physically take these
15 numbers, these numbers, and these numbers, and
16 come up with that?
17     Q.    There's a response to an interrogatory
18 that's provided in Exhibit 61.
19     A.    I know. I'm looking at it. I don't
20 under -- you're -- I need you to be more specific.
21     Q.    Did you help your bookkeeper put
22 together that response or those numbers? The
23 specific numbers listed in response to
24 Interrogatory No. 13, did you help her do that
25 specific exercise?

1      A.    No.
2      Q.    Okay.
3      A.    No. What else do you want me to tell
4  you?
5      MR. McKERNAN: Dan, could you hand
6  her folder 8, which is going to be marked as
7  Exhibit 65?
8      (Deposition Exhibit Number 65 was
9  marked for identification.)
10     THE WITNESS: Thank you.
11     Q.    Do you have Exhibit 65 in front of
12 you?
13     A.    Yes.
14     Q.    Are you familiar with Exhibit -- or
15 have you seen Exhibit 65 before today?
16     A.    Yes.
17     Q.    With the exception of the eleventh
18 page --
19     A.    We ought to number this. Hold on.
20 Okay. You're going to have to hold on. These are
21 not numbered.
22     Q.    I know. That's my fault.
23     A.    Sorry. I'm going to number them.
24 Okay.
25     Q.    With the exception of the eleventh

1  page, are those all soft goods that you created?
2      A.    Yes.
3      Q.    Would you agree with me that you never
4  sought permission from JDI to utilize any of the
5  phrases in any of those images set forth in
6  Exhibit 65?
7      A.    Can you repeat that? Repeat that
8  again.
9      Q.    Sure. Would you agree with me that
10 you never sought permission from JDI to utilize
11 any of the images or, or phrases set forth in the
12 soft goods identified in Exhibit 65?
13     A.    Yes.
14     Q.    Okay. Yes, you did not seek
15 permission?
16     A.    I personally did not.
17     Q.    Okay. Did you verify with whomever
18 ordered these items that they sought permission
19 from JDI to utilize any of the phrases set forth
20 in those soft goods you created?
21     A.    No.
22     Q.    You did not verify with any of the
23 individuals who ordered those items from you as to
24 whether or not they sought permission; correct?
25     A.    Actually, yes. Actually, I did. I'm

1  sorry. I did, too.
2      Q.    Okay.
3      A.    Yep.
4      Q.    Which of these images did you verify
5  with whomever ordered that they sought permission?
6      A.    Missouri's ways and means.
7      Q.    For which image? Which page number?
8      A.    1, 2 -- I'm confused by your verify or
9  whatnot. I should just say, too, that I knew that
10 they had -- I knew that Missouri, their ways and
11 means, had to get a quote from Doc Morgan. So I
12 guess I should say that is what talked about.
13     Q.    So you don't know if they sought
14 permission. You just know they got a quote from
15 Doc Morgan?
16     A.    No, I know they did because it was in
17 your discovery.
18     Q.    Okay. But in terms of prior to making
19 the soft goods set forth in 65, did you ever
20 determine if any of the people you were making
21 these soft goods for received permission from JDI
22 to use any of the phrases depicted on those soft
23 goods?
24     A.    No.
25     Q.    Okay. Did you put pictures of these

EXHIBIT E-14

1  soft goods on your Facebook page or on your Pink
2  Power Printing web site?
3       A.   Oh, yes, because that's how they got
4  the screen shot.  These are screen shots, yeah.
5       Q.   Right.  And you did that with all of
6  these images, correct, with the exception of
7  page 11?  Which correct me if I'm wrong, you
8  didn't create page 11 of Exhibit 65; right?
9       A.   I don't know whose that is, right.
10      Q.   Yeah.  That's not something you did?
11      A.   No.
12      Q.   Okay.  But the other images you put on
13 your Facebook page and your Pink Power Printing
14 web site?
15      A.   Yes.
16      Q.   And you did that to show people what
17 you were capable of doing?
18      A.   No, because they know what I'm capable
19 of doing.  I was very proud of these, and some of
20 them the girls posted.
21      Q.   I want to talk about your posting on
22 your Facebook page or your web site.
23      A.   No, I -- exactly.  There's girls that
24 post their stuff on there, too.
25      Q.   But in terms of postings on your web

