UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>                  Plaintiff,<br><br>      v.<br><br>HEIDI YOAST,<br><br>                  Defendant. | No. C16-1573RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A pretrial conference has been scheduled for **Thursday, May 31, 2018 at 10:30 a.m.** in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 9th day of May, 2018.

                                            /s/Kerry Simonds
                                            by Kerry Simonds, Deputy Clerk
                                            To Robert S. Lasnik, Judge
                                            206-370-8519

MINUTE ORDER