UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOB'S DAUGHTERS INTERNATIONAL,

                Plaintiff,

vs.

HEIDI YOAST,

                Defendant.

No. C16-1573RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    At the request of the parties and for good cause shown, the Court extends the deadline for the agreed pretrial order to Wednesday, June 6, 2018 and the deadline for trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits to Wednesday, June 13, 2018.

    DATED this 17th day of May, 2018.

/s/Kerry Simonds
by Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER