# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Chambers of
**JAMES P. DONOHUE**
United States Magistrate Judge

700 Stewart Street
United States Courthouse
Seattle, WA 98101

June 1, 2018

Brian T. McKernan
Daniel Velloth
Rodney L. Umberger, Jr.

Patricia I. Forman
Tracey V. Munger

Re:   Job's Daughters International v. Yoast
      CV16-1573 RSL

Dear Counsel:

This case has been referred for a settlement conference. All parties and their counsel are directed to appear before the Honorable JAMES P. DONOHUE, United States Magistrate Judge on:

> June 12, 2018, 9:30 a.m.
> United States District Courthouse
> 700 Stewart St. 12th floor - Courtroom 12A
> Seattle, WA 98101

Each attorney shall be present, accompanied by his or her client, to include a representative who has complete authority to make a final decision regarding a settlement. In addition, if any party has insurance coverage, the Court will expect an adjustor who has complete settlement authority to be physically present.

The parties are to exchange settlement briefs of no more than fifteen (15) pages by **Monday, June 11, 2018**. The briefs should include only a brief outline of the history of the case, and a more detailed history of any settlement discussions.

The briefs should identify all individuals who will be in attendance at the conference. The settlement briefs **shall not be filed** with the Clerk. However, a copy must be emailed to Judge Donohue at donohueorders@wawd.uscourts.gov by **noon on June 11, 2018**.

In addition, the parties are directed to submit a separate, confidential memorandum of no more than ten (10) pages discussing how the case might be settled. The confidential memorandum is to be emailed to Judge Donohue at donohueorders@wawd.uscourts.gov, simultaneous with the settlement brief. **<u>The confidential memoranda are not to be shared between the parties, nor a copy filed in any manner with the Clerk.</u>**

Should you have any questions, please contact me at (206) 370-8422.

Sincerely,

*s/ Tim Farrell*

TIM FARRELL
Courtroom Deputy to Judge Donohue