UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOB'S DAUGHTERS INTERNATIONAL,<br><br>           Plaintiff,<br><br>      vs.<br><br>HEIDI YOAST,<br><br>           Defendant. | NO. C16-1573RSL<br><br>ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE JAMES P. DONOHUE AS SETTLEMENT JUDGE |

The Court has appointed United States Magistrate Judge James P. Donohue to act as settlement judge in this matter.

DATED this 1st day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE JAMES P. DONOHUE AS SETTLEMENT JUDGE- 1