UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOB'S DAUGHTERS INTERNATIONAL,

                  Plaintiff,

     v.

HEIDI YOAST,

                  Defendant.

Case No. C16-1573RSL

**SECOND AMENDED ORDER SETTING TRIAL DATE & RELATED DATES**

| | |
|---|---|
| **TRIAL DATE** | **June 25, 2018** |
| Agreed pretrial order due | June 13, 2018 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | June 20, 2018 |
| Length of Trial:   5 days | Jury |

These dates are set by the Court following the pretrial conference. All other dates have already passed or are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of

SECOND AMENDED ORDER SETTING TRIAL DATE & RELATED
DATES - 1

Washington's website at www.wawd.uscourts.gov.  *Pro se* litigants may file either

electronically or in paper form.  The following alterations to the Electronic Filing Procedures

apply in all cases pending before Judge Lasnik:

– Alteration to LCR 10(e)(9) -  Effective July 1, 2014, the Western District of

Washington will no longer accept courtesy copies in 3-ring binders.  All courtesy copies must be

3-hole punched, tabbed, and bound by rubber bands or clips.  If any courtesy copies are delivered

to the intake desk or chambers in 3-ring binders, the binders will be returned immediately.  This

policy does **NOT** apply to the submission of trial exhibits.

– Alteration to Section III, Paragraph M of the Electronic Filing Procedures - Unless the

proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy

of the order to the judge's e-mail address.

– Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as

specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line

numbers, etc.).  All exhibits must be marked to designate testimony or evidence referred to in the

parties' filings.  Filings that do not comply with LCR 10(e) may be rejected and/or returned to

the filing party, particularly if a party submits lengthy deposition testimony without highlighting

or other required markings.

– Alteration to LCR 7(d)(4) - Any motion *in limine* must be filed by the date set forth

above and noted on the motion calendar no earlier than the second Friday thereafter.  Any

response is due on or before the Wednesday before the noting date.  Parties may file and serve

reply memoranda, not to exceed nine pages in length, on or before the noting date.

PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the

SECOND AMENDED ORDER SETTING TRIAL DATE & RELATED
DATES - 2

following information from documents and exhibits before they are filed with the court:

       * Dates of Birth - redact to the year of birth

       * Names of Minor Children - redact to the initials

       * Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

       * Financial Accounting Information - redact to the last four digits

       * Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

## TRIAL EXHIBITS

The original and one copy of the trial exhibits are to be delivered to chambers five days before the trial date.  Each exhibit shall be clearly marked.  Exhibit tags are available in the Clerk's Office.  The Court hereby alters the LCR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds at 206-370-8519, as soon as possible.  Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.


       //

SECOND AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 3

1    DATED this 1st day of June, 2018.

2

3

4                                        Robert S. Lasnik
                                         United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

SECOND AMENDED ORDER SETTING TRIAL DATE & RELATED
DATES - 4