1  site or your Facebook, that's something where you
2  would have taken pictures and put these pictures
3  on those, those platforms?
4       A.   Yes.
5       Q.   Okay.  Did you receive any permission
6  from JDI to post any of these pictures on your
7  platform?
8       A.   No.
9       Q.   Did you receive permission from any of
10 the individuals you created these items for to
11 post these pictures on your web site or Facebook
12 platforms?
13      A.   All of them were aware that I would
14 post a picture.
15      Q.   I'm not curious if they were aware.
16 I'm curious if you received any permission from
17 them to do so.
18      A.   What kind of -- could you be more
19 specific?
20      Q.   Did you ask them if it was okay if you
21 did that prior to doing it?
22      A.   Oh, sure.
23      Q.   Okay.  And you asked everybody in
24 terms of all these images if it was okay if you
25 posted them?

1       A.   To the best of my knowledge, that's --
2  I usually always say that, yes.  I usually always
3  say, would it be all right if I post a picture
4  because I'm proud of it.
5       Q.   Okay.  And do you have any specific
6  recollection of whether or not you asked whomever
7  you created these for, these images for, as to
8  whether or not they were okay with you posting
9  these photos?
10      A.   I don't recall anybody not being
11 okay --
12      Q.   Okay.
13      A.   -- with posting pictures.
14      Q.   Do you recall a specific conversation
15 with any of these individuals as to whether or not
16 you had permission to post these?
17      A.   Yes.
18      Q.   You recall specific conversations?
19      A.   On, yeah, several of the newer ones.
20 You gotta understand, some of these go back a long
21 time.
22      Q.   Okay.  Let's do it one by one.  Images
23 1 and 2 were both created for Brianna Hall;
24 correct?
25      A.   Yes.

1       Q.   Did you have specific permission from
2  her to post these on your web site or your
3  Facebook page?
4       A.   Yes.
5       Q.   Exhibit (sic) 3, did you have specific
6  permission from someone to post that on your
7  Facebook page?
8       A.   From Tonie, yes.
9       Q.   Tonie whom?
10      A.   You have it.  You have who ordered
11 that.  You have that in your documents.
12      Q.   Okay.  Tonie whom?
13      A.   I don't -- I don't know her last name
14 right at the moment.
15      Q.   Okay.
16      A.   Like I said, you have that on there.
17 I'm sure you have a piece that says that on that
18 picture.
19      Q.   Exhibit (sic) 4, did you have specific
20 authority to post that picture from whomever you
21 ordered it?
22      A.   Okay.  What do you mean?  You just
23 said authority or permission.  What are you --
24      Q.   Permission.  I'm sorry.  If I said
25 authority, I misspoke.  Did you have specific

1    Q.    How do you spell that last name?

2    A.    **I do not know how to spell Antanaitis.**

3    **A-N-T-A-N-A-T-I-S (sic).**

4    Q.    And then finally, page 15 of

5    Exhibit 65, did you receive permission to post

6    that on your Facebook or web site?

7    A.    **Yes.  And this is from the Miss --**

8    **their committee, the Miss Minnesota Committee and**

9    **-- shoot.  I gotta look up her name.  I can't**

10   **remember the gal's name.  I did stuff for her**

11   **family, as well.  I can't remember her name.  I'm**

12   **sure it's on there.  You have it.**

13          MR. McKERNAN:  Okay.  Dan, could you

14   pull folder 11, and we're going to mark that as

15   Exhibit 66?

16          (Deposition Exhibit Number 66 was

17   marked for identification.)

18   Q.    Do you have Exhibit 66 in front of

19   you?

20   A.    Uh-huh.

21   Q.    Are these all photos of soft goods

22   that you would have created and then posted on

23   your Got Jobies web -- or Facebook page?

24   A.    **Well, these are screen shots of a**

25   **Facebook page.**

1    Q.    So, yes, these are all pictures of

2    soft goods you would have created and then posted

3    on that Got Jobies Facebook page?

4    A.    **Well, Sweet JoRaDe now.  It was Got**

5    **Jobies back then.**

6    Q.    Right.  Did you ever receive any

7    permission from JDI to post any of the images with

8    the "Job's Daughters," "JDI," or Filiae -- "Iyob

9    Filiae" phrases?

10          MS. FORMAN:  Objection, compound and

11   vague as to by JDI.  But go ahead and answer if

12   you understand.

13   A.    **Well, I'm confused because these are**

14   **not all Jobie-related items at all.  There's**

15   **other --**

16   Q.    I agree 100 percent.  My question was,

17   with respect to the soft good items that are set

18   forth in Exhibit 66 that contain the phrase "Job's

19   Daughters," "JDI," or "Iyob Filiae," did you ever

20   receive permission from anyone at Job's Daughters

21   to post those goods on your Facebook page?

22          MS. FORMAN:  Objection to the extent

23   that it's compound.  But go ahead and answer.

24   A.    **Well, of course because the people**

25   **that had purchased them were representing Job's**

1    **Daughters.**

2    Q.    Okay.  Is it your testimony that

3    because you received the orders from people

4    representing Job's Daughters, that you received

5    permission from Job's Daughters to post these on

6    your Facebook?

7    A.    **Yes.**

8    Q.    Okay.  Did you ever receive any

9    permission from the Job's Daughters trademark

10   liaison to post any of these images on your

11   Facebook page?

12   A.    **No.**

13   Q.    Did you ever receive permission from

14   anyone on the board of trustees or the supreme

15   guardian council to post any of these images on

16   your Facebook page?

17   A.    **No.**

18          MR. McKERNAN:  Okay.  Dan, could you

19   hand the witness folder 10, which I'm going to

20   mark as Exhibit 67?

21          THE WITNESS:  Thank you.

22          (Deposition Exhibit Number 67 was

23   marked for identification.)

24   Q.    Do you have Exhibit 67 in front of

25   you?

1    A.    **Yep.**

2    Q.    Is this a true and accurate copy of

3    the Sweet JoRaDe Facebook page that you have?

4    A.    **No.**

5    Q.    Okay.  What is Exhibit 67?

6    A.    **What is that?  Oh.  No, no, no, no.**

7    **That's a Square Up.  It's like a merchant account.**

8    Q.    Okay.  These are items that you're

9    advertising on Sweet JoRaDe for being for sale;

10   correct?

11   A.    **They were.  I mean they're not now.**

12   **They're -- that was limited just because of the**

13   **ways-and-means project on that.**

14   Q.    Okay.  But these are items that you

15   were offering for sale on your Facebook page?

16   A.    **I could do a custom order of those.**

17   **Those are things you could custom order, yes.**

18   Q.    I understand that, but my question

19   was, Exhibit 67 shows items that you were offering

20   for sale on your Facebook page?

21   A.    **Okay.  I'm confused because you can't**

22   **order somebody else's coat with their name on it.**

23   Q.    Okay.  This is your Facebook page?

24   A.    **It's not Facebook.**

25   Q.    Sweet JoRaDe is what?

1    A.    This is -- like I said, this was part
2    of a merchant account.
3    Q.    Okay.  That you ran?
4    A.    Square Up, yeah.  Well, no -- well, I
5    guess technically it's -- yes, I utilized them
6    hosting it.
7    Q.    Okay.  And you were offering these
8    items for sale?
9    A.    I was offering the ability to custom
10   order something in that likeness, not -- those
11   items are not for sale.
12   Q.    Okay.
13   A.    Those are samples.  Those are not for
14   sale, those items that you're seeing.
15   Q.    Oh, okay.  So if I called up and said,
16   I want "What would Mother Mick say?" T-shirt --
17   A.    Right.
18   Q.    -- your response would be what?
19   A.    My response would be, great, what
20   would you like it on, what color would you like,
21   would you like your name on it.  I don't have any
22   pre-made anything.  There's nothing in my shop
23   that's pre-made like that.  So it's an idea that
24   somebody -- and most people would embellish on it
25   or got their name or glitter or something.

1    Q.    Did you ever receive any permission
2    from JDI to post any of those images and offer for
3    sale on whatever platform this is?  I think you
4    said a Square account.
5    A.    Yes.  I'm confused because it's not --
6    like I said, those are just merely samples of
7    things I've done in the past to give somebody an
8    idea of what they could potentially order.
9    Q.    It's advertising for you of what
10   someone could order if they called you?
11   A.    I guess it is.  I mean I think it's a
12   sample.  I think it's an idea.  It's something
13   I've done.  I mean it's my artwork.
14   Q.    Did you ever receive any permission
15   from anyone at JDI to utilize these samples, these
16   ideas, or these advertisings, however you define
17   it, on this particular platform?
18   A.    And these are not all Jobie goods.
19   These are Rainbow things, too.  No, not from --
20   no.
21   Q.    Okay.
22         THE WITNESS:  While you're looking,
23   can I take another pee break?  I'm so sorry.
24         MR. McKERNAN:  Yes.
25         (A short recess was taken from

1    6:56 p.m. until 6:59 p.m.)
2         MR. McKERNAN:  Dan, could you hand
3    folder 25 to Ms. Yoast, and we're marking that as
4    Exhibit 68?
5         (Deposition Exhibit Number 68 was
6    marked for identification.)
7         THE WITNESS:  Okay.  I got it.
8    BY MR. McKERNAN:
9    Q.    Do you recognize Exhibit 68?
10   A.    Yes.
11   Q.    And is that a cost breakdown you
12   created?
13   A.    Yes.
14   Q.    What's the purpose of creating
15   Exhibit 68?
16   A.    I think I was asked to come up with,
17   like, how much that could cost to make an item,
18   what it actually cost her to make something.
19   Q.    What documents did you review to
20   create Exhibit 68?
21   A.    Receipts at how much I pay at my --
22   you know, the wholesaler that I get, how much I
23   pay for a piece of vinyl, how much I pay for a
24   piece of glitter, and how many hours it takes to
25   pick one of those items.

1    Q.    Okay.  So this lists costs of hoodies
2    and full-zips; correct?
3    A.    Yes.
4    Q.    Is this your cost?
5    A.    Oh, yes.
6    Q.    Okay.
7    A.    That's wholesale.
8    Q.    Okay.  What about your wholesale costs
9    for T-shirts?
10   A.    For a T-shirt?
11   Q.    Correct.
12   A.    Depending on which one I use, whether
13   it's a performance T-shirt, cotton, or a blend.  I
14   mean there's lots of avenues.  What kind are you
15   talking about?
16   Q.    I'm trying to get my arms around
17   understanding what your cost of goods sold would
18   be for the various items set forth in your profit
19   and loss.
20   A.    Sure.  So -- well, it's -- I would
21   really need you to be specific or I can't give you
22   -- because there's a big difference between the
23   different types of shirts.
24   Q.    Okay.
25   A.    I can provide that for you if you'd

EXHIBIT Page 297 to 300 of 777


**McGrath | North**
ATTORNEYS

Denise C. Mazour
P: 402.633.1531 | F: 402.952.1531
dmazour@mcgrathnorth.com

August 17, 2016

VIA FEDERAL EXPRESS AND EMAIL TO PINKPOWERPRINTING@GMAIL.COM
Ms. Heidi Yoast
*Pink Power Printing*
23149 SE 184th St.
Maple Valley, Washington
98038

      Re:    Job's Daughters International

Dear Ms. Yoast,

      This firm represents Job's Daughters International ("JDI") of Papillion, Nebraska. It has come to our attention that you are using the designations JOB'S DAUGHTERS, JOB'S DAUGHTER, IYOB FILIAE, THE DAUGHTERS OF JOB, and a logo consisting of a double triangle and the wording JOB'S DAUGHTERS within the triangles ("the Infringing Marks") on numerous clothing items and advertising those clothing items for sale online at https://www.facebook.com/GotJobies and at https://squareup.com/store/pink-power-printing.

      JDI is the owner of numerous trademarks including, but not limited to, the following trademarks ("JDI's Marks"):

    1.  JOB'S DAUGHTERS;

    2.  JOB'S DAUGHTERS INTERNATIONAL;

    3.  INTERNATIONAL ORDER OF JOB'S DAUGHTERS;

    4.  IOJD;

    5.  JD INTERNATIONAL;

    6.  JD INTERNATIONAL and Design, shown below;





McGrath North Mullin & Kratz, PC LLO | First National Tower, Suite 3700 | 1601 Dodge St. | Omaha, NE 68102 | www.mcgrathnorth.com

EXHIBIT E - 18

YOAST-00005776

7. IYOB FILIAE and Design, shown below;



8. IYOB FILIAE;

9. JOB'S DAUGHTERS KIDS HELPING KIDS HIKE and Design, shown below; and,



10. HIKE.

Your use of the Infringing Marks appears to be made with the intent to trade on the goodwill associated with JDI's Marks. Your unlawful use of the Infringing Marks creates the false impression that JDI is somehow connected or associated with you so as to deceive, cause confusion or mistake as to the affiliation of your goods with JDI's goods. Such use constitutes conduct that is actionable under federal statutes for trademark infringement, trademark dilution, false designation of origin and unfair competition in violation of the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 et. seq.. All of those causes of action entitle our client to the recovery of damages and injunctive relief.

I am also advised that you have been notified in writing, on at least two occasions, to cease use of the Infringing Marks but that you have declined to do so. I am also in possession of a copy of your letter dated August 11, 2016 to Ms. Shelly Cole wherein you apparently take the position that since you do not use JDI's "legally registered marks" on your "commercial artwork", that any other use by you of marks that are not identical to JDI's registered marks is not infringing. Please be advised that: 1) a trademark owner is not required to register a trademark in order to own trademark rights; and, 2) liability for trademark infringement arises by use of a mark likely to cause confusion, as set forth above, regardless of whether the trademark is identical. Therefore, your conduct is indeed unlawful. We recommend you seek the advice of an attorney who practices in the area of trademark law.

McGrath North Mullin & Kratz, PC LLO | First National Tower, Suite 3700 | 1601 Dodge St. | Omaha, NE 68102 | www.mcgrathnorth.com

EXHIBIT E - 19

YOAST-00005777

JDI has a right and a duty to enforce its trademark rights against others. Therefore, JDI demands you, your agents, representatives, related companies, subsidiaries, affiliates, employees, and all those acting in concert with you, to immediately take the following actions:

1. Cease and desist from all further use of the Infringing Marks and any other designations likely to cause confusion and/or dilution of JDI's Marks;

2. Destroy any and all materials in your possession or control bearing the Infringing Marks, as well as any and all materials in your possession or control bearing any designation likely to cause confusion with JDI's Marks;

3. Provide the undersigned counsel with sufficient information to determine the full amount of your gross revenues and profits derived from your use of the Infringing Marks;

4. Provide the undersigned counsel with written confirmation that you have complied with these demands.

JDI further demands that you provide, by no later than the close of business on September 9, 2016, written confirmation to the undersigned that you will comply with these demands in a timely manner. If the undersigned does not receive a satisfactory and timely response, JDI is prepared to take all steps necessary to protect its valuable intellectual property rights, without further notice to you.

You also advise in the aforementioned letter that you may have an intellectual property attorney. If you are represented by counsel, please immediately direct this letter to him or her.

Sincerely,

DENISE C. MAZOUR

DCM:sd
cc: Susan Goolsby

McGrath North Mullin & Kratz, PC LLO | First National Tower, Suite 3700 | 1601 Dodge St, | Omaha, NE 68102 | www.mcgrathnorth.com

EXHIBIT E - 20                                                    YOAST-00005778



INTERNATIONAL®

# Job's Daughters International
## Supreme Guardian Council

*Kathleen E. Wiekhorst*
*Trademark Liaison, Board of Trustees*

*Heidi Yoast*
*Pink Power Printing*
*Maple Valley, Washington*
*425-295-4324*

*April 1, 2014*

*Dear Heidi,*

*Thank you so much for extending the opportunity to us; we certainly appreciate your interest. However, Doc Morgan and the specific SAC committees are the only booths that we can have during the Supreme Session.*

*I am enclosing the portion of our constitution that deals with the trademark and its use. In order for you to use the trademark to sell merchandise you must submit a request or email me, often with a picture of the item. I keep this for our records. Anytime you do use the logos, words/letters... Job's Daughters, JD;, a royalty of 20% must be sent to the Supreme Office.*

*Thank you again for your interest and am so glad you are still involved in our wonderful Order. I have been a Job's Daughter now for 48 years, so certainly do appreciate your dedication.*

*Sincerely,*

*Kathleen E. Wiekhorst*
*Board of Trustees, Job's Daughters International*
*Trademark Liaison*
*180 Cedar Street*
*Green River, WY 82935*
*307-875-7269 or 307-389-8073*



PENGAD 800-631-6989

**EXHIBIT**

59

50    2-2-18

**2010 SI-3**
**SUPPLEMENTAL INSTRUCTION NUMBER 3**
**OFFICIAL TRADEMARK AND ITS USE**

1.

(a) The **THREE POINT** emblem Trademark of our Order: The Trademark referred to consists of a double triangle enclosing a replica of three girls wearing robes, capes, and crowns holding a cornucopia, dove, and urn within the inner triangle, and the words "TYOB FILIAE" at the base between the inner and outer triangle. This is the OFFICIAL EMBLEM.

(b) The **JDI Logo** - Corporate emblem of Job's Daughters International. The Trademark referred to consists of a double triangle enclosing the letters J and D and the word "International" at the base of the triangle. This is the Corporate Logo.

(c) The name **"Job's Daughters International"** is a registered Trademark of the Order.

(d) The names and phrases "Job's Daughters", "TYOB FILIAE", "Daughters of Job", "International Order of Job's Daughters", "IOJD", "JDI" and "JD International" are protected by Job's Daughters International and by the Board of Trustees from inappropriate use.

Bethels may use the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" for printing stationary, programs, invitations, napkins, and Bylaws without applying for permission.

GGCs and JGCs may use the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" for printing stationery, programs, invitations, napkins, state and province publications, Manuals, and forms for use and for sale to Bethels within their jurisdiction without applying for permission.

For use of the Three Point emblem, the JDI Logo or the Name "Job's Daughters International" for purposed other than those specified, Bethels, GGCs and JGCs must secure and use application, Form 280, to request permission. Permission is granted by a member of the Board so designated as Chairman of Trademark (listed annually in the Supreme Directory) when in compliance with the accepted rules and regulations of the Board. Permission shall expire on August 1st following the date of the approved Form 280. Reapplication may be made from year to year.

2. The **SEVEN POINT** seal of the SUPREME GUARDIAN COUNCIL:

The Trademark is superimposed on a background that has SEVEN POINTS which attach this portion to a circular band inscribed INTERNATIONAL ORDER OF JOB'S DAUGHTERS.

Its use is restricted to stationery and other printed matter distributed by the SGC as directed by the Supreme Guardian and Board of Trustees.

3. The **FIVE POINT** seal of GRAND GUARDIAN COUNCILS:

The Trademark is superimposed on a background that has FIVE POINTS which attach this portion to a circular band inscribed over the top GRAND GUARDIAN COUNCIL, and at the bottom, the name of the GGC.

Its use is restricted to stationery and other printed matter distributed by the GGC, named, and considered official or sanctioned by the Grand Guardian.

JDI_000061



EXHIBIT

L05

SG    2-3-18

EXHIBIT E - 23



International Sisterhood
2015-2016
Job's Daughters
Supreme Bethel Honored Queen




3



4

**Sweet Jorade's Post**

👍 Like      💬 Comment      ↪ Share



👍 ✝

👍 Like        💬 Comment        ➡ Share



Job's Daughters
Bethel No. 45
Renton, Washington

👍 Like        💬 Comment        ➡ Share



👍 Like     💬 Comment     ↪ Share





EXHIBIT E - 30





Arizona

Bethel No. 22

Job's Daughters



Lola's Daughters
Creating more Princesses
than Disney
Since 1920



Miss Oregon
*Brooke*
2014-2015
Job's Daughter
PHQ Bethel No. 5



Miss Delaware

Job's Daughter

2015-2016

Swim show, Enjoy life

Job's Daughters

Bethel No. 51
Tumwater, Wa



Miss Minnesota
Job's Daughter
Pageant
2011

is a Wish Your Heart Makes...





EXHIBIT

6 6

SO    2-2-18'

YOAST-00002458

EXHIBIT E - 38



YOAST-00002457

**EXHIBIT E - 39**



EXHIBIT E - 40

YOAST-00002455



YOAST-00002451





YOAST-00002448





Liked ▾      Message ▾      More ▾                                   Send Message ✎

**Got Jobies?**
@GotJobies

Home
About
**Photos**
Likes
Videos
Posts
Manage Tabs
+ Add Shop Section

Promote ▾



YOAST-00001194

Change Theme | Offline

# SWEET JORADE
All things Jobies, Rainbow, Sweetheart/Sorority, & DeMolay

   

Gorgeous Glitter Jobie-to-B... | What would Mother Mick s... | Jobies gone Greek T-shirt | Where a Daughter can be ...

$35.00 - $40.00 | $20.00 - $23.00 | $20.00 - $23.00 | $20.00 - $25.00

   

Cape & Crown T-Shirt | Keep Calm & Square your ... | Eternity Knot Hoodie | Keep Calm & Float On! Ho...

$20.00 - $25.00 | $35.00 - $37.00 | $35.00 - $45.00 | $35.00 - $45.00

   

Custom Ladies Soft Shell J... | Grand Bethel of Missouri V... | Custom Sweetheart Hoodie | Upward I'll Fly T-shirt

EXHIBIT
67
SB 2-2-18

YOAST-00001110



YOAST-00001109

**EXHIBIT E - 47**

1

2

3

4

5

6 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7 AT SEATTLE

8 JOB'S DAUGHTERS INTERNATIONAL,   NO. 16-cv-1573-RSL

9          Plaintiff,

10     v.                          **RODNEY REID DEPOSITION
DESIGNATIONS IN SUPPORT OF
PLAINTIFF'S BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

11 HEIDI YOAST,

12          Defendant.

13 HEIDI YOAST,

14          Counterclaim-Plaintiff,

15     v.

16 JOB'S DAUGHTERS INTERNATIONAL,
SHELLY COLE aka SHELLY HOWRIGON,
17 an individual, ROD REID, an individual,

18          Counterclaim-Defendants.

19

20                     16:17-19:10

21                     Exhibit 1

22

23

24

25

26

27                                        **Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
28                                        Seattle, Washington 98101-2380
(206) 628-6600

                         - 1 -

**EXHIBIT F - 1**



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS



NAEGELI
Expect Excellence

DEPOSITION AND TRIAL

CELEBRATING
35
YEARS IN BUSINESS

(800) 528-3335
NAEGELIUSA.COM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JOB'S DAUGHTERS
INTERNATIONAL,

      Plaintiff,

vs.

HEIDI YOAST,

      Defendant;

and,

HEIDI YOAST,

      Counterclaim Plaintiff,

v.

JOB'S DAUGHTERS
INTERNATIONAL, SHELLY
COLE aka SHELLY HOWRIGON,
an individual, ROD REID,
an individual,

      Counterclaim Defendants.



No. 16-CV-01573-RSL

CONFIDENTIAL

DEPOSITION OF

RODNEY REID

TAKEN ON
THURSDAY, SEPTEMBER 14, 2017
9:15 A.M.

WILLIAMS KASTNER
601 UNION STREET, SUITE 4100
SEATTLE, WASHINGTON 98101

EXHIBIT F - 2

```
 1      A.    No.

 2      Q.    I'd like to talk a little bit about your

 3  interactions with my client, Heidi Yoast.  While you served

 4  as Associate Bethel Guardian for Bethel 43, did you or your

 5  Bethel -- or its members order any products from Heidi

 6  Yoast?

 7            THE REPORTER:  Can you slow down?

 8            MR. MCKERNAN:  Object to form and foundation.

 9      A.    Yeah.  I was a member of -- of Bethel 43, and we

10  did use Heidi for t-shirts, I believe, more than one time.

11      Q.    (By  Ms. Forman) Did you look at any of Heidi

12  Yoast's products before your Bethel placed that order?

13      A.    I don't believe so.

14      Q.    Do you recall purchasing a Past Grand Bethel

15  Honored Queen hoodie from Heidi Yoast?

16      A.    I didn't.  I believe my stepdaughter might have.

17            MS. FORMAN:  Okay.  So I would like you to take a

18  look at this document.  This is entitled, "Heidi Yoast notes

19  by Rod Reid."  It was part of the production by Job's

20  Daughters International, and it's Bates number JDI 000196. I

21  will tab this as Exhibit 1.

22            (Exhibit 1 marked for identification.)

23      Q.    (By Ms. Forman) So the document in front of you

24  entitled, "Heidi Yoast notes by Rod Reid," did you write

25  this document?
```

1      A.    I did.

2      Q.    **Do you recall when you wrote this document?**

3      A.    It was my recollection -- it probably was --
4    probably a year or maybe more ago.

5      Q.    **Why did you write this document?**

6      A.    Because it came up that I tried to contact Heidi
7    Yoast, and it became -- I -- I -- we thought maybe important
8    to the case.

9      Q.    **Did anyone ask you to write this document?**

10          MR. MCKERNAN:    I'm gonna object just to the extent
11    that asks you to disclose any attorney-client
12    communications.    To the extent you can answer that, Rod,
13    without divulging any attorney-client communications, you're
14    free to answer.    If you would have to get into discussions
15    had with or a direction of counsel, I would instruct you not
16    to answer that question.

17      A.    The board did discuss everything that had gone on
18    having to do with Heidi, and I believe I produced them at
19    that time.

20      Q.    **(By  Ms. Forman) Do you have any other notes**
21    **relevant to this case that have not already been produced or**
22    **provided?**

23      A.    Not that I know of.

24      Q.    **Do you recall which month you called Heidi Yoast's**
25    **shop?**

1       A.    Not exactly.  I believe it -- it was -- it was

2   after our midyear meeting, which was the first part of March

3   in 2015.  I waited until I got home, and it was either

4   toward the end of March or the first of April.

5       Q.    Do you recall any phone calls to Heidi Yoast in

6   October of 2015?

7       A.    No.  I -- I only tried contacting her once.

8       Q.    Do you recall which number you called her shop

9   from?

10      A.    It was from my home, so it was either my home

11  phone or my cell phone, one of the two.

12      Q.    Can you provide us with both of those phone

13  numbers, home number first, please?

14          MR. MCKERNAN:  I would -- I would mark this

15  transcript as confidential to the extent either your home

16  number or your cell number is not published.

17          MS. FORMAN:  Agree to that.

18      A.    Okay.  My home phone is area code (360)871-7717,

19  and my cell phone is area code (360)731-3652.

20      Q.    (By  Ms. Forman) Did you discuss your phone call

21  to Heidi Yoast's shop with anyone other than members of the

22  board of trustees?

23          MR. MCKERNAN:  I'm gonna object to the extent that

24  requires you to get into attorney -- or communications

25  you've had with your lawyer at your lawyer's request.  To

1  the extent you can answer that outside of those

2  communications or outside of directions from your lawyer,

3  feel free to answer, sir.

4      Q.    (By  Ms. Forman) And I'll -- I'll actually

5  rephrase.  Did you discuss this phone call with -- to Heidi

6  Yoast's shop with anyone other than any attorneys that might

7  have been representing you, or Job's Daughters

8  International, or the board of trustees to avoid any

9  confidentiality issues?

10     A.    I think I shared it with my wife.

11     Q.    During your term on the board of trustees, do you

12  recall how many cease and desist letters the board of

13  trustees sent to Heidi Yoast?

14          MR. MCKERNAN:  Foundation.  Go ahead and answer,

15  Rod.

16     A.    I don't know the number, I just know I can

17  remember some of them.  That's all I can say.

18          MS. FORMAN:  I'd like to enter this second

19  exhibit.  This is a document entitled -- actually, it

20  doesn't have a title, but it's a letter addressed to Heidi

21  Yoast from Job's Daughters International.  It's Bates

22  stamped JDI 00058.  I'll mark this as Exhibit 2.

23          (Exhibit 2 marked for identification.)

24          MR. MCKERNAN:  That's the letter dated December

25  30th, Patricia?

# HEIDI YOAST NOTES BY ROD REID

At the early March mid-year meeting in Tampa, Florida (March, 2015) I volunteered to meet with Heidi Yoast to discuss the Trademark issues. I did this because I am from her state and the Bethel that I associate with has used her in the past to print T-shirts. (No trademark images). I live about an hour's drive away. When I returned home from the meeting in Tampa I called her shop to set up a meeting. My idea was to discuss the issues with her and show her how to work within the system. When I called to make an appointment her husband answered and he quickly recognized my name and said "I know who you are and you are the one from this state who got elected to the Board." I asked if I could meet and talk with he and Heidi to discuss the Trademark issues. He quickly cut me off and told me that this issue would be handled by their attorneys. He then hung up!

JO1 196



EXHIBIT

DEPONENT NAME: Rod Reid    DATE: 9 /14/17

EXHIBIT F - 